FILED
POPE CO. CIRCUIT CLERK
2017 SEP -7 PM 3: 32

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
CIVIL DIVISION

RICKY HENDRIX, individually and on behalf
of a class of all Arkansans similarly situated          PLAINTIFF

VS.                          CASE NO. 58CV-17-499

ARKANSAS MUNICIPAL LEAGUE
d/b/a MUNICIPAL HEALTH BENEFIT FUND; and
MUNICIPAL HEALTH BENEFIT FUND                   DEFENDANTS

## CLASS ACTION COMPLAINT AND JURY DEMAND

Comes now the Plaintiff, Ricky Hendrix (hereinafter "Hendrix" or "Plaintiff"), by and

through his attorneys, the Streett Law Firm, P.A. and for his Complaint against Defendant

Arkansas Municipal League d/b/a Municipal Health Benefit Fund and Defendant Municipal

Health Benefit Fund, and states as follows:

1.      At all times relevant to this case, Plaintiff has been an individual resident of

Pope County, Arkansas and all claims at issue made by Plaintiff to Defendants for health

insurance benefits concerning injuries suffered by Plaintiff's daughter in Pope County,

Arkansas.  Plaintiff is an employee member of the Defendants and a participant in their

health insurance benefits Policy by virtue his employment as a detective with the

Russellville Police Department.

2.      Defendant Arkansas Municipal League (hereafter "AML") is a non-profit

corporation cooperatively formed by various municipalities of the State of Arkansas

pursuant to the authority of the 'Interlocal Cooperation Act,' Ark. Code Ann. § 25-20-101, *et*

*seq.*  As one of the benefits offered to its members, AML, which to date has been

unregulated by the Arkansas Department of Insurance, offers self-funded health insurance

Notice of Removal                          Exhibit A  Page 000001

benefits through the Municipal Health Benefit Fund.  The principle office of AML is located in North Little Rock, Arkansas and AML may be served by and through its executive director, Don Zimmerman.   Because the corporation exercises jointly the powers of its municipal members, it is accountable to those members for its actions.

3.      Defendant Municipal Health Benefit Fund (hereafter "MHBF") is a Trust created by Defendant AML under the authority of 'Interlocal Cooperation Act,' Ark. Code Ann. § 25-20-101, *et seq.* to provide various forms of insurance benefits its municipal members.  The principle office of Defendant MHBF is in North Little Rock, Arkansas and MHBF may be served by and through its Plan Administrator, Don Zimmerman.   Because the Fund is a product of the exercise of powers under the Interlocal Cooperation Act, it is accountable to its municipal members for its actions.  A true and correct copy of the Declaration of Trust creating MHBF, as well as subsequent amendments and a proposed amendment thereto, are attached hereto as **Exhibit 1** and incorporated herein by reference.

4.      Defendants AML and MHBF are hereafter referred to collectively as "Defendants and/or "the Fund."

5.      The health benefits offered by the fund to it members are pursuant to the terms and conditions contained in Defendant's Policy Booklet which sets forth the rights and responsibilities as between the Plaintiff, Defendants, and the Class for payment of the insurance benefits offered by the Fund. (hereafter "the Policy").  A true and correct copy of the Policy is attached hereto as **Exhibit 2** and incorporated herein by reference.

3.      Based on the forgoing, jurisdiction and venue are proper in this Court.

## FACTS

4.      Mr. Hendrix's daughter was involved in a significant car accident on or about May 20, 2016.  As a result thereof, she required various medical treatments and incurred the corresponding medical bills, portions of which were denied either in whole or in part by the Fund.  At all times relevant hereto, Plaintiff was a employee member in good standing of the Fund and all contributions required of Plaintiff and/or his municipal employer to the Fund had been made so as to entitle Plaintiff to coverage thereunder.  Material portions of these claims were denied by Defendant on two bases:

1.      The Fund's position that it interprets the policy language of its Policy Booklet to require an insured to purchase coverage pursuant to A.C.A. §23-89-202(1) in conjunction with their automobile insurance coverage lest they be saddled with what is functionally an additional $5,000.00 deductible; and

2.      That certain of the medical charges which Mr. Hendrix's daughter incurred were not "reasonable and customary" under the language of the Fund's Policy Booklet and were therefore not payable.

3.      Mr. Hendrix appealed both of the above bases for the Fund's denial.  (see **Exhibit 3** attached hereto and incorporated herein by reference).

6.      The Fund held a hearing regarding this appeal on May 5, 2017 and ultimately denied Mr. Hendrix's appeal in its entirety (See **Exhibit 4** attached hereto and incorporated herein by reference).

### ISSUE 1:  ILLUSORY COORDINATION OF BENEFITS WITH NONEXISTENT PIP COVEREAGE

5.    The Fund's ambiguous policy language drafted by the Defendant does not expressly require its insureds to purchase the medical coverage prescribed by A.C.A. §23-89-202(1) (hereafter "personal injury protection coverage" or "PIP coverage"). Instead, the Defendant's Policy Booklet merely states that its insureds are required to purchase "the minimum medical coverage under their auto insurance."  The medical benefit coverage addressed by A.C.A. §23-89-202(1), more commonly referred to as PIP coverage is not a minimum. To the contrary, it is expressly waivable pursuant to A.C.A.§23-89-203 and need not be carried at all under Arkansas law.  By contrast, the only required "minimum" coverage under an Arkansas auto policy is the third party medical coverage required by A.C.A. §27-22-104(b) which Mr. Hendrix carried.

6.    To further underscore the ambiguous nature of Defendant's drafting, the Arkansas Code refers to both statutory auto insurance provisions (A.C.A. §23-89-202(1) and A.C.A. §27-22-104(b)) as "minimums" although, as noted above, A.C.A.§27-22-104(b) is the only minimum  auto coverage for medical charges actually required by Arkansas Law.

7.    Accordingly, regardless of whether the Fund agrees with the foregoing interpretation of the Plan language as it relates to Mr. Hendrix and all other of the Fund's insureds who are similarly situated, it is black letter Arkansas law that the Fund, as the drafter of the Policy Booklet, must construe any and these ambiguities in favor of its insureds, including Mr. Hendrix thus entitling Mr. Hendrix and the Class to a declaratory judgment interpreting the provision in their favor and corresponding payment of their wrongfully withheld benefits.

### ISSUE 2: ILLUSORY COVERAGE CREATED BY THE PLAN'S SUBJECTIVE "REASONABLE AND CUSTOMARY" EXLUSIONARY LANGUAGE.

8.      Of equal significance, the Fund's plan language purports to limit the Fund's responsibility to its insured to only "reasonable and customary charges." The policy leaves this subjective term wholly undefined and does not relate it to any specific objective metric other than the Fund's whim.     Accordingly, such an exclusion is not only wholly unenforceable but illusory.  In the absence of some objective definition of this term or, alternatively, policy language which ties it to a specific objective metric subject calculable from the face of the policy, the Fund's insureds have not purchased insurance, they have simply purchased a right to request the Fund's consideration of their request to pay medical bills.  This sort of subjective, undefined, and wholly discretionary basis for exclusion renders void any objective right to coverage that policy members may otherwise have and, as such, is contradictory to both Arkansas Law and public policy.

9. Accordingly, as this subjective exclusionary term drafted by Defendant is subject to more than one reasonable interpretation, it is therefore ambiguous as a matter of law and, as such, must be strictly construed in favor of Mr. Hendrix and the Class given the Fund's authorship of its own Policy Booklet.  Accordingly, Mr. Hendrix and the Class are entitled to a declaratory judgment interpreting the provision in their favor and corresponding payment of their wrongfully withheld benefits.

### Class Action Allegations

10.   Pursuant to Rule 23 of the Arkansas Rules of Civil Procedure, Plaintiff brings

this action individually and on behalf of all other Arkansans similarly situated. Plaintiff

seeks certification of two classes defined as follows:

**Class 1: The "auto insurance class" -**

All individuals located and/or domiciled within the State of
Arkansas who filed one or more claims with the Arkansas
Municipal Health Benefit Fund in the five years preceding the
filing of this Complaint and who had their claim(s) denied or
reduced by the Fund, in whole or in part, on the stated basis
that the Fund was coordinating that claim as if the claimant
had the "med-pay" coverage addressed by Ark Code. Ann.
A.C.A. §23-89-202(1).

**Class 2:  The "reasonable and customary charges class" -**

All individuals located and/or domiciled within the State of
Arkansas who filed one or more claims with the Arkansas
Municipal Health Benefit Fund in the five years preceding the
filing of this Complaint and who had their claim(s) denied or
reduced by the Fund, in whole or in part, on the stated basis
that the charges claimed exceed those that are "reasonable and
customary."

Excluded from both Proposed Class 1 and Proposed Class 2 are
(1) any defendant, any entity in which any defendant has a
controlling interest or which has a controlling interest in any
defendant,   and   defendant's   legal   representatives,
predecessors, successors, and assigns; (2) the judicial officers
to who this case is assigned; and, (3) any member of the
immediate families of the persons excluded above.

11.   Plaintiff is informed and believes that the Plaintiff Classes both include many

hundreds of persons and are so numerous that joinder of all members would be

impracticable. The exact size of the Plaintiff Classes and the identity of all members of the

Class are objectively ascertainable from the Fund's business records.

12.     The applicable issues of law and fact are common to every member of the

Plaintiff Class and clearly predominate over any questions that might affect only individual

members. The common questions primarily include:

a.  Whether the express terms of the Fund's Policy, as defined or undefined
    therein, allow for the application of the insuring exclusions at issue herein
    against the members of Class 1 and Class 2;

b.  Whether the insuring exclusions applied against the members of Class 1 and
    Class 2 at issue herein, which were drafted by the Fund, are subject to more
    than one reasonable interpretation and must therefore be construed in favor
    of the Fund's members as a matter of Arkansas law;

c.  The amount of compensatory damages due to Plaintiff and the Classes for
    losses resulting from Defendant's exclusionary practices identified herein;

d.  The amount of the statutory penalty for failure to properly pay the claims of
    the Fund's insureds under Ark. Code § 16-11-110.

13.     The claims asserted by Plaintiff in this action are typical of the claims of the

Class Members as described above, the claims arise from the same written policy

provisions and the same course of conduct by the Fund and the relief sought is common.

14.     Plaintiff will fairly and adequately represent and protect the interests of the

Class. Plaintiff has retained counsel competent and experienced in both insurance and class

action litigation.

15.     A class action is superior to other methods for fair and efficient adjudication

of this controversy, since joinder of all members is impracticable. There will be no undue

difficult in the management of this litigation as a class action.

Exhibit A  Page 000007

**COUNT I**
**Declaratory Judgment And Supplemental Relief**

16.     Plaintiff hereby incorporates by reference all preceding paragraphs of this Complaint as if set forth fully herein.

17.     Under Arkansas law, any person interested under a written document has the right to have determined any question of construction or validity arising under that written instrument and to obtain a declaration of rights and legal relations thereunder. *See* Ark. Code § 16-111-104.

18.     Plaintiff and the members of Class 1 and Class 2 are indisputably interested parties under the terms of the Policy and possesses the right to have the terms of the Policy construed and declared for their protection and that of all other current and future insureds.

19.     The definitions (and, in the case of Class 1, the lack thereof) utilized by the Fund to deny or reduce claims based on the exclusionary provisions at issue are at worst misleading, and, at best, ambiguous. In either event, these terms are required under Arkansas law to be construed against the Fund as the drafter of the Policy. Neither Plaintiff nor the absent class members participated, in any way, in the drafting of these poorly written and ambiguous policy terms.

20. Accordingly, Plaintiff respectfully requests this Court to construe the rights and obligations of the parties under the terms of the Fund's Policy. Specifically, Plaintiff requests a declaration from this Court that, under Arkansas Law, Defendants were and are prohibited from employing the exclusionary terms identified herein against the Plaintiff and the other members of Class 1 and Class 2 to deny or reduce the amount paid by the

Fund on the members health insurance claims.  Plaintiff further requests Supplemental Relief under the statute, both individually and on behalf of the Class, in the amount of the Class members health insurance claims which were denied or reduced based on the policy terms at issue.  Finally, Plaintiff is entitled to an award of attorneys fees and costs.

## COUNT II
### (Request for Judgment Under Ark. Code Ann. § 23-79-208 for Failure to Properly Pay Claims)

28.    Plaintiff hereby incorporates by reference all preceding paragraphs of this Complaint as if set forth fully herein.

29.    Based upon the Fund's conduct to date and refusal to pay appropriate amounts claimed by Plaintiff, as described herein, Plaintiff and the members of Class 1 and Class 2 are entitled to the full amount of the Class members' health insurance claims which were denied or reduced based on the policy terms at issue, plus the statutory penalty of twelve percent (12%) imposed by Ark. Code. Ann. § 23-79-208, as well as reasonable attorneys' fees for the prosecution of said indebtedness, together with pre- and post-judgment interest.

## ALTERNATIVE COUNT III
### (Alternative Count for Breach of Contract)

30.    Plaintiff hereby incorporates by reference all preceding paragraphs of this Complaint as if set forth fully herein.

31.    In the event the Court were to find that Count II herein is not judiciable as an insuring agreement for health benefits under Ark. Code. Ann. § 23-79-208 (which Plaintiffs submit it clearly is), Plaintiffs plead in the alternative that the conduct set forth herein

constitutes a breach of the contract between Plaintiffs and the Fund to provide its members health insurance benefits based on the terms of the Policy.

32.     Based upon the Fund's conduct to date and refusal to pay appropriate amounts claimed by Plaintiff, as described herein, Plaintiff and the members of Class 1 and Class 2 are entitled to the full amount of the Class members' health insurance claims which were denied or reduced based on the policy terms at issue, as well as reasonable attorneys' fees for the prosecution of said indebtedness, together with pre- and post-judgment interest.

<div align="center">

**Prayer for Relief**

</div>

**Wherefore**, Plaintiff, both individually and on behalf of the above-defined putative Classes, by counsel, prays the Court to grant the following relief:

A.     An Order certifying Class 1 and Class 2 as defined herein pursuant to Rule 23 of the Arkansas Rules of Civil Procedure;

B.     An Order designating Plaintiff as the Class Representative for Class 1 and Class 2 pursuant to Rule 23 and designating the undersigned counsel as Lead Counsel for the Classes;

C.     A Declaratory Judgment as provided for by Arkansas law construing the Policy and declaring that Defendants were and are barred from using the ambiguous and subjective policy terms at issue to deny or reduce the health insurance claims of the Plaintiff and the Class Members; awarding Supplemental Relief in the amount of the Class members' health insurance claims which were denied or reduced based on the policy terms at issue; and  reasonable attorneys fees and costs for the prosecution of this case;

D.     Pursuant to Ark. Code Ann. § 23-79-208, an Order awarding Plaintiff and the Class all appropriate relief, including without limitation (1) damages in the amount of the Class members' health insurance claims which were denied or reduced based on the policy terms at issue, (2) the mandated statutory penalty of twelve percent (12%), and (3) reasonable attorney's fees and costs for the prosecution of this case;

E.   In the alternative to paragraph D above, an Order awarding damages for breach of contract in the amount of the Class members' health insurance claims which were denied or reduced based on the policy terms at issue and reasonable attorney's fees and costs for the prosecution of this case;

F.   Pre- and post-judgment interest on all amounts awarded to the Classes;

G.   A trial by jury on all issue which are triable by jury at law; and

H.   Such other relief as this court finds reasonable and appropriate.

Respectfully Submitted,

STREETT LAW FIRM, P.A.

James A. Streett,  AR Bar No. 2007092
Alex G. Streett,  AR Bar No. 65038
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030(479) 968-6253 (FAX)

AND

Joe P. Leniski, Jr. (TN Bar No. 22891)(PHV)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
227 2nd Avenue North, 4th Floor
Nashville, TN 37201
(615) 254-8801
jleniski@branstetterlaw.com

Attorneys for Plaintiff

## DECLARATION OF TRUST

## MUNICIPAL HEALTH BENEFIT FUND

This Declaration, made this __16th__ day of November, 1981, by the Arkansas Municipalities joining herein, witnesseth:

WHEREAS, the Arkansas Municipalities joining herein desire to establish a Fund to be used as a means for providing group life, dependent life, and accidental death and dismemberment insurance; disability income, health and dental benefits for employees of member municipalities.

WHEREAS, the Trustees hereinafter named have consented to act as Trustees of the Fund, under the provisions of this Declaration.

NOW THEREFORE, in consideration of the mutual promises hereinafter made, the Arkansas Municipalities joining herein hereby establish a Trust Fund, to be known as the Municipal Health Benefit Fund and hereby agree to maintain the Fund by the contribution of such amounts as may be determined by the Trustees to be necessary to carry out the purposes of this Trust.

## PART I.   PURPOSES OF THE TRUST

A.   The Trust is created for the purpose of providing and maintaining adequate group life, accidental death and dismemberment, dependent life insurance, disability income, health and dental benefits coverage for the benefit of the member municipalities and their employees and officials.

B.   The Trustees shall effectuate this Declaration by securing group life, dependent life and accidental death and dismemberment insurance and setting up a Municipal Health Benefit Fund for medical, dental and disability income benefits.

## PART II.   DEFINITION OF TRUST FUND

The term "Fund" as used herein shall mean the trust estate of the Municipal Health Benefit Fund which shall consist of the policies purchased hereunder together with all experience refunds or other sums payable to the Trustees on account of such policies; all monies received by the Trustees as contributions from the member municipalities; and any other property received and held by the Trustees for uses, purposes and trusts set forth in this Declaration.

## PART III.   APPLICATION OF THE FUND

The Trustees shall use and apply the Fund to pay or provide for the initial cost and the payment of premiums on the policies in the Fund when such premiums shall become due and to pay benefits to members of the Municipal Health Benefit Fund.

## PART IV.   POWERS AND DUTIES OF THE TRUSTEES

The Trustees shall have the following duties and powers:

    1.    They shall provide and keep in good standing such policies of group life, dependent life and accidental death and dismemberment insurance. They shall set up a Municipal Health Benefit Fund for disability income, health and dental benefits and provide such reinsurance as deemed necessary.

Notice of Removal

Exhibit A  Page 000012


EXHIBIT

2.    They shall, in their names as Trustees, have the
      right and power to assess the member municipalit-
      ies in such amounts as may be necessary to ful-
      fill the purposes of this Trust.  Such assess-
      ments shall be made in such amounts that the
      member municipalities shall each pay an amount
      proportionate to the health benefit coverage
      maintained by the Trustees for such member
      municipalities and their employees.

3.    If any assessment is not paid by a member
      municipality, the Trustees may, without notice,
      terminate the member municipality's rights
      under this Trust and discontinue such cover-
      age as may be carried for the benefit of such
      member municipality and their employees.

4.    If any experience refunds are received by the
      Trustees from the insurance company, such ex-
      perience refunds shall be distributed in such
      ways and at the discretion of the Trustees.
      Such experience refunds shall be so allocated
      as to assure to each member municipality a
      proportionate share.

5.    The Trustees shall have the right to inspect the
      records of the member municipalities so far as
      they are pertinent to the purposes of this
      Declaration and may require such reports from
      the member municipalities as may be necessary
      to the administration of the Trust.

6.    The Trustees shall keep true and accurate books
      of account and records of all their transactions.

7.    The Trustees may promulgate such rules and regu-
      lations not inconsistent with the terms hereof
      as may, in their discretion, be proper or nec-
      essary for the sound and efficient administration
      of the Trust.

8.    The Trustees shall not receive compensation for
      the performance of their duties, but shall be en-
      titled to be reimbursed for expenses.

9.    The Trustees shall not be personally liable for
      any obligation to pay premiums incurred by them
      as Trustees or for any action pursuant to this
      Declaration in good faith taken or omitted, nor
      for any action taken or omitted by any agent,
      employee, or attorney selected with reasonable
      care.  The Trustees may delegate any of their
      ministerial powers or duties hereunder to an
      agent or employee.

10.   Notwithstanding anything to the contrary herein,
      the Arkansas Municipal League, the trustees of
      the Municipal Health Benefit Fund and the Admini-
      strator of the trust shall not be obligated,
      directly or indirectly to pay any sum except from
      the Fund's monies and assets and then only to the
      extent that funds are available in the Fund.

11.   The Executive Director of the Arkansas Municipal
      League shall serve as Administrator of this
      Trust.

12.   The Trustees shall act as a board of review on
      all appeals from the decisions of the Admini-
      strator.

-2-

## PART V.   TRUSTEES

A.   This Trust shall be administered by five (5) Trustees, one from each Congressional District and one at large elected by cities or towns participating in the Municipal Health Benefit Fund at the Annual Convention of the Arkansas Municipal League.

B.   The following persons have been selected as Trustees and by the execution of this Declaration do hereby accept the Trusteeship and declare that they will receive and hold the Fund as Trustees by virtue of this Declaration for the uses, purposes and trusts and with powers and duties herein set forth:   Recorder/Treasurer Betty Welch, Hoxie,

| | |
|---|---|
| Mayor Jack Wiseman, Searcy | Mayor Gene Bell, Van Buren |
| Mayor Tom Ellsworth, Hot Springs | City Manager John Holliday, Brinkley. |

C.   Whenver a person ceases to be an officer of a participating city in the Municipal Health Benefit Fund, they will thereby cease to be a Trustee of this Trust and their successor will be chosen by the remaining Trustees to serve until the annual election of Trustees. During the vacancy, the remaining Trustees shall have the power to act pursuant to the provisions of this Trust, provided, however, no act or decision may be made without the consent or approval of a majority of the total number of Trustees.

D.   Meetings of the Trustees shall be held at the call of the Administrator or any three (3) Trustees.  A majority of the Trustees shall constitute a quorum for the transaction of business.  All de- cisions of the Trustees shall be made by the vote of at least a majority of the total number of Trustees.

## PART VI.   TERMINATION OF THE TRUST

A.   This Trust shall terminate under any of the following circum- stances:

    1.   Upon notice of termination in writing to the member municipalities by the Trustees of the Municipal Health Benefit Fund.

    2.   Upon notice of termination in writing to the Trustees by all the member municipalities par- ticipating hereunder.

    3.   At such time as the total number of covered employees shall become less than 600.

B.   Upon termination of this Trust, the Trustees shall distribute to the member municipalities in shares proportionate to their contri- butions any funds which they have in their hands or which they may receive after such termination by virtue of this Trust.

## PART VII.   WITHDRAWAL FROM THE FUND

Any member municipality may terminate his connection with the Fund upon giving thirty (30) days' notice in writing to the Trustees of such intention to withdraw.

## PART VIII.   ADMISSION TO THE TRUST

Municipalities who are members of the Arkansas Municipal League shall be admitted as parties to this Trust upon written application for benefits under said Municipal Health Benefit Fund.

-3-

PART IX.   AMENDMENT OF DECLARATION

This Declaration may be amended by a majority vote of the member
municipalities who are parties hereto, except that the general
purposes of the Trust shall not be changed.

PART X.   SITUS AND CONSTRUCTION OF TRUST

This Declaration of Trust and all questions pertaining to its validity,
construction and administration shall be construed under and regu-
lated by the laws of the State of Arkansas.


IN WITNESS WHEREOF, the parties hereto have executed this Declaration
on the date and year first above written.

-4-

DECLARATION OF TRUST

MUNICIPAL HEALTH BENEFIT FUND

This Declaration, made this 16th day of November 1981, by the Arkansas Municipalities joining herein, and amended by the Trustees signed below and effective November 6, 2013, witnesseth:

WHEREAS, Ark. Code Ann. § 25-20-104, provides that any governmental powers, privileges, or authority exercised or capable of exercise by a municipality of this state alone may be exercised and enjoyed jointly with any other municipality of this state.

WHEREAS, the Arkansas Municipalities joining herein pursuant to Arkansas Law, specifically but not limited to Ark. Code Ann. §§ 14-54-101 et seq and 25-20-104 et seq, desire to establish a Fund to be used as a means for providing group life, dependent life, and accidental death and dismemberment insurance; disability income, health, dental, and other post-employment benefits for employees, former employees, officials and former officials of member municipalities.

WHEREAS, the Trustees hereinafter named have consented to act as Trustees of the Fund, under the provisions of this Declaration.

NOW, THEREFORE, in consideration of the mutual promises hereinafter made, the Arkansas Municipalities joining herein hereby establish a Trust Fund, to be known as the Municipal Health Benefit and hereby agree to maintain the Fund by the contribution of such amounts as may be determined by the Trustees to be necessary to carry out the purposes of this Trust.

PART I.        PURPOSES OF THE TRUST

A.    The Trust is created for the purpose of providing and maintaining adequate group life, accidental death and dismemberment, dependent life insurance, disability income, health, dental, and other post-employment benefits coverage for the benefit of the member municipalities and their employees, former employees, officials, and former officials.

B.    The Trustee shall effectuate this Declaration by securing group life, dependent life and accidental death and dismemberment insurance and setting up a Municipal Health Benefit Fund for medical, dental, disability income, and other post-employment benefits.

PART II.      DEFINITION OF TRUST FUND

The term "Fund" as used herein shall mean the trust estate of the Municipal Health Benefit Fund which shall consist of the policies purchased hereunder together with all experience refunds or other sums payable to the Trustees on account of such policies; all monies received by the Trustees as contributions from the member municipalities; and any other property received and held by the Trustees for uses, purposes and trusts set forth in this Declaration.

PART III.      APPLICATION OF THE FUND

The Trustees shall use and apply the Fund to pay or provide for the initial cost and the payment of premiums on the policies in the Fund when such premiums shall become due and to pay benefits to members of the Municipal Health Benefit Fund.

PART IV.      POWERS AND DUTIES OF THE TRUSTEES

The Trustees shall have the following duties and powers:

1.  To provide and keep in good standing such policies of group life, dependent life and accidental death and dismemberment insurance as may be deemed necessary.  They shall set up a Municipal Health Benefit Fund for disability income, health, dental, and other post-employment benefits and provide such reinsurance as deemed necessary.

2.  They shall, in their names as Trustee, have the right and power to assess the member municipalities in such amounts as may be necessary to fulfill the purposes of this Trust.  Such assessments shall be made in such amounts that the member municipalities shall each pay an amount proportionate to the health benefit coverage maintained by the Trustees for such member municipalities and their employees.

3.  If any assessment is not paid by a member municipality, the Trustees may, without notice, terminate the member municipality's rights under this trust and discontinue such coverage as may be carried for the benefit of such member municipality and their employees.

4.  If any experience refunds are received by the Trustees from the insurance company, such experience refunds shall be distributed in such ways and at the discretion of the Trustees.  Such experience refunds shall be so allocated as to assure to each member municipality a proportionate share.

5.  The Trustees shall have the right to inspect the records of the member municipalities so far as they are pertinent to the purposes of this

2

Declaration and may require such reports from the member municipalities as may be necessary to the administration of the Trust.

6.    The Trustees shall keep true and accurate books of account and records of all their transactions.

7.    The Trustees may promulgate such rules and regulations not inconsistent with the terms hereof as may, in their discretion, be proper or necessary for the sound and efficient administration of the Trust.

8.    The Trustees shall not receive compensation for the performance of their duties, but shall be entitled to be reimbursed for expenses.

9.    The Trustees shall not be personally liable for any obligation to pay premiums incurred by them as Trustees or for any action pursuant to this Declaration in good faith taken or omitted, nor for any action taken or omitted by any agent, employee, or attorney selected with reasonable care. The Trustees may delegate any of their ministerial powers or duties hereunder to an agent or employee.

10.   Notwithstanding anything to the contrary herein, the Arkansas Municipal League, the Trustees of the Municipal Health Benefit Fund and the Administrator of the Trust shall not be obligated, directly or indirectly to pay any sum except from the Fund's monies and assets and then only to the extent that funds are available in the Fund.

11.   The Executive Director of the Arkansas Municipal League shall serve as Administrator of this Trust.

12.   The Trustees shall act as a board of review on all appeals from the decisions of the Administrator.

## PART V.    TRUSTEES

A.    This Trust shall be administered by five (5) Trustees, one from each Congressional District and one at large elected by cities or towns participating in the Municipal Health Benefit Fund at the Annual Convention of the Arkansas Municipal League.

B.    The following persons have been selected as Trustees and by the execution of this Declaration do hereby accept the Trusteeship and declare that they will receive and hold the Fund as Trustees by virtue of this Declaration for the uses, purposes and trusts and with powers and duties herein set forth: Clerk/Treasurer, Mitri Greenhill, Stuttgart, Mayor David Morris, Searcy, Clerk/Treasurer Barbie Curtis, Van Buren, Mayor Billy Ray McKelvy, De Queen, and Mayor Dewayne Phelan, Corning, At-Large member.

3

C.    Whenever a person ceases to be an officer of a participating city in the Municipal Health Benefit Fund, they will thereby cease to be a Trustee of this Trust and their successor will be chosen by the remaining Trustees to serve until the annual election of Trustees.  During the vacancy, the remaining Trustees shall have the power to act pursuant to the provisions of this Trust, provided, however, no act or decision may be made without the consent or approval of a majority of the total number of Trustees.

D.    Meetings of the Trustees shall be held at the call of the Administrator or any three (3) Trustees.  A majority of the Trustees shall constitute a quorum for the transaction of business.  All decisions of the Trustees shall be made by the vote of at least a majority of the quorum of Trustees.

## PART VI.    TERMINATION OF THE TRUST

A.    This Trust shall terminate under any of the following circumstances:

    1.    Upon notice of termination in writing to the member municipalities by the Trustees of the Municipal Health Benefit Fund.

    2.    Upon notice of termination in writing to the Trustees by all the member municipalities participating hereunder.

    3.    At such time as the total number of covered employees shall become less than 600.

B.    Upon termination of this Trust, the Trustees shall distribute to the member municipalities in shares proportionate to their contributions any funds which they have in their hands or which they may receive after such termination by virtue of this Trust.

## PART VII.    WITHDRAWAL FROM THE FUND

Any member municipality may terminate his connection with the Fund upon giving thirty (30) days' notice in writing to the Trustees of such intention to withdraw.

## PART VIII.    ADMISSION TO THE TRUST

Municipalities who are members of the Arkansas Municipal League shall be admitted as parties to this Trust upon written application for benefits under said Municipal Health Benefit Fund.

## PART IX.    AMENDMENT OF DECLARATION

4

This Declaration may be amended by a majority vote of the entire number of Trustees or a majority vote of the member municipalities who are parties hereto, except that the general purposes of the Trust shall not be changed.

## PART X.    SITUS AND CONSTRUCTION OF TRUST

This Declaration of Trust and all questions pertaining to its validity, construction and administration shall be construed under and regulated by the laws of the State of Arkansas.

## PART XI.    ADDITIONAL DUTIES OF THE PLAN ADMINISTRATOR

The Arkansas Municipal League, as one of the employers establishing and maintaining the plan for its employees, is hereby designated as the plan sponsor for 26 U.S.C. 4376 purposes inasmuch as the Executive Director of the Arkansas Municipal League, by virtue as serving as the Plan Administrator, has consented to the designation in writing.

In addition, the Executive Director of the Arkansas Municipal League, as Plan Administrator, may also act upon behalf of other plan sponsors in those cases where federal law has imposed taxes, fees, reporting requirements or other duties that may be fulfilled by the Plan Administrator or by one of the plan sponsors on behalf of the other plan sponsors.

IN WITNESS THEREOF, the parties hereto have executed this amended Declaration of Trust, this the 6the day of November 2013

Mitti Greenhill, District 1

David Morris, District 2

Barbie Curtis, District 3

Billy Ray McKelvy, District 4

Dewayne Phelan, At-Large member

Don Zimmerman, Plan Administrator

5

AMENDED AND RESTATED

DECLARATION OF TRUST

MUNICIPAL HEALTH BENEFIT FUND (THE "FUND")

This Declaration, initially made on the 16th day of November 1981, and amended effective January 7, 2008, by the Member cities and towns joining herein, and is amended and restated by the Member cities and towns effective _____, 2017, witnesseth:

WHEREAS, Ark. Code Ann. § 25-20-101 et seq provides that any governmental powers, privileges, or authority exercised or capable of exercise by a local governmental unit of this state alone may be exercised and enjoyed jointly with any other local governmental unit of this state.

WHEREAS, the local governmental units joining herein pursuant to Arkansas law, specifically but not limited to Ark. Code Ann. §§ 14-54-101 et seq and 25-20-101 et seq, desire to establish a trust fund to be used as a means for providing group life, dependent life, and accidental death and dismemberment insurance; disability income, health and dental coverage, and other employee welfare benefits for employees, former employees, officials and former officials of member local governmental units.

WHEREAS, the trustees as hereinafter articulated have consented to act as Trustees of the Fund (The "Trustees"), under the provisions of this Declaration of Trust (Declaration).

NOW, THEREFORE, in consideration of the mutual promises hereinafter made, the local governmental units joining herein hereby establish a trust fund to be known as the Municipal Health Benefit Fund (The "Fund") and hereby agree to maintain the Fund by the contribution of such amounts as may be determined by the Trustees to be necessary to carry out the purposes of this Trust.

PART I.      PURPOSES OF THE TRUST

A.   The Fund is created for the purpose of providing and maintaining adequate group life, accidental death and dismemberment and dependent life insurance, disability income, health and dental coverage, and such other employee welfare benefits as determined by the Trustees in their sole discretion from time-to-time (collectively, the "Benefits") for the benefit of the member local governmental units ("Members") and their employees, former employees, officials, and former officials ("Member Employees").

B.     The Trustees shall effectuate this Declaration by securing appropriate insurance coverage and setting up the Fund to provide the Benefits.

C.     Members must also be member in good standing with the Arkansas Municipal League (the "League") under whatever membership provisions and qualifications the League may require.

## PART II.     DEFINITION OF TRUST FUND

The term "Fund" as used herein shall mean the trust estate known as the Municipal Health Benefit Fund which shall consist of the policies purchased hereunder together with all experience refunds or other sums payable to the Trustees on account of such policies; all monies received by the Trustees as contributions from the Members; and any other property received and held by the Trustees for uses, purposes and trusts set forth in this Declaration.

## PART III.     APPLICATION OF THE FUND

The Trustees shall use and apply the Fund to pay or provide for the initial cost and the payment of premiums on the policies in the Fund when such premiums shall become due; to accept and apply all required dues, assessments, and premium payments from Members as required in order to provide the Benefits; to pay Benefits to Member Employees of the Fund according to the governing terms for the respective Benefits; and for all such other uses and purposes as determined by the Trustees to be necessary and proper in order to provide the Benefits.

## PART IV.     POWERS AND DUTIES OF THE TRUSTEES

The Trustees shall have the following duties and powers:

1.     To provide and keep in good standing such policies of group life, dependent life and accidental death and dismemberment or other insurance coverage as may be deemed necessary to provide Benefits.  They shall set up and maintain the Fund to provide disability income, health, dental, and other employee welfare benefits as they determine  and provide such reinsurance or other coverage as deemed necessary to provide Benefits.

2.     They shall, in their names as Trustee, have the right and power to assess the Members in such amounts as may be necessary to fulfill the purposes of this Trust.  Such assessments shall be made in such amounts that the Member shall each pay an amount proportionate to the Benefits provided by the Trustees for such Members and Member Employees.

3.     If any assessment is not paid by a Member the Trustees may, without notice, terminate the Member's rights under this Fund and discontinue the Benefits as may be provided for the benefit of such Member and Member's Employees.

2

4.    The Trustees shall have the right to inspect the records of Members so far as they are pertinent to the purposes of this Declaration and may require such reports from Members as may be necessary to the administration of the Fund.

5.    The Trustees shall keep true and accurate books of account and records of all their transactions.

6.    The Trustees may promulgate such rules and regulations not inconsistent with the terms hereof as may, in their discretion, be proper or necessary for the sound and efficient administration of the Fund.   The rules and regulations shall be set forth in a Fund Booklet published at least annually, to Members and Member Employees.  Use by the Fund of electronic based communications and internet sites constitutes timely and complete publication.  A Participation Agreement between the Member and the Fund shall be fully executed as may be required by the Fund Administrator.

7.    The Trustees shall not receive compensation for the performance of their duties, but shall be entitled to be reimbursed for expenses.

8.    The Trustees shall not be personally liable for any obligation to pay Benefits or premiums incurred by them as Trustees or for any action pursuant to this Declaration in good faith taken or omitted, nor for any action taken or omitted by any agent, employee, or attorney selected with reasonable care. The Trustees may delegate any of their ministerial powers or duties hereunder to an agent or employee.

9.    Notwithstanding anything to the contrary herein, the League, the Trustees of the Fund, the Administrator of the Fund, and the Fund shall not be obligated, directly or indirectly to pay any sum except from the Fund's monies and assets and then only to the extent that funds are available in the Fund.

10.   The Executive Director of the League shall serve as Administrator of the Fund.

11.   The Trustees shall act as a board of review on all appeals from the decisions of the Administrator and decisions of the Trustees on such appeals shall be final and binding upon all parties.

## PART V.    TRUSTEES

A.    The Fund shall be administered by five (5) Trustees, one from each Arkansas Congressional District and one at large from the state of Arkansas, all of whom must be employees or officials of Member incorporated cities or towns elected only by the incorporated city and town Members participating in the Fund at the Annual Convention

3

of the League. Those Member Employees that do not work for a city or town in Arkansas are not eligible to serve as a Trustee.

B.   Upon election, the Trustees declare that they will receive and hold the Fund as Trustees by virtue of this Declaration for the uses, purposes and trusts and with all the powers and duties of the Fund.

C.   Whenever a Trustee ceases to be an employee or officer of a Member city or town participating in the Fund, he or she will thereby cease to be a Trustee of this Fund and his or her successor will be chosen by the remaining Trustees to serve until the annual election of Trustees. During the vacancy, the remaining Trustees shall have the power to act pursuant to the provisions of this Declaration, provided, however, no act or decision may be made without the consent or approval of a majority of the total number of Trustees.

D.   Meetings of the Trustees shall be held at the call of the Administrator or any three (3) Trustees. A majority of the Trustees shall constitute a quorum for the transaction of business. All decisions of the Trustees shall be made by the vote of at least a majority of the quorum of Trustees.

E.   Trustees may be removed for cause by majority vote of the Trustees but only after the Trustee is given notice of the possibility of removal and an opportunity to be heard during a Trustee meeting.

## PART VI.   TERMINATION OF THE TRUST

A.   This Trust shall terminate under any of the following circumstances:

    1.   Upon notice of termination in writing to the Members by the Trustees of the Fund.

    2.   Upon notice of termination in writing to the Trustees by all the Members participating hereunder.

    3.   At such time as the total number of covered Member Employees shall become less than 600.

B.   Upon termination of this Trust, the Trustees shall distribute to the Members in shares proportionate to their contributions any funds which they have in their hands or which they may receive after such termination by virtue of this Trust.

## PART VII.   WITHDRAWAL FROM THE FUND

Any Member may terminate its connection with the Fund upon giving thirty (30) days' notice in writing to the Trustees of such intention to withdraw. Upon withdrawal, Members monetary reserves remain in the Trust unless the Trust is terminated as provided for in Part VI of this Declaration.

4

## PART VIII.    ADMISSION TO THE TRUST

Members shall be admitted as parties to this Fund upon written application for benefits under said Fund and by entering into a Participation Agreement with the Fund.  The Fund Administrator shall have the authority to execute on behalf of the Trustees such Participation Agreement and any other documents related to a Member becoming a party to the Trust.

## PART IX.    AMENDMENT OF DECLARATION

This Declaration may be amended by a majority vote of the entire number of Trustees or a majority vote of the City or Town Members who are parties hereto, except that the general purposes of the Trust shall not be changed.

## PART X.    SITUS AND CONSTRUCTION OF TRUST

This Declaration of Trust and all questions pertaining to its validity, construction and administration shall be construed under and regulated by the laws of the State of Arkansas and where applicable, federal law.

5

**ARKANSAS MUNICIPAL LEAGUE**
★ GREAT CITIES MAKE A GREAT STATE ★
CITY HALL

Effective December ... (as amended January 1, 2016)

ARKANSAS MUNICIPAL LEAGUE

The Municipal Health Benefit Fund is not insurance, and the Fund is not under the
Rules and Regulations of the Insurance Department of the State of Arkansas.

### Mandatory Administrative Appeals Procedure

As a condition precedent to all the benefits, terms and conditions of this contract, an employer member and its
employee members must agree to exhaust all of their administrative remedies including, but not limited to, the
claims procedures, the internal review procedures, including review by the Board of Trustees, and, to the extent
available, Federal external review processes, before any legal action is brought in any court.

**Fund Administrative Office**
**P.O. BOX 188, North Little Rock, AR 72115**
**501-978-6137**

EXHIBIT
2

e 000026

# eDocAmerica

## Online Medical Experts - 24hr Nurse Line


**Ask eDoc**


**Ask ePsych**


**Ask ePharm**


**Ask eDent**


**Nurse Call**


**Ask eDietitian**


**Ask eFitness**

### What is eDocAmerica?

- *Direct email access to eDocAmerica medical professionals*
- *Personal responses from, physicians psychologists, pharmacists, dietitians, and more...*
- *Weekly Health Tips written by physicians and delivered right to your email*
- *Healthy Lifestyle Assessment to help you monitor your current health status*
- *All services are FREE, unlimited, confidential, and cover the entire immediate family*

### 24hr Registered Nurse Advice Line

- *Toll free access to a registered nurse 24hrs a day, 7 days a week*
- *A registered nurse will advise the caller as to the proper disposition for their situation*
- *English and Spanish speaking nurses*

To access the eDocAmerica Registered
Nurse Advice Line, call toll free:

## 1-866-842-5365

### Access your FREE account

*Step 1 - Visit www.edocamerica.com*
*Step 2 - Click the "Register Here" button*
*Step 3 - Choose "Arkansas Municipal League" from the drop-down menu*
*Step 4 - Follow the online instructions*

**Register Here**


# eDoc America



## Need Help? Have Questions?
### 1 (866) 525-3362 or info@edocamerica.com

# MUNICIPAL HEALTH BENEFIT FUND (Health Fund No. 1)

Effective December 1, 1981 (As Amended January 1, 2016)

## Declaration of Trust

ιne provisions of this Municipal Health Benefit Fund Booklet are subject to the terms and conditions of the Declaration of Trust as amended.

This booklet describes benefits available to you under the Municipal Health Benefit Fund. Consult your Employer to determine the amount of your Life Benefits and to determine if your group has Disability Income Benefits. The self-funded Municipal Health Benefit Fund may be amended or discontinued by giving sixty (60) days' notice by regular mail to member cities and other public entities at their regular business addresses. It is the responsibility of the Participating Employer to notify its employees of any amendments or changes of the Municipal Health Benefit Fund.

Group health plans sponsored by state and local governmental employers must generally comply with Federal law requirements in title XXVII of the Public Health Service Act. However, these employers are permitted to elect to exempt a plan from the requirements listed below for any part of the plan that is "self-funded" by the employer, rather than provided through a health insurance policy.

**The Municipal Health Benefit Fund has elected to exempt the Fund from all of the following requirements:**

1. Standards relating to benefits for mothers and newborns.
2. Standards relating to the Mental Health Parity and Addiction Equity Act.
3. Certain requirements to provide benefits for breast reconstruction after a mastectomy.
4. Standards relating to the Women's Health and Cancer Rights Act.

The exemption from these Federal requirements will be in effect for the 2016 plan year that begins on January 1, 2016, and ends on December 31, 2016.

.he election may be renewed for subsequent plan years.

## PATIENT PRIVACY

The Fund does not sell, market or otherwise distribute your medical and personal health care information. However, the Fund may release medical information to persons who are engaged in the determination of claim eligibility and for the processing or appeal of a claim.

The specifics of coverages provided by the Fund are contained in the following pages.

Plan Administrator

# Table of Contents

eDocAmerica . . . . . . . . . . . . . . . . . . . . . . . . . . . . inside front cover, page 19
Declaration of Trust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

# Section 1: General Eligibility Information . . . . . . . . 5

## General Eligibility Information . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
Effective Date Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Single Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Family Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
## When Your Benefits Stop . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
## Right to Continuation Coverage under COBRA . . . . . . . . . . . . . . . . . . . . . 9
What is COBRA Continuation Coverage? . . . . . . . . . . . . . . . . . . . . . . . 9
When is COBRA Coverage Available? . . . . . . . . . . . . . . . . . . . . . . . . . 9
Notice Must Be Given of Some Qualifying Events . . . . . . . . . . . . . . . . . . .10
How can you elect COBRA continuation coverage? . . . . . . . . . . . . . . . . . .10
How much does COBRA continuation coverage cost? . . . . . . . . . . . . . . . . .10
When and how must payment for COBRA continuation coverage be made? . . . . . . . .10
Periodic payments for continuation coverage . . . . . . . . . . . . . . . . . . . . .10
Grace periods for periodic payments . . . . . . . . . . . . . . . . . . . . . . . . .10
## Retiree Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

# Section 2: Major Medical Benefits . . . . . . . . . . 12

## Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
### Major Medical Schedule of Benefits . . . . . . . . . . . . . . . . . . . . . . . . 13
Preventative Care Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Physician Evaluation and Consultation Visit Copayment . . . . . . . . . . . . . . . .13
Major Medical Deductibles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
Emergency Ambulance Services (ground or air ambulance) . . . . . . . . . . . . . .14
Individual Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
Emergency Room Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
### Explanation of Benefits and Benefit Limitations . . . . . . . . . . . . . . . . . . 14
Stop Loss for Major Medical . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
Calendar Year Deductibles for Major Medical . . . . . . . . . . . . . . . . . . . . .15
Covered Major Medical Charges . . . . . . . . . . . . . . . . . . . . . . . . . . .15
Precertification, Penalty Deductibles and Utilization Review . . . . . . . . . . . . . .16
Elective Surgical Procedures — Annual Maximum of 2 . . . . . . . . . . . . . . . . .17
Utilization Review Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
Inpatient Admission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
Surgical Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
PET Scans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
Hospice and Home Health Care . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
Durable Medical Equipment and Prosthetic Devices . . . . . . . . . . . . . . . . . .17
Exception for Childbirth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
### Special Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Case Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
Preventative Care Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
Special Limitations on Specific Types of Medical Treatments . . . . . . . . . . . . . .20
Bariatric Weight Loss Program . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
Health Care Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

# Section 3: Prescription Drug Benefits . . . . . . . . . 28

## Prescription Drug Coverage . . . . . . . . . . . . . . 29
### General Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . .29
### Drug Therapy Management Programs . . . . . . . . . . . . . . . . . .31
### Prescription Coverage for Members and Their
### Dependents who have Medicare as Their Primary Coverage . . . . . . . .33
### Steps to Receive Medicare Part D Benefits: . . . . . . . . . . . . . . .33

# Section 4: Optional Benefits . . . . . . . . . . . . . . 34

## Optional Benefits . . . . . . . . . . . . . . . . . . . . . .35
### Dental Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
#### Dental Care Coverage Maximums and Deductible . . . . . . . . . . . .35
#### Individual Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . .35
#### Dental Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . .36
### Vision Care Benefits . . . . . . . . . . . . . . . . . . . . . . 36
#### Routine Vision Care and Deductible . . . . . . . . . . . . . . . . . .36
#### Individual Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . .37
#### Vision Care Limitations and Exclusions . . . . . . . . . . . . . . . . .37
### Life Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 37
### Disability Income Benefits . . . . . . . . . . . . . . . . . . . . 38

# Section 5: MHBF Preferred Provider Network/PPO  . 39

## Preferred Provider Network (PPO) for Major Medical,
## Optional Dental and Optional Vision Care . . . . . . . . . . . . . . . . 39

# Section 6: Coordination of Benefits . . . . . . . . . . 40

## Coordination of Benefits (COB) . . . . . . . . . . . . . . 41
### Integration of Benefits . . . . . . . . . . . . . . . . . . . . . . . . .41
### How Coordination of Benefits (COB) Works . . . . . . . . . . . . . . .41
### Notice and Proof of Claim . . . . . . . . . . . . . . . . . . . . . . .42
### Overpayments: Right of Recovery . . . . . . . . . . . . . . . . . . . .43
### Right of Reimbursement . . . . . . . . . . . . . . . . . . . . . . . .44
### Assignment of Rights . . . . . . . . . . . . . . . . . . . . . . . . . .45

Notice of Removal

# Section 7: Definitions . . . . . . . . . . . . . . . . . . 46
## Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

# Section 8: Appeals . . . . . . . . . . . . . . . . . . . 53
## Claims Reviews and Appeals Procedure . . . . . . . . . . . . . 54
### Internal Claims and Appeal Reviews . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
## Independent External Claims Review . . . . . . . . . . . . . . 61
### Notification of External Review/Rights and Assignment to Independent External Review Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
#### Instructions for Sending Your External Review Request: . . . . . . . . . . . . . . . . . 62
#### Preliminary Review: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
#### Expedited Reviews: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

# Section 9: Forms . . . . . . . . . . . . . . . . . . . 64
### Authorization To Disclose Health Information . . . . . . . . . . . . . . . . . . . . . . . 65
### Revocation of Authorization To Release Health Information . . . . . . . . . . . . . . . . 67
### American Fidelity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . inside back cover

# Section 1:
# General Eligibility Information

# General Eligibility Information

**Section 1 Eligibility**

**Eligibility Dates**—If you are an employee in an Eligible Class, you will become eligible for Employee benefits on (a) the date your Employer becomes a Participating Employer or (b) the first day of the calendar month following the date you have continuously been a member of such class for 60 consecutive days (with the exception of February), whichever is later.

The eligibility requirements for employees also apply to Classes 1-5, subject to the provisions below.

**Eligible Class**—The Eligible Class of employees includes all full-time active employees (Class 5) who work an average of 30 hours per week for a Participating Employer. Any of the following classes can be covered when the following criteria are met:

## Since all eligible employees must be offered coverage, the Fund will require the following:

1. All eligible employees have been offered coverage, and
2. A list of all eligible employees taking coverage has been submitted to the Fund, and
3. Seventy-five (75%) percent of all eligible employees elect coverage under the Fund, and
4. A list of all eligible employees opting out of coverage, along with proof of coverage through a spouse, Medicare and/or another carrier has been submitted to the Fund.

Classes 1 through 4 are not eligible for the medical coverage if they are eligible for Medicare. Active elected officials who are on Medicare are eligible for dental, vision, drug card and hearing aid coverage. Enrollment in all parts of Medicare, Parts A, B and D, is required for active elected officials choosing to continue coverage under the dental, vision, drug card and hearing aid coverage benefits. However, 75% of each participating class (2, 3, 4 or 5) must participate for coverage to continue.

- Elected officials—Class 1
- Members of boards and commissions—Class 2
- Volunteer firefighters—Class 3 (See below for further details.)
- Auxiliary police—Class 4
- Full-time employees—Class 5
- Retired members age 55 or over—Class 6 (See Retiree Coverage for further details.)

**Members in Class 3**—to qualify for coverage under the Fund, volunteer firefighters must actively participate in more than:

- 50 percent of fire calls.
- 50 percent of training sessions.
- Verification of participation must be certified in writing under penalty of perjury by the Fire Chief.
- Certification must be submitted to the Fund each year on or before December 31.

If the Employer/Group offers coverage to any of the Classes 1 through 4, then the coverage must be offered to all members of the class. When coverage is offered to a class, the Participating Employer shall require all members of that class to sign up for the coverage or submit a refusal form. A minimum of 75 percent of classes 2 through 4 must sign up for coverage, or none of the class may be covered. Those persons in Classes 2, 3 and 4 who are eligible for Medicare are excluded from the 75 percent. A group must maintain coverage on 75 percent of each participating class (2, 3 or 4) for coverage or for coverage to continue.

A Participating Employer must offer coverage to all eligible employees working thirty (30) hours or more a week. To avoid penalties, the employer may use one of three "safe harbors" allowed by IRS regulation. These safe harbors are (1) the Form W-2 wages safe harbor,(2) the rate of pay safe harbor, and (3) the federal poverty line safe harbor. If an employer meets the requirements of the safe harbor, the offer of coverage is deemed affordable for purposes of section 4980H(b) regardless of whether it is affordable to the employee under section 36B of the IRS code. Generally, the W-2 is the safe harbor used where the employee's share of the premium for the cost of employee only (single) coverage for full-time active employees does not exceed 9.5 percent of the Employee's current W-2 wages.

## Effective Date Requirements

To be covered you must enroll in the Fund when eligible and agree to make any required premium contributions. If you do not enroll yourself and your dependents before the date you become eligible, you may not enroll until January 1 of the following year or another Open Enrollment period.

## Single Coverage

If you have **single coverage**, family coverage may be added on the first day of the month after any of the following Qualifying Events or during any Open Enrollment Period:

1. New dependents acquired via:
   - Marriage
   - Birth
   - Adoption
   - Court Order to provide coverage for an eligible child; Child Support/Medical Support Order

2. Loss of Spouse's health coverage due to loss of their employment -must provide letter from both spouse's former employer showing date employment ended and provide a letter from the spouse's former insurance company showing date employment ended and date health coverage ended. **It is the loss of health coverage, not the loss of employment that makes this a qualifying event.**

Change of Status form and copy of supporting documentation of the Qualifying Event is required within 30 days of the date of the Qualifying Event.

If you do not add the newly acquired dependent(s) by submitting a completed Change of Status Form within 30 days of when they become eligible, you may not enroll them until January 1 of the next year or the next Open Enrollment period.

## Family Coverage

If you have **family coverage**, an eligible newborn can be added to your coverage on the newborn's date of birth. The newborn must be added within 90 days of their date of birth regardless if Social Security Number is received.

If the newborn is not added within 90 days of their date of birth the newborn may not be eligible for coverage until the next Open Enrollment period. This family coverage newborn exception does not apply to any other Qualifying Event grace period.

If you have **family coverage**, and want to add an otherwise eligible dependent, a Change of Status and copy of supporting documentation of the Qualifying Event is required within 30 days of the date of the Qualifying Event.

If you do not add an otherwise eligible dependent(s) by submitting a completed Change of Status Form within 30 days of when they become eligible, you may not enroll them until January 1 of the next year or the next Open Enrollment period.

## Important Information

**Adult Dependents** must be added to the Fund during an Open Enrollment Period prior to their 26th birthday to be covered under their parent's health coverage. If an adult dependent waits until after the current Open Enrollment Period to request coverage under the Fund, they may only be added at the next Open Enrollment Period. Adult dependents are not entitled to coverage upon attaining the age of 26 years. Coverage will end on the first day of the following month following attainment of 26 years of age.

**Members moving from one covered group to another** without a lapse in coverage do not have to meet the 60 day employment requirement. If this provision applies to you please contact the Municipal Health Benefit Fund (MHBF) Director for additional information.

**Special Notice**—Coverage will not be changed for the member to add or drop family coverage without the member's and/or the Participating Employer's notification at the time of the event. The Fund will not credit premiums for failure to notify the Fund as required.

Notice of Removal

**Family Medical Leave Act**—The Fund recognizes and complies with the Family Medical Leave Act of 1993 for groups who employ 50 or more employees for at least 20 work weeks in the current of preceding calendar year. Your Employer must notify the Fund in writing at its Administrative offices if you have left your employment under provisions of the Family Medical Leave Act.

**COBRA**—The Fund recognizes and complies with all extended coverage benefits for employees and dependents provided for by the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). Benefits do not include Life and/or disability income.

**Certificate of Group Health Plan Coverage**—Under the 1996 HIPAA regulations, the Fund will provide a terminating member a "Certificate of Group Health Plan Coverage." You may need this certificate for enrolling in a new plan or in purchasing insurance. Ask your Employer for details.

## When Your Benefits Stop

When an employee's employment or salary ceases, the employee's coverage also ends, albeit on the last day of the month in which the employment or salary ceases, whichever is the earlier date. Coverage ends whether you leave your employment, retire, die or go on unpaid leave of absence. If you become a member of an ineligible class, coverage will end on the last day of the month in which you became a member of an ineligible class.

In addition to the above, coverage is also terminable for failure to make premium payment. Coverage for you will stop on the earliest of:

- The last day for which your premium has been paid.
- When the participating Employer fails to make the required premium payments.
- When the participating Employer cancels coverage under the Municipal Health Benefit Fund.
- The last day of the month you cease to meet the eligibility requirements as defined herein.

Your Dependents' Benefits will automatically terminate on the earliest of:

- The date your personal benefits terminate.
- The last day for which your dependent's premium has been paid.
- The last day of the month following your termination from the payroll of the city.
- The date coverage for dependents is terminated under the Municipal Health Benefit Fund.
- For any dependent, the last day of the month he or she ceases to be an eligible dependent.
- The last day of the month you cease to meet the eligibility requirements as defined herein.

Eligibility as a dependent will cease:

a. For any dependent, on the date he or she becomes covered individually under the Municipal Health Benefit Fund, enters active service with the armed forces of any country or otherwise ceases to be in a covered classification according to the definition of an eligible dependent;

b. For your spouse, the end of the month following the date of divorce or legal separation; and

c. For your child, the end of the month following the attainment of the applicable maximum age limit.

However, if your child is incapable of sustaining employment by reason of mental retardation or physical handicap following attainment of age 26 and if covered hereunder up to that time, will continue to be eligible as a dependent so long as he or she remains continuously in that condition, provided the member/employee notifies the Fund and such condition actually exists. If there is a conflict between dates when coverage could end, the earliest date governs. Additionally, the Fund will not pay for services or supplies furnished after the date coverage ends, even if the Municipal Health Benefit Fund precertifies or provides benefit information for a treatment plan submitted before the end of coverage.

## Right to Continuation Coverage under COBRA

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage. It can also become available to other members of your family who are covered under the Fund when they would otherwise lose their group health coverage. For additional information about your rights and obligations under the Fund and under federal law, you should review the most current Fund Booklet or contact the Fund.

The COBRA notice contains important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Fund. This notice which will be mailed to you at your last address on file, generally explains COBRA continuation coverage, when it may become available to you and your family and what you need to do to protect the right to receive it.

## What is COBRA Continuation Coverage?

COBRA continuation coverage is a continuation of Fund coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this notice. After a qualifying event, COBRA continuation coverage must be offered to each person who is a "qualified beneficiary." You, your spouse, and your dependent children could become qualified beneficiaries if coverage under the Fund is lost because of a qualifying event. Under the Fund, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

If you are an employee, you will become a qualified beneficiary if you lose your coverage under the Fund because either one of the following qualifying events happens:

- Your hours of employment are reduced.
- Your employment ends for any reason other than your gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you lose your coverage under the Fund because any of the following qualifying events happens:

- Your spouse dies.
- Your spouse's hours of employment are reduced.
- Your spouse's employment ends for any reason other than his or her gross misconduct.
- Your spouse becomes entitled to Medicare benefits (under Part A, Part B, or both).
- You become divorced or legally separated from your spouse.

Your dependent children will become qualified beneficiaries if they lose coverage under the Fund because any of the following qualifying events happens:

- The parent-employee dies.
- The parent-employee's hours of employment are reduced.
- The parent-employee's employment ends for any reason other than his or her gross misconduct.
- The parent-employee becomes entitled to Medicare benefits (Part A, Part B, or both).
- The parents become divorced or legally separated.
- The child stops being eligible for coverage under the Fund as a "dependent child."

## When is COBRA Coverage Available?

The Fund will offer COBRA continuation coverage to qualified beneficiaries only after the Fund has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the employee or the employee becomes entitled to Medicare benefits (under Part A, Part B or both), the Employer must notify the Fund of the qualifying event.

Notice of Removal

## Notice Must Be Given of Some Qualifying Events

For the other qualifying events (divorce or legal separation of the employee and spouse or a dependent child is losing eligibility for coverage as a dependent child), you must notify the Fund within 60 days after the qualifying event occurs. You must provide this notice to:

> MHBF Eligibility & Enrollment
>
> Municipal Health Benefit Fund
>
> P.O. Box 188
>
> North Little Rock, AR 72115

## How can you elect COBRA continuation coverage?

To elect continuation coverage, you must complete the Election Form and furnish it according to the directions on the form. Each qualified beneficiary has a separate right to elect continuation coverage. For example, the employee's spouse may elect continuation coverage even if the employee does not. Continuation coverage may be elected for only one, several, or for all dependent children who are qualified beneficiaries. A parent may elect to continue coverage on behalf of any dependent children. The employee or the employee's spouse can elect continuation coverage on behalf of all of the qualified beneficiaries.

## How much does COBRA continuation coverage cost?

You shall be required to pay the entire cost of the continuation coverage. The amount a qualified beneficiary is required to pay may not exceed 102 percent (or, in the case of an extension of coverage due to a disability, 150 percent) of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving continuation coverage.

## When and how must payment for COBRA continuation coverage be made?

If you elect continuation coverage you must make your first payment for continuation coverage not later than 45 days after the date of your election. (This is the date the Election Notice is postmarked, if mailed.) If you do not make your first paymer for continuation coverage in full not later than 45 days after the date of your election, you will lose all continuation coverage rights under the Fund. You are responsible for making sure that the amount of your first payment is correct. You may contact the employer or the Municipal Health Benefit Fund premium office to confirm the correct amount of your first payment.

## Periodic payments for continuation coverage

After you make your first payment for continuation coverage, you will be required to make periodic payments for each subsequent coverage period. The periodic payments must be made on a monthly basis. Under the Fund, each of these periodic payments for continuation coverage is due on the first (1st) day of each calendar month for that coverage period. If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the Fund will continue for that coverage period without any break. The Fund will send a monthly notice of payments due for these coverage periods to the participating employer along with their regular monthly premium notice.

## Grace periods for periodic payments

Although periodic payments are due on the dates shown above, you will be given a grace period of 30 days after the first day of the coverage period to make each periodic payment. Your continuation coverage will be provided for each coverage period as long as payment for that coverage period is made before the end of the grace period for that payment. However, if you pay a periodic payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage under the Fund may be suspended as of the first day of the coverage period and then

Notice of Removal

Exhibit A  Page 000037

retroactively reinstated (going back to the first day of the coverage period) when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.

ᶠyou fail to make a periodic payment before the end of the grace period for that coverage period, you will lose all rights to continuation coverage under the Fund.

Your first payment and all periodic payments for continuation coverage should be sent to the participating Employer for your group. Please do not send them direct to the Municipal Health Benefit Fund address. Payments mailed directly to this address will be returned unless previous arrangements have been made.

**KEEP THE FUND INFORMED OF ADDRESS CHANGES**—In order to protect your family's rights, you should keep the Fund informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Fund. Additionally, if you have changed marital status or you or your spouse have changed addresses, please notify the Fund in writing at the above address. Please note: If you have questions concerning your Fund or your COBRA continuation coverage rights, contact your Employer, or the Fund, Municipal Health Benefit Fund, P.O. Box 188, North Little Rock, AR 72115. For additional information about your rights under COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at 1-866-444-3272. For more information about health insurance options available through a Health Insurance Marketplace, visit www.healthcare.gov.

# Retiree Coverage

Arkansas law requires municipalities to establish by ordinance, or otherwise, criteria for eligibility as a retiree. The Fund will provide retiree coverage consistent with locally established criteria provided a written copy of the ordinance or policy is furnished to the Fund by January 1 of the Fund year. If no ordinance or policy is provided, then the Fund will provide retiree coverage if the retiring municipal official or employee:

- is age 55 or older and has completed 20 years of service with a participating Employer.
- is receiving a retirement benefit from the Arkansas Local Police and Fire Retirement System, Arkansas Public Employees Retirement System or a local pension fund.
- pays both the Employer and employee contribution to the health care plan.
- is not covered at any time during retirement by another health care plan.
- notifies the Employer within 30 days of the official date of retirement of their intent to participate in the health care plan of the municipality. The retired employee or official may include his or her dependents in the retiree's health care plan provided the dependent premium is paid.

Notice of Removal

Exhibit A  Page 000038

# Section 2:
# Major Medical Benefits

Section 2
Benefits

Exhibit A  Page 000039

# Benefits

## Major Medical Schedule of Benefits

| | | |
|---|---|---|
| Individual Medical Coverage | Lifetime | No Maximum Dollar Limit |
| Acute Inpatient Habilitation/Rehabilitation | Annual | 30 Days |
| Sub-Acute Inpatient Habilitation/Rehabilitation | | 15 Days |
| Habilitative Services | | 15 Days |
| Bariatric Weight Loss Program* | | |
| Chemical Dependency Treatment | Lifetime | 1 Treatment Plan ** |
| Diabetic Training | Annual | 1 Day Session |
| Elective Surgical Procedures (Hospital or Ambulatory Surgery Center) | Annual | 2 |
| Hearing Aids | | One per ear one (1) time every three (3) years |
| Home Health Services | Annual | 20 Visits |
| Hospice Care | Lifetime | 90 Days |
| Inpatient Hospital Services | Annual | 30 Days |
| Mental/Nervous Disorders | | |
| Inpatient | Annual | 10 Days |
| Individual Therapy Sessions | Annual | 24 Visits |
| PET Scans | Annual | 2 Each |
| Nutritional and Weight Counseling | Annual | 2 Visits |
| Outpatient Occupational, Physical, Speech, Habilitative Therapy and Chiropractic Services (Combined Benefit) | Annual | 40 Visits Combined |
| Organ Transplant Benefits | Lifetime | 2 Transplants*** |
| Custom Molded Foot Orthotics | Annual | 2 Pairs |
| Diabetic Related Footwear/Shoes | Annual | 2 Pairs |
| Prosthetic Bra for Oncology Covered Members | Annual | 2 Each |
| Wound Care and Hyperbaric Oxygen Treatment | Annual | 20 Visits |

*These services will be covered exclusively through the Metabolic & Bariatric Surgery Accreditation & Quality Improvement Program (MBS-AQIP). All services must be pre-authorized and must be performed at a MBS-AQIP designated Treatment Center. For more information call 888-295-3591.

**Services must be rendered at MHBF Chemical Dependency Treatment Center to be covered. For details regarding this benefit, call 888-295-3591.

***Transplants must be performed at MHBF Designated Transplant Centers to be covered. For more information call 888-295-3591.

## Preventative Care Benefits

The Fund will pay 100% of the reasonable and customary charges for In-Network, Preventative Care. For services to be considered under this benefit, the Provider's claim must designate a Preventative Diagnosis and CPT Code only.

Preventative benefits are not payable when done at Flu Clinics, Health Fairs or other public or private venues, however flu shots exclusively, when billed through the Drug Card Benefit and administered by a participating Pharmacy, may be covered.

## Physician Evaluation and Consultation Visit Copayment

$20.00 each visit for Current Procedural Terminology          Codes 99201 through 99215

The Physician Visit Copayment will not count toward your Calendar Year Deductible and any services or procedures rendered other than the CPT codes listed above will be reimbursed as outlined in the Fund Booklet

Exhibit A  Page 000040
Notice of Removal

13

## Major Medical Deductibles

Standard Individual Calendar Year Major Medical          $500, $1,200, or $2,000

Family Deductible Maximum          $6,000

## Emergency Ambulance Services (ground or air ambulance)

Annual          2 each per year

## Individual Coinsurance

The covered individual pays coinsurance for the first $20,000 of Arkansas In-State, In-Network Provider covered expenses after the calendar year deductible(s). Once the covered individual meets the Arkansas In-State, In-Network coinsurance maximum, the Fund will reimburse 100 percent of all covered Arkansas In-State, In-Network services for the remainder of the calendar year.

The covered family pays coinsurance for the first $40,000 of Arkansas In-State, In-Network Provider covered expenses after the calendar year deductible(s). Once the covered family meets the Arkansas In-State, In-Network coinsurance maximum, the Fund will reimburse 100 percent of all covered Arkansas In-State, In-Network services for the remainder of the calendar year.

The Stop Loss provision, or out-of-pocket maximum, does not apply to non-emergent Out-of-State In-Network or Non-PPO provider services and the individual will be responsible for coinsurance for all covered expenses from Out-of-State In-Network or Non-PPO providers. Emergency Room copayments (access fees) and Prescription Drug copayments are not included within the Stop Loss provision or out-of-pocket maximum.

| After the calendar year deductible(s) are met, the Fund will pay the following percentages for covered services: | | |
|---|---|---|
| | **PPO** | **Non-PPO** |
| **Emergency Room Services** | 80% of the Fund's Usual and Customary PPO Allowables | 80% of the Fund's Usual and Customary PPO Allowables |
| **PPO Providers** (In-State or Out-of-State) | 80% of the Fund's Usual and Customary Allowables | |
| **Non-PPO Providers** (In-State or Out-of-State) (Except for Emergency Room Charges) | | 50% of the Fund's Usual and Customary Allowables (See Usual and Customary Charges under Definitions) |

## Emergency Room Services

Outpatient Emergency Room visits will require a $250 copayment (access fee) made by the covered member for each visit. This $250 copayment is in addition to any other Fund deductible or copayment requirement. Emergency Room copayments do not apply to the Fund deductible or towards the coinsurance maximum. When an emergency room visit results in inpatient hospital admittance (excluding observation stays), the $250 emergency room copayment will be waived. However, this does not apply when you are admitted to a different hospital than where you received emergency services. Non-PPO emergency room services will be reimbursed at the same PPO deductible requirements and benefit percentages for emergent and immediate care only and up to the Fund's reasonable and customary allowables for such services.

# Explanation of Benefits and Benefit Limitations

## Stop Loss for Major Medical

When In-State, In-Network covered charges reach $20,000 for the covered individual or $40,000 for the covered family and the calendar year deductible(s) are met, the Fund will pay 100 percent of all covered services above that amount for the remainder of the calendar year, unless excluded or modified by other portions of this benefit booklet. This is called a Stop Loss Provision or Out-of-Pocket Maximum. Out-of-State In-Network Provider and Non-PPO provider charges do not count toward the Out-of-Pocket Maximum (s) and the Fund will not pay 100 percent of Out-of-State In-Network Provider and Non-PPO provider charges. In addition, penalty deductible(s), and the Emergency Room Services copayments, and Prescription Drug copayments do not count toward the Out-of-Pocket Maximum(s). The Fund will not pay 100 percent of the Emergency Room Service charges even though provider retains the patient for observation. The copayment maybe waived

for an inpatient hospital room admission (for Stop Loss for Prescription Drug Benefits, see page "Stop-loss or Out of Pocket Maximums for the Prescription Drug Benefit is:" on page 30).

## Calendar Year Deductibles for Major Medical

A Calendar Year Deductible of $500, $1,200 or $2,000 (please consult your Employer for the amount of your deductible) shall be applied to the amount of covered medical expenses that are incurred each calendar year. Each covered member shall satisfy the $500, $1,200 or $2,000 calendar year deductible up to a Family Maximum Deductible of $6,000, if and when the covered member(s) incurs and submits covered medical expenses in an amount equal to the deductible.

## Covered Major Medical Charges

Covered Medical Charges include only the charges and fees described below that (a) are not excluded by other provisions applicable to these benefits, (b) are medically necessary for the care and treatment of illness or injury of a covered member, (c) are recommended by an attending physician, (d) do not exceed the usual, customary and reasonable charges as determined by the Fund in accordance with health care industry standards for the area in which the services and supplies are furnished, and (e) are deemed necessary by the Utilization Review Program. A charge is considered to be incurred on the date a covered member receives the services or supplies for which the charge is made. (For more information see Medically Necessary under Important Information).

**Accident Related Dental Charges**—Dental charges are not covered under Major Medical Benefits except for the prompt repair of sound natural teeth or other body tissues required as a result of accidental injury sustained while covered. A Treatment Plan must be submitted prior to any treatment or services being rendered. Treatment/services must start within 30 days and be completed within 6 months of the initial injury or accident, unless otherwise agreed to in writing by the Fund. Any injury to teeth while eating is not covered in this provision.

**NOTE: Charges incurred in a hospital setting for the pulling of teeth, unless as a result of an accident or injury are not covered under the Major Medical Benefits.**

**Ambulance Services (Ground and Air)**—Charges for emergent medically necessary local transportation of a covered member by a professional ambulance company to and from a hospital will be covered under the per occurrence maximums of the Fund, being two each per year.

**Anesthesia Charges**—For the administration of anesthesia when not included in Hospital or Ambulatory Surgery Center charges.

**Cataract Surgery**—Charges for cataract surgery, including the first pair of standard eyeglasses or standard contact lenses when needed as a result of and purchased within ninety (90) days of such surgery. Glasses and lenses will be reimbursed under the usual and customary fees allowed by the Fund. Any additional glasses and/or lenses may be covered under the optional Vision Care Benefits coverage.

**Emergency Room Charges**—Charges for medically necessary emergency room services.

**Family Planning**—Benefits are provided for an elective vasectomy performed only in a physician's office. The Fund will also provide benefits for an elective tubal ligation.

**Inpatient Hospital Charges**—the Fund will pay up to a maximum of 30 days per year for covered room and board and other necessary services and supplies, unless defined elsewhere in this booklet. In-Hospital Room accommodations covered are: semi-private room (two or more beds), approved intensive and cardiac care units and private room. if you choose to have a private room, you will be responsible for the difference between the hospital's charge for an average semi-private room and its private room charge. If the hospital is an all-private room facility, the Fund will consider 90 percent of the private room charge as the covered charge.

**Medical Supplies and Pharmaceutical Charges**—The Fund will pay for up to a thirty (30) day supply for medical supplies and pharmaceutical charges prescribed by a medical doctor for the treatment of a medical condition, including but not limited to diabetic and insulin supplies, unless defined otherwise under the Drug Card Benefit.

**Physicians' Fees**—For medical care and treatment other than the performance of surgical procedures. For more information, please see Usual, Customary and Reasonable Charges (UCR).

Exhibit A  Page 000042

Notice of Removal

**Prosthetic/Orthotic Devices**—When ordered by a physician, coverage is provided for prosthetic devices such as orthopedic braces, custom built shoes or supports, internal fixation (such as hip pinnings), internal prostheses, and replacement of artificial legs, arms and eyes. Also included is the replacement of these devices when required by a change in your physical condition, as well as repairs to prosthetic devices. Precertification is required for purchase of all prosthetic/orthotic devices that exceed $2,000. Coverage for replacement of a prosthetic or orthotic device may, at a minimum, be one (1) time every three (3) years, unless it is medically necessary as indicated by medical criteria. However, these devices will not be covered if they are misused or lost. (See Exclusions.)

**Radiological and Laboratory Charges**—For radiological examinations and diagnostic laboratory services.

**Rental or Purchase of Durable Medical Equipment**—The Fund will pay for standard durable medical equipment which (a) can withstand repeated use, (b) is primarily and customarily used to serve a medical purpose, (c) generally is not useful to a person in the absence of an illness or injury, and (d) is appropriate for use in the home. Additionally, the Fund will replace standard durable medical equipment that is no longer serviceable provided it meets the criteria above. The Fund will not pay for air conditioners, dehumidifiers, humidifiers, air purifiers, waterbeds, car seats, whirlpools, spas, exercise equipment, motorized or other specialty or customized equipment, nor for service and/or maintenance contracts and agreements for durable medical equipment. Durable medical equipment, such as a standard hospital bed, standard wheelchair, etc., must be prescribed by a physician and must be required for temporary therapeutic use. If a member must rent durable medical equipment for an extended period of time, the Fund reserves the right to pay for the rental monthly, not to exceed the purchase price. If an item of durable medical equipment is not available for purchase, the Fund reserves the right to establish a rental or purchase price based on the reasonable and customary charge for such equipment. The Fund will never pay more than the purchase price for any durable medical equipment.

Precertification is required when any durable medical equipment is purchased, rented or leased if the retail purchase price or annual rental cost will exceed $2,000. Benefits will not be considered until the Utilization Review Program has precertified and/or certified the equipment.

**Surgeons' Fees**—For the performance of surgical procedures by a physician. Pre-op and post-op care is paid for when the surgeon bills under the global surgical CPT (Current Procedural Technology) coding rules.

## Precertification, Penalty Deductibles and Utilization Review

**It is the member's responsibility to precertify by calling 888-295-3591.** A $1,500 penalty deductible will be assessed for failure to precertify any services requiring precertification, per occurrence.

- Ambulatory Surgical Procedures (whether they are performed in a Hospital, Ambulatory Surgery Center or doctor's office)
- Bariatric Weight Loss Program
- Chemical Dependency Treatment
- Durable Medical Equipment (if purchase price or annual rental cost exceeds $2,000)
- Home Health Care Services (care in a home setting)
- Hospice Care
- Inpatient Hospital Confinements
- Organ Transplant Services
- Outpatient Observation lasting more than 23 hours (all outpatient stays lasting more than 24 hours will be reimbursed as Inpatient Confinements, and/or charges will be reduced to 23 hours of observation)
- PET Scans
- Prosthetic Devices (if purchase price exceeds $2,000)
- Wound Care & Hyperbaric Oxygen Treatments

## Elective Surgical Procedures — Annual Maximum of 2
(Hospital or Ambulatory Surgery Center)

For a comprehensive list of elective surgical procedures, please call 888-295-3591. Members are allowed a yearly maximum
f two procedures.

**Please call 888-295-3591 anytime to verify if precertification will be needed.**

## Utilization Review Program

The Municipal Health Benefit Fund has adopted a Utilization Review Program. In certain cases, the Review Program requires
certification prior to treatment, as well as concurrent review, discharge planning, cost effectiveness and medical case management.
A $1,500 penalty deductible will be assessed for failure to precertify with the Review Program where the Fund requires
precertification.

Once a service has been precertified, the services must be rendered within 30 days of the precertified date of service. If the
services are not rendered within the 30 day time period, the precertification process must be started again.

You or your doctor must precertify by calling the Utilization Review Program at 888-295-3591. The ultimate responsibility
to precertify rests with the covered member.

## Inpatient Admission

You must notify the Utilization Review Program of a scheduled admission prior to the date of service. As soon as you know
you will be hospitalized, you or your physician must precertify your care by calling the Utilization Review Program at
888-295-3591. Inform the Utilization Review Program that you are covered under the Municipal Health Benefit Fund and
provide the Program with your doctor's name and telephone number. Failure to notify the Utilization Review Program prior
to admission will result in the assessment of a $1,500 penalty deductible.

If your admission is due to an emergency, you will have until 5:00 p.m. the next business day to notify Utilization Review of
.1at admission. Direct admissions from your physician's office are not considered emergencies and must be precertified by
you or your physician. Failure to do so will result in the assessment of $1,500 penalty deductible.

Outpatient observations lasting more than 23 hours may be considered as an inpatient admission and/or reduced to the
23-hour observation limit. No benefits will be paid for any charges related to non-certified days or services.

## Surgical Procedures

Precertification is required for surgical procedures regardless of where they are performed.

## PET Scans

Precertification is required for all PET Scans.

## Hospice and Home Health Care

Hospice and care provided in a home setting also require precertification.

## Durable Medical Equipment and Prosthetic Devices

Standard durable medical equipment purchases and rental and purchases of prosthetic devices retailing $2,000 or higher must
be precertified. See the topic Rental of Durable Medical Equipment under Covered Medical Charges.

## Exception for Childbirth

The Fund does not restrict the duration of hospital stay for the mother or newborn child up to a stay of 48 hours following a
normal vaginal delivery or less than 96 hours following a cesarean section. The Utilization Review Program must be notified
˜or stays in excess of 48 hours or 96 hours at 888-295-3591.

## Important Information

If the Utilization Review Program disagrees with the number of days recommended by the doctor, or the use of durable equipment, you and your doctor will be advised. The Fund will not pay for treatment which is not approved by the Utilization Review Program. If you disagree with any payment decision, you may appeal. The decision to accept treatment is betwee you and your provider.

**Medically Necessary** means services or charges submitted to the Fund must meet the conditions of being medically necessary to be considered for payment. The Fund will generally consider care of treatment to be medically necessary if:

- It is consistent with the patient's medical condition or accepted standards of good medical practice;
- It is medically proven to be effective treatment of the condition; and
- It is the most appropriate level of service(s) which can be safely provided to the patient.

Only your medical condition is considered in determining whether the level of care or type of health care facility is appropriate. Neither your financial status nor family situation, the distance from a facility, patient or physician convenience, nor any other non-medical factor is considered in the determination of medical necessity.

Services and supplies which are not medically necessary are not covered, except for preventative health services for which coverage is listed herein. Hospitalization that is extended for reasons other than medical necessity, i.e., lack of transportation, lack of caregiver at home, inclement weather and other social reasons not justifying coverage for extended Hospital care is not covered.

Additionally, medically necessary standards apply to all covered benefits outlined in the Fund. If Utilization Review determines that a service is not medically necessary before or after a participating PPO Provider renders it, we prohibit the Provider who rendered the service from billing you for those services, UNLESS you agreed in writing to be responsible for payment before the services were rendered. Charges for services or supplies rendered by non-PPO Providers that are not considered medically necessary by the Utilization Review Program will be the responsibility of the member receiving the services.

Appeals made by a provider as to medical necessity will be referred to a Medical Reviewer designated by the Plan Administrator. **The decision of the Plan Administrator's Medical Reviewer shall be final and binding to all parties.** Appeals made by covered members or their legal representative shall be done in accordance with the Internal/External review process set out in Section 8 of this Booklet.

The Fund will not pay for services or supplies furnished after the date your coverage ends, even if the Municipal Health Benefit Fund precertifies or provides benefit information for a treatment plan submitted before the end of your coverage.

## Special Benefits

### Case Management

Case Management should be utilized by the member of the Fund where services with high expenses are expected or where such services are expected but are not available within the Preferred Provider Network. The Case Manager will work with the member and provider to seek out a cost-effective approach to the illness or injury as described in the Utilization Review Program portion of this booklet.

In an effort to reduce recurring visits to a hospital setting, Alternative Case Management may be recommended. Benefits may be extended, based on the recommendation of the Case Manager if such recommendation would tend to provide for physician-approved treatment outside the hospital setting. Alternative Case Management may be considered if medical expenses are expected to exceed the Fund's defined maximum for a specific benefit. Alternative Case Management will normally include, but will not be limited to, durable medical equipment, home health and hospice, inpatient and outpatient therapy.

At the sole option of the Fund, alternative benefits may be provided by the Fund in lieu of Major Medical Expense benefits. Alternative benefits shall be provided if, in the sole discretion of the Fund, such services are feasible, cost-effective, medically necessary and available in your locale. The Case Manager will have the ability to recommend a treatment plan above the annual benefit maximum. This benefit will not exceed $5,000 in a calendar year. Eligible Case Management charges will be paid using the Fund's percentage reimbursements.

## Preventative Care Program

Annual Routine Preventative Benefits are reimbursable at 100 percent of allowable, subject to usual, reasonable and customary charges and are not subject to deductibles and benefit percentages. To be considered as a preventative care benefit the provider's ill must designate a routine preventative diagnosis code, with the proper CPT code and diagnosis pointer to be considered as a preventative service. Claims received with diagnoses other than or in addition to routine preventative will be considered under the Major Medical Benefits and reimbursed accordingly. The following list is an example of the types of services often considered as routine preventative services:

- Mammogram — one (1) per calendar year
- PAP Screening — one (1) per calendar year
- PSA (Prostate Specific Antigen test) — one (1) per calendar year
- Colon-Rectal examination — Coverage for medically-recognized screening examination for the detection of colorectal cancer for covered individuals who are fifty (50) years of age or older or for covered individuals who are less than fifty (<50) years of age that have a family or personal history and at normal risk for developing colon polyps or colon cancer for Eligible Benefits incurred while conducting a medically-recognized screening examination for the detection of colorectal cancer. This includes annual fecal occult blood tests and a colonoscopy and/or flexible sigmoidoscopy (examination of the large intestine) performed every five (5) years with a family or personal history of colon polyps, colon cancer or a colonoscopy performed every ten (10) years. This Benefit excludes coverage for virtual colonoscopies. This benefit will include routine and diagnostic colon-rectal examinations.
- General Health Panel
- TB
- Chest X-Ray (front and lateral)
- Well Baby Care/Well Child Care
- Carotid Screening

### Immunizations/Inoculations

- DT (Diphtheria and Tetanus Toxoids)
- DtaP Diphtheria, Tetanus Toxoids and Pertussis
- Td (Tetanus) booster
- MMR (Measles, Mumps, Rubella)
- MMR booster
- Poliomyelitis Vaccine
- Oral Polio
- Varicella Vaccine (Chicken Pox)
- Influenza
- Hepatitis A
- Hepatitis B
- Pneumococcal (Pneumonia)
- Pediarix (Diphtheria and Tetanus Toxoids and Acellular Pertussis Absorbed, Hepatitis B [Recombinant] and Inactivated Poliovirus Vaccine Combined)
- HIB (Hemophilus Influenza B)
- HPV (Genital Human Papillomavirus)
- Rotovirus
- Zosatavax (Shingles Vaccine)

**PLEASE NOTE:** Allergy injections and expenses related to routine newborn care are not considered part of this benefit. Other injectable medicines may be covered under the Drug Card Program. Please see the Prescription Drug Card section of this booklet. Pharmacy copays will be assessed if the above are administered at your local pharmacy, except for Influenza.

**eDocAmerica**—All eDocAmerica services are at no extra cost, confidential, and unlimited for covered employees and all family members. Contact eDocAmerica at 866-842-5365 or visit www.edocamerica.com to set up or access your free account.

**eDocAmerica gives you email access to physicians, psychologists, pharmacists, dentists, dietitians, and fitness trainers:**

Ask whatever you want, whenever you want, and get personal answers. When you log in to your eDocAmerica account, you can choose who you want to contact. There are no fees or copays of any kind. With eDocAmerica you and your immediate family have unlimited access to your very own medical team. Physician answers are guaranteed in 24hrs with most responses arriving within 2-3 hours.

Notice of Removal

**Telephone access to the eDocAmerica medical team:**

With eDocVoice you can access our medical team through our telephonic platform. Call the phone number and record your question. Once the medical team has answered your question, the system will automatically call you back and play their response. No Internet needed.

**iPhone App and Droid App:**

The era of Smartphones is here and eDocAmerica is bringing our team of medical experts directly to your hand-held device. Download the free app and get the personal medical attention you need for your on-the-go life. Want to send in a picture? Use the camera on your phone and attach the picture directly to your question. The App will also allow you access to your eDocVoice number, nurse line number, weekly health tips, and more.

**24 hour Registered Nurse Advice Line:**

The nurse line is available 24 hours per day, 7 days per week and 365 days per year. At the start of each call the caller is offered the opportunity to communicate in either English or Spanish.

The registered nurse will advise the caller as to the proper disposition for his/her stated medical concern or problem. These dispositions will range from home care advice to recommended emergency care immediately.

The 24/7 Registered Nurse Advice Line is available at 866-842-5365 or you may call eDoc at 866-525-3362 for assistance.

**Additional included services:**

eDocAmerica users enjoy a physician-written weekly Health Tip delivered right to your email, a Health Risk Assessment that helps you gain a snapshot of your current health status, a 3D Video Library with access to 250+ medical topics, and more. Take a moment to log in to your eDocAmerica account and scroll through the icons to see the additional services included in your account.

## Special Limitations on Specific Types of Medical Treatments

**Acute Inpatient Habilation/Rehabilitation**—Payment for this benefit is limited to a maximum of 30 days per illness c incident, but not to exceed the annual inpatient hospital maximum benefit. Payment is limited to acute rehabilitation as prescribed by a physician and is subject to review by Case Management to identify medical criteria and cost effective alternatives.

**Sub-acute Inpatient Habilitation/Rehabilitation**—Payment for this benefit is limited to a maximum of 15 days per illness or incident, but not to exceed the annual inpatient hospital maximum benefit. Payment is limited to sub-acute rehabilitation services as prescribed by a physician and is subject to review by Case Management to identify medical criteria and cost effective alternatives.

**Allowable Expenses**—The usual, customary and reasonable charges, including the average wholesale price (AWP) made for necessary health care services, medications and supplies, a portion of which is covered by at least one of the plans covering the member for whom the claim is made. These covered services will be considered Allowable Expenses and a benefit paid. Allowable Expenses do not include charges used to satisfy the deductibles, copayments or coinsurance assessed under the Prescription Drug Card Plan. (For more information, see Coordination of Benefits.)

**Average Wholesale Pricing (AWP)**—The allowable amount determined by the Fund for products provided to the covered members, employing the most current Average Wholesale Price (AWP) or another industry-accepted benchmark as set forth by Medispan, First Databank, or other industry-accepted database. The Fund retains the right to review any and all claims for such products provided to its covered members. The Fund retains the right to reimburse providers at eighty-five (85%) percent of AWP for claims billed with NDC numbers. The National Drug Code (NDC) is a unique product identifier used in the Unites States for drugs intended for human use. (For more information see Usual, Customary and Reasonable Charges (UCR).)

## Bariatric Weight Loss Program

**Bariatric Weight Loss Program\***—MHBF will provide coverage for bariatric surgery to include:

  a.  Adjustable gastric banding surgery
  b.  Gastric Bypass surgery

    c.   Sleeve Gastrectomy surgery or

    d.   Duodenal switch biliopancreatic diversion.

A pre-determination is required in order to proceed with the Notification Review and is required to review the eligibility for ` surgical procedure. To qualify to be eligible requires documentation of six (6) consecutive months of physician-supervised weight management program that may include but is not limited to nutritional education and a physical activity program. The covered individual, treating physician or family member must provide information for the Medical Care Management pre-determination review. Failure to do so will result in no benefit coverage for morbid obesity services.

Eligible Morbid Obesity expenses incurred will be covered subject to Medical Case Management approval and Fund limitations. Under this provision, Morbid Obesity includes the pre-obesity evaluation, medical and surgical treatment for post obesity follow-up care including but not limited to treatment of any complications. The Morbid Obesity treatment must be performed at a Fund-Designated Morbid Obesity Treatment Center and is an eligible benefit for covered individuals nineteen (19) years of age or older.

    **Non-Covered Nutrition**—The Fund will not cover food, shakes, vitamins or any supplements regardless of who prescribed or recommended them.

    **Non-Designated Morbid Obesity Center**—If the Morbid Obesity treatment is performed at a Non-Designated Morbid Obesity Treatment Center or if Medical Case Management is refused, the pre-obesity, obesity and post obesity care will not be covered.

    **Disqualification from Program**—If a covered member does not follow the guidelines as instructed by Case Management and/or the Bariatric Surgeon and is disqualified for any reason from this program, they must wait until the next Fund Year to re-qualify.

    **Claims Consideration**—All claims related to MBS-AQIP must have the pre-determination or pre-authorization number on each claim to be considered for payment.

    Any Obesity related charges for services not rendered under this program will not be covered by the Fund. Furthermore, Morbid Obesity treatment procedures will not be paid if the procedure is an Experimental and Investigative Medical Procedure as defined in this booklet.

**How to Obtain a Pre-Determination**

3.   Call your MHBF nurse case manager at 888-295-3591 and notify them that you are interested in the MBS-AQIP program.

4.   Once pre-determination is completed the member will then contact the MBS-AQIP physician's office for program registration. This must be done at www.obesity-surgery.net. You must fill out the new patient application online.

5.   After the application is completed and you have been approved for the program, you will then complete 6 months of physician supervised weight management.

6.   Monthly updates are required to be sent to the MHBF nurse case manager by your physician or dietician.

**How to Obtain Pre-Authorization for Bariatric Surgery**

1.   Call your MHBF case manager and notify them that you have completed the 6 months of physician supervised weight management and are ready to proceed with surgery.

2.   Your case manager will contact the MBS-AQIP physician's office and proceed with prior-authorization.

    The Fund criteria used for prior-authorization can be obtained by contacting your MHBF Nurse Case Manager at 888-295-3591.

*These services will be covered exclusively through the Metabolic & Bariatric Surgery Accreditation & Quality Improvement Program (MBS-AQIP). All services require a pre-determination and a pre-authorization. Retro Determination or Retro Authorizations will not be considered. Participation in this program must be performed at a MBS-AQIP designated Treatment Center.*

**Chemical Dependency Treatment**—These services are limited to one treatment plan per lifetime. Services must be rendered at the MHBF Chemical Dependency Treatment Center to be covered. You must contact MHBF Case Management at 888-295-3591 who will direct your care and precertify services. No benefits will be available for Chemical Dependency services performed at any facility which is not designated by the Fund. An order by a court or state agency for psychiatric treatment is not an indication of eligibility under this benefit.

**Diabetic Education or Training**—The Fund will allow for a one day Diabetic Education or Training session per calendar year. However, if there is significant change in the covered member's condition or symptoms making it medically necessary to change the covered member's diabetic management process, the Fund will allow for an additional one day Diabetic Education or Training session. The additional Diabetic or Training session must be prescribed by a physician.

**Enteral Feeds (tube feeding)**—The Fund will cover enteral feeds when it is the member's only means of nutrition.

**Fund Booklet**—The Fund Document which sets out the Fund's terms and conditions as included herein. No contract, agreement or financial arrangement supersedes the terms, conditions, limitations and exclusions set forth in the most current Municipal Health Fund Booklet.

**Hearing Aids**—The Fund will pay up to a maximum of $1,400 per ear one (1) time every three (3) years for hearing aids, including the repair and replacement parts that are designed and offered for the purpose of:

- Aiding a person with or compensating for impaired hearing;
- Is worn on or in the body;
- Is generally not useful to a person in the absence of a hearing impairment; and
- Is sold by a professional licensed by the state to dispense a hearing aid or hearing instrument.

Individual coinsurance and the individual annual deductible will not be applied to the hearing aid benefit; however, any out of pocket costs associated with these devices will not be credited toward the individual annual deductible. Additionally, these devices will not be covered if they are misused or lost. (See Exclusions.) All charges and/or costs above the $1,400 maximum per ear one (1) time every three (3) years will be the member's responsibility.

**PLEASE NOTE:** Payment for hearing aids will not be considered before they have been received by the individual member.

**Home Health Care Services (care performed in a home setting)**—Payment of these benefits is limited to an annual maximum of 20 visits per year and is subject to review by Case Management to identify medical criteria and cost effective alternatives. Coverage for this benefit will be limited to charges for Home Health Care visits made by a Registered Nurse, a Licensed Practical Nurse, a Physical Therapist, an Occupational Therapist or a Speech Therapist and in accordance with a home health care plan established by a doctor and/or recommended by Case Management. You must be homebound to qualify for Home Health Care Services. (See Definitions.)

**Hospice Care**—The Fund will pay for covered Hospice charges, whether in the home or in an inpatient setting, including equipment and supplies, which are medically necessary for treatment if the member is totally disabled as a result of terminal illness and has a life expectancy of six months or less. A treatment plan is required and must be submitted to Case Management for precertification before benefits can be considered. Hospice Care charges will be limited to a lifetime maximum of 90 days. (Please see Alternative Case Management for additional information.)

**Maternity Benefits and Newborn Child Care**—If you are married with family coverage, an eligible newborn can be added to your coverage on the newborn's date of birth. The newborn must be added within 90 days of their date of birth regardless if Social Security Number is received or not. The Fund's annual inpatient hospital maximum applies to this benefit.

If you have elected single coverage, family coverage may be added on the first day of the month following the newborn's date of birth. You may also elect family coverage at any open enrollment period prior to the birth of the newborn.

**Mental and Nervous Disorders**—Payment for services incurred in connection with treatment of mental illness or functional nervous disorders, is limited to a maximum of 10 inpatient days per calendar year, with 24 physician visits per calendar year for inpatient and outpatient charges. These payments are not eligible for the Stop Loss Provision. (See Exclusions for further information.)

**Organ Transplant Benefit Charges**—Transplant benefits are all inclusive and limited to 2 per lifetime. All inclusive means all charges for all services for an organ transplant, including but not limited to, testing prior to transplant and all post-operative treatment. Additionally, donor procurement, tissue typing, surgical procedure, along with storage and transportation costs are included in the annual benefit but must be billed inclusively under the covered member of the Fund to be considered. Eligible procedures are: heart, lung, liver, kidney, pancreas, cornea and bone marrow.

All transplants must be performed at one of the MHBF Designated Transplant Centers to be covered. You must contact MHBF Case Management at 888-295-3591 who will direct your care and precertify services. No benefits will be available for transplants performed at any facility which is not designated by the Fund.

**Outpatient Clinical Setting Physical Therapy, Speech Therapy, Habilitative and Occupational Therapy Services**—These therapeutic services, when provided in an outpatient clinical setting, will be combined to allow for an annual maximum of 40 visits. The services of a Licensed or Registered Therapist, are covered if the treatment meets all of the following:

- Is part of a documented treatment plan;
- Is medically necessary;
- Is for a condition that is the result of a disease or injury; and
- Is not excluded elsewhere in the policy;
- Is prescribed by a licensed physician.

Please note that Chiropractic Services are covered only for an eligible member five (5) years and older and that Temporomandibular Joint Dysfunction (TMJ) is not a covered benefit under Chiropractic Services. TMJ is addressed under the optional Dental Benefits coverage.

**Usual, Customary and Reasonable Charges (UCR)**—To determine UCR charges billed by a medical provider for services and supplies, the Fund reserves the right to use national tables (including, but not limited to, RBRVS, ADP and MDR, Medispan, First Databank) and methods in accordance with health care industry standards. The Fund may set limits on a provider's charges and fees at its discretion without giving notice to the provider. The Fund will not pay 100 percent of a provider's billed charges.

**Wound Care and Hyperbaric Oxygen Treatment**—The total number of one-hour sessions for hyperbaric oxygen therapy and/or the total number of treatments received in an outpatient Wound Care facility will be limited to a maximum of 20 per year provided the treatment is for a condition that is covered under the Fund and is prescribed by and administered under the direct supervision of a licensed physician.

## Health Care Exclusions

**General Information**—The Fund does not pay benefits for exclusions and health care services and items not specifically described within this booklet, even if the following is true:

- It is recommended or prescribed by a physician;
- It is the only available treatment for your condition;
- Was a covered benefit in previous Fund years; or
- Items that are misused or lost.

No benefits are payable for charges a covered member is not required to pay or which would not be made if coverage did not exist.

**Abortion**—The Fund will not cover an elective abortion, nor will charges for medical services, supplies or treatments utilized to cause an elective abortion be considered. Charges for supplies or treatment provided arising from medical complications of an elective abortion will not be covered.

**Acupuncture**—Any service or charge associated with Acupuncture treatment, regardless of the provider performing the services.

**Against Medical Advice**—The Fund will not cover any services required for complications arising out of the member's discharge from care contrary to medical advice.

**Alcohol Consumption**—Health care or services for the treatment of injuries and/or injury-related diseases, brought about in whole or in part, by the member's use or misuse of alcohol, including, but not limited to, driving or operating a motor vehicle as defined by the laws of the jurisdiction in which the vehicle or other device was being driven or operated.

**Alcoholism and Related Diseases**—Health care or services for the treatment of alcoholism and other alcohol related diseases, unless defined elsewhere in this booklet.

**Benefits Outside the United States**—The Fund will reimburse costs, after deductible and co-insurance, for treatment required while traveling outside the US for emergency services, but will require the member(s) to acquire travelers' insurance when available. The Fund will then coordinate payment of benefits with the travelers' insurance carrier.

**Breast Reduction or Augmentation Procedures**—Services and procedures to reduce or augment breast size, with the exception of breast cancer, will not be covered by the Fund.

**Benign Gynocomastia (abnormal breast enlargement in males)**—Services and procedures to treat this condition will not be covered by the Fund.

**Blood**—Blood, blood plasma, blood derivatives as these can be donated or replaced by the member or family. Additionally, fees to cover blood donations or blood storage are not covered.

**Convalescent Care**—Any service or charges associated with convalescent, residential treatment, custodial or sanitarium care unless defined elsewhere in this booklet.

**Cosmetic**—Cosmetic procedures, surgery, services, equipment or supplies, provided in connection to elective cosmetic or reconstructive surgery, including, but not limited to reconstruction of the jaw to improve dental alignment or bite, or any complications related to a previous cosmetic surgery or procedure unless incurred as a result of (1) an accidental injury sustained while covered under this Fund or (2) for the reconstruction of both breasts due to cancer.

**Counseling Services**—Outpatient counseling services (marriage, family, career, children, social adjustment, pastoral, financial or any form of group counseling) will not be covered by the Fund, unless defined elsewhere in this booklet.

**Diagnostic Cardiac Catheterizations**—Coverage for Cardiac Catheterizations in environments where cardiac interventions cannot be performed.

**Deductible(s), Copayment(s) or Coinsurance**—Services that are reimbursable under any other Municipal Health Benefit Fund provisions or charges that are applied to the Fund's deductible, coinsurance or copayment provisions.

**Dental Care**—is not a covered benefit under the Major Medical Benefits of the Fund

**Domestic Partners**—The Fund does not provide coverage for domestic partners of the same sex or opposite sex.

**Durable Medical Equipment**—Charges for misuse or loss of durable medical equipment will not be covered by the Fund.

**Eating Disorders**—Anorexia Nervosa, Bulimia and services related to eating disorders are not covered, except as covered under the Mental Health provisions of the Fund.

**Exercise**—Any routine exercise or wellness programs unless specifically provided for by the Fund.

**Free Flu Clinics/Health Fairs**—Charges for services that are free or that a covered member is not required to pay, or would not otherwise be made if coverage did not exist are not covered under the Fund.

**Genetic Testing or Services**—Testing or measurements of biochemical markers as a diagnostic or screening technique and the services of geneticists or genetic counselors are not covered under the Fund with the exception of cancer diagnoses.

**Hearing**—Charges for misuse or loss of hearing aid devices will not be covered by the Fund.

**Hyperhidrosis**—Surgical treatment of Hyperhidrosis is not a covered benefit under the Fund.

**IDET Procedures**—Intra-Discal Electro-thermal Therapy (IDET) or similar procedures or any complications arising out of these types of procedures.

**Illegal Act**—Health care or services for the treatment of injuries occurring in the course of or in the furtherance of the member's commission of acts contrary to federal, state or local law.

**Immediate Relative**—Services or charges provided by someone who is an immediate relative as defined in the Definitions section of this booklet or who ordinarily resides in your home.

**Infertility**—Any service associated with testing or treatment for infertility, in vitro fertilization or artificial insemination.

**Late Charges**—Charges for late payments and/or penalties submitted by a provider. The Fund will not pay 100 percent of a provider's billed charges in these instances.

**Long-Term Care**—Long-Term Care is not a covered benefit under the Fund.

**Maintenance Care**—All services, equipment and supplies which are provided solely to maintain a covered individual's condition and from which no functional improvement can be expected or is not life sustaining treatment for a medical condition.

**Mandated or Court Ordered Care**—Coverage for medical, psychological, or psychiatric care required by court order, or otherwise mandated by a third party, are not covered by the Fund.

**Medication Maintenance Agreements**—The Fund will not cover testing for drug compliance of members seeking treatment for pain management under these types of agreements with their physicians/providers.

**Midwifery**—services and providers of midwifery are not covered under the Fund. Additionally, any complications associated with services provided under this exclusion will not be covered.

**Missed or Cancelled Appointments**—Charges for missed or cancelled medical, dental or vision appointments.

**Muscle Therapy**—Any service performed by masseurs, masseuses or for massages.

**Never Events**—A list of events compiled by the National Quality Forum and Medicare and defined as adverse non-reimbursble reportable events/conditions which are considered unacceptable and eminently preventable.

**Obesity or Weight Reduction**—Charges for services and/ or over the counter and prescription drugs for the treatment of obesity and/or weight reduction, except as outlined under the Bariatric Weight Loss Program.

**Orthotripsy**—Extracorporeal Shock Wave Therapy is not a covered benefit under the Fund.

**Penile Implants and Erectile Pumps**—Charges incurred for any services or procedures related to penile implants and pumps will not be covered by the Fund.

**Prescription Drugs**—Refer to the Prescription Drug Coverage section of the booklet for exclusions and limitations pertaining to prescription drugs.

**Records**—Charges for medical records, photocopying or related charges for materials necessary to determine the Fund liability or claim.

**Routine Foot Care**—The Fund does not cover any services or supplies in connection with:

   a.   Care of corns or calluses;

   b.   Care of toenails;

   c.   Care of flat feet;

   d.   Supportive devices of the foot such as arch supports and/or pelvic or spinal stabilizers;

   e.   Orthotics for sports use.

**Prosthetic/Orthotic Devices**—Charges for misuse or loss of prosthetic or orthotic devices will not be covered by the Fund.

**Service and Maintenance Contracts**—Any contract for service and/or maintenance for durable medical equipment.

**Sex Change**—Charges for or related to sex change or any treatment of gender identity.

**Sexual**—Reversals of elective vasectomies or elective tubal ligations are not covered.

**Substance Abuse and Related Diseases**—Health care or services for treatment of substance abuse or related diseases brought about in whole or in part by the member's use or misuse of either legal or illegal substances. Nor will payment be made for health care or services for the treatment of traumatic injuries brought about in whole or in part by the member's use or misuse of either legal or illegal drugs.

**Surrogate Pregnancy**—Any services or charges associated with Surrogate Pregnancy.

**Tattooing**—Any service or charges associated with tattooing for any reason will not be covered by the Fund.

**Third Party Injuries**—Treatment, services and supplies for injury or illness for which, as determined by the Fund, another party or payer for a party is liable, including, but not limited to employment related injuries or illnesses; automobile medical payment coverage; liability insurance, whether provided on the basis of fault or non-fault; and any hospital or medical benefits paid or payable under or provided pursuant to any state or federal law or program. Nor will the Fund pay for treatment, services and supplies required by school-based programs, federally mandated programs, Medicare, employment physicals, tests, and exams and exams requested or directed by a court of law.

If benefits are paid or provided by the Fund whenever this exclusion applies, the Fund reserves all rights to recover the reasonable value of such benefits, as provided in the Fund Booklet under the "Rights of Reimbursement" terms on page 44.

**TMJ**—Temporomandibular joint dysfunction and related procedures by whatever name called, diagnosis and/or treatment even when deemed medically necessary is covered solely under the optional Dental Care Benefit.

**Travel Related Medical Services**—Medical services and immunizations to fulfill requirements for international travel.

**Unproven Medical Procedures/Treatment**—Any medical procedure or drug that falls under any of the following:

    a.   Not consistent with standards of good medical practice in the United States as evidenced by endorsement by national guidelines (such as those prepared by the NIH and/or NCCN);

    b.   Under study in clinical trials other than those clinical trials meeting criteria established by federal law;

    c.   Exceeds (in scope, duration or intensity) that level of care which is needed; or

    d.   Are given primarily for the personal comfort or convenience of the patient, the family, or the provider.

**Vision**—Eye refractions, eyeglasses, contact lenses, or the fitting of such items or exercises for the eyes, and charges for eye surgery to correct refractive errors including, but not limited to, radial keratotomy (RK), photo refractive keratotomy (PRK), automated lamellar keratoplasty (ALK), Lasik or any related kerato-refractive surgery to correct refractive errors are excluded under the Fund. See Vision Care coverage section of this Fund for covered services.

**Vitamins**—Over-the-counter vitamins and/or nutritional supplements.

**Voluntary Exposure to Danger**—An oral or written waiver purporting to release or otherwise protect a third party from liability to the releasing party, *including a release executed on behalf of a minor by parent or guardian,* for injury or illness suffered by the releasing party, shall fully relieve the Fund from any and all liability or obligation it may otherwise have to the covered member(s) providing the waiver. More particularly, the waiver shall relieve obligations of the Fund with respect to coverage for charges for illness, injury, or treatment having some causal connection to: either the acts or omissions of the third party, or the participation by the releasing party in the activity excepting waivers entered into so to allow participation in activities sponsored by public entities or religious entities.

Waivers affected by this exclusion are often used before allowing participation in an activity or sport for leisure, recreation, competition, entertainment or monetary purposes that involves inherent danger. Inherent danger is usually found, but is not limited to, activities involving speed, height, physical exertion, specialized gear, and stunts involving intrinsic uncontrollable variables along with pronounced risk-taking that allows for and encourages individual creativity in the innovation of new maneuvers and the stylish execution of existing techniques requiring control of risk. These activities are often called or regarded as extreme as in the case of "extreme sports." The following are some but not all examples of inherently dangerous activities:

BASE jumping; bull fighting, bull riding and bull running; bungee jumping; whitewater racing; motocross; hang-gliding; mudding; extreme obstacle course racing; paragliding; race car driving; rappelling; rock climbing; skateboarding; sky diving; street BMX riding; wall climbing without safety equipment; zip lining; tight rope walking.

Regardless of whether a waiver is used or not, injuries arising out of participation in these inherently dangerous activities are not covered by the Fund.

**War**—Any health services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country. This exclusion extends to services for treatment of military service-related disabilities when you are legally entitled to other coverage.

**Work Rehabilitation**—Work-hardening programs or performance-oriented therapy using graded and sequential advancement of activities simulating work situations, task ergonomics and proper body mechanics to rehabilitate patients for a return to work.

**Work Related**—Injuries and illness arising out of or in the course of any employment for compensation or profit even if coverage under worker's compensation or similar legislation is optional and the member chooses not to elect such coverage. Medical physicals or other medical services required by an employer for an employee to maintain their employment status are excluded from coverage and are excluded from payment under the Preventative Benefits portion of the Fund.

**PLEASE NOTE:** that medical complications occurring as a result of receiving services excluded under the Fund, including but not limited to, surgeries, procedures, or medications, are not covered by the Fund. For other policy provisions, explanation of services and limitations, please see Definitions, Section 7.

# Section 3:
# Prescription Drug Benefits

Section 3
Prescription Drug

Exhibit A  Page 000055

# Prescription Drug Coverage

## General Coverage

Prescription Drug Charges - for drugs and medicines obtainable only on a physician's written prescription, except as defined under Drug Card Quantity Limitations.

- Prescription/Medical ID cards should be delivered within 30 days from the date the Fund has received and processed your enrollment paper work.
- Coordination of Benefits Rules do not apply to the Drug Card Program.

## Prescription Drug Card Program

Municipal Health Benefit Fund program members will be provided with an ID Medical/Drug card that can be used in most drug stores in the state and nationwide. Member co-payments are outlined below (per 30-day supply)

Type of Drug Co-Payment

| Pharmacy Type | Day Supply | OTC (over the counter) | Generic | Preferred Brand | Non-Preferred Brand |
|---|---|---|---|---|---|
| Align Pharmacies | 30 days | $4 | $4 | $30 | $50 |
| All Other Pharmacies (retail*/mail) | 30 days | $10* | $10 | $30 | $50 |

To locate an OptumRx pharmacy go to www.mycatamaranrx.com, enter your address or zip code. You can then toggle between the Align pharmacies or National network.

### How can you take advantage of Align program savings?

| If you currently purchase your prescriptions at one of the Align pharmacies listed: | If you currently do not use an Align pharmacy: |
|---|---|
| Simply present your new Municipal Health Benefit Fund Medical/Prescription ID card on or after January 1, 2016. You will automatically be charged the lower generic copay as of January 1, 2016. | Switch to an Align pharmacy. Call the pharmacy or bring your current prescription to the Align pharmacy of your choice. |

If you have any questions regarding your prescription drug plan, please feel free to contact OptumRx Customer Service Center at **(855) 253-0846.**

## Covered OTC products at retail pharmacies (with written prescription):

### Anti-Ulcer Medications (including generics)

| | | | |
|---|---|---|---|
| Axid AR | Pepcid AC OTC | Prilosec OTC | Zantac-150 OTC |
| Nexium OTC | Prevacid OTC | Tagamet HB OTC | Zegerid OTC |

### Non- and Low-Sedating Antihistamines (including generics)

| | | |
|---|---|---|
| Allegra OTC | Claritin D OTC | Zyrtec OTC |
| Allegra D OTC | Claritin OTC | Zyrtec-D OTC |

**Obtaining Benefits for Covered OTC Products**—A written prescription is required for covered OTC (over-the-counter) products. Once this is obtained, simply present the prescription and your Medical/Drug ID card to your retail pharmacy. The covered OTC product will be processed in the same manner as a prescription drug purchase.

**Brands with a Generic Available**—In most cases, brand-name drugs that have generic equivalents will be *excluded* from coverage.

**Covered Prescriptions**—Injectable and non-injectable drugs requiring a prescription, except as specifically excluded, are considered covered.

**Blood Glucose Monitoring**—Blood glucose meters allow members with diabetes to become an active participant in the management of their diabetes by allowing them to detect and treat changes in their blood sugar. In an effort to help members effectively self-manage their diabetes, Municipal Health Benefit Fund allows members with diabetes to receive one free blood glucose meter per year at no charge.

### The following Accu-Chek and OneTouch blood glucose meters are currently available:

| LifeScan Inc., a Johnson & Johnson company | Rouche Diagnostics |
|---|---|
| ONETOUCH* UltraMiniTM Meter | ACCU-CHEK* Aviva system |
| ONETOUCH* Ultra*2 Meter | |

**Free Diabetic Supplies**—You can receive your blood glucose strips and lancets at your local pharmacy. These supplies are available for a $0 co-payment when purchased within 100 days of your insulin or diabetic medication. The pharmacy must process the prescription for your insulin or diabetic medication before processing the supplies.

**Tobacco Cessation Program**— The Municipal Health Benefit Fund recognizes the benefits of a tobacco-free environment and will, therefore, support its members' efforts in the discontinuation of tobacco use. The Municipal Health Benefit Fund Tobacco Cessation Program is designed to assist members in their efforts to discontinue tobacco use by providing access to specific medications designed to diminish the dependence upon nicotine.

**How the Tobacco Cessation Program Works**—Members who wish to discontinue their tobacco use and participate in this program must obtain the appropriate prescriptions from their physician. These medications will be covered at a $0 copay; for members > 18 years of age. Annual Limit: 2 cycles of treatment (12 weeks/cycle) in keeping with the Affordable Care Act (Healthcare Reform).

## Important Fund Changes related to the Affordable Care Act (Healthcare Reform)

Beginning on 1/1/2015, prescription drug expenditures apply to a separate prescription drug out-of-pocket maximum. It is important to know that these out-of-pocket limits operate separately from the major medical benefits and this limit only applies to prescription drug services that are considered *covered* by the Fund.

Stop-loss or Out of Pocket Maximums for the Prescription Drug Benefit is:
- $2,600 per Individual
- $5,200 per Family

**Also note that expenses related to prescription drugs involved in the Fund's reference pricing program are deemed *excluded* from coverage and do not apply to the out-of-pocket limit.**
Important information regarding specific prescription drug coverage will be available on the Fund's website, www.arml.org.

**Preventive Services**—The Fund provides coverage for the following "preventive" medications / drug categories as required by the Affordable Care Act (ACA). These products will be available at $0 co-payment unless otherwise specified when accompanied by a prescription from your physician. Reasonable medical management processes will be in place to ensure appropriate frequency, method, treatment, or setting for an item or service.

| Drugs / Drug Categories | Coverage Parameters |
|---|---|
| Aspirin to Prevent Cardiovascular Disease | For members $\geq$ 45 years of age. Quantity Limit of 100 |
| Iron Supplementation for Children | For children up to 1 year of age |
| Oral Fluorides for Children | For children $\geq$ 6 months and $\leq$ 6 years of age |
| Folic Acid Supplements | For female members $\leq$ 55 years of age. Quantity Limit of 100 |
| Tobacco Cessation | For members > 18 years of age. Annual Limit: 2 cycles of treatment (12 weeks/cycle) |
| Routine Vaccinations for Children & Adults | |
| All FDA approved contraceptive methods | Coverage limited to The Fund's custom list and is subject to change |
| Breast Cancer Prevention | Tamoxifen, raloxifene |
| Vitamin D Supplementation | For members $\geq$ 65 years of age |

Section 3
Prescription Drug

**Medicare Retirees and Medicare Eligible Members (MEDICARE PART B & PART D)**

Medicare Retirees and those Medicare Eligible Members whose primary insurance is Medicare must purchase their diabetic supplies under Medicare Part B. It is required that you have your pharmacy electronically bill Medicare as primary and hen bill MHBF/OptumRx as secondary. If you purchase your diabetic supplies within 100 days of your insulin or diabetic medication – you will have a $0 copayment on your supplies.

**Mail-Order Pharmacy**—In addition to the traditional retail pharmacy network, Fund members may obtain their medications through **MedVantx** mail order pharmacy. The mail order co-payment structure is the same as that for retail. Information and instructions on how to use the mail order pharmacy may be obtained by calling **MedVantx at (866) 744-0621** or by visiting www.MedVantxRx.com. The Fund's standard co-payment structure will apply to each 30-day supply of medication obtained through the mail service pharmacy. A maximum of a 90-day supply of medication may be obtained through the mail service pharmacy, however a co-payment for each one month supply will be charged.

**Specialty Pharmacy**—Very expensive medications (many of which are injectables) are covered under the prescription drug card benefit. However, due to the extreme cost of these products, they will be covered through a specialty pharmacy provider, Allcare Specialty Pharmacy. The Evidence-Based Prescription Drug program (EBRx) at UAMS will need to be contacted for prior authorization by calling **844-853-9400**. If approved, the authorization will be referred to Allcare Specialty Pharmacy. The member or physician will then be contacted to arrange for shipment of the medication.

The member will also be provided instructions on how to obtain subsequent refills, when refills are prescribed by the physician. Specialty medications are limited to a maximum of 30 days per prescription.

Complete list of Specialty medications is available at www.mycatamaranrx.com .

## Allcare Specialty Pharmacy (refills): (855) 780-5500

**Specialty Pharmacy Co-payment:** If the total cost of the medication is between $0.01 and $1000, the member will be responsible for a $50 co-payment; if the total cost of the medication is over $1000, the member will be responsible for $100 o-payment.

# Drug Therapy Management Programs

In an effort to ensure that prescription coverage remains affordable for the Fund's members, it is necessary to employ a variety of Drug Therapy Management Programs for covered drugs. These programs help reduce unsafe usage and costly medication wastage as well as encourage cost-effective drug therapy. Brief descriptions of these programs are provided below.

## Dosing Guidelines / Quantity Limitations

Dosage guidelines or quantity limits are employed by the Fund to ensure safe and effective drug usage. These guidelines are consistent with the FDA-approved labeling and limit the amount of a particular medication that can be dispensed (1) per prescription, (2) per day, or (3) per timeframe. A listing of drugs managed by quantity limits is provided at www.arml.org .

**NOTE:** *Drugs may be added to the Fund's quantity limit list throughout the year without notice.*

## Step/Contingent Therapy

Step Therapy is designed to manage drug therapy in a "stepped" fashion that is consistent with established treatment guidelines. Step therapy also promotes cost-effective drug therapy, where appropriate, where the most cost-effective drugs are tried before other more expensive therapies can be used. It is important to understand that Step Therapy does not promote or require the use of inferior drug products and is not based solely on cost. In many situations, the newest and most heavily promoted drugs lack documented evidence that they are better than older and less expensive drugs. Therefore, Step Therapy may allow "step 2" drugs to be covered contingent upon (1) the prior use of a "step 1" drug or (2) presence or absence of a particular diagnosis or circumstance. A listing of drugs/drug categories affected by Step Therapy and thus requiring prior authorization is provided at www.arml.org.

**NOTE:** *Drugs may be added to the Fund's Step Therapy list throughout the year without notice.*

## Reference Pricing

Reference Pricing is applied to drug classes where little to no clinical difference exists among drugs in the class, but where significant differences exist in cost. Based on published clinical evidence, the Fund will select the Best-In-Class or Reference Drug for each drug class involved in Reference Pricing. The amount paid by the Fund per tablet or capsule for the Reference Drug will be the amount the Fund will pay for all other drugs in the same class. The member will be able to obtain a prescription for the Reference Drug for the Fund's standard co-payment amount. For all other drugs in the same category, the member will pay the difference between the Total Cost of the drug being dispensed and the cost of the Reference Drug. This co-payment can be substantial.

Members are encouraged to ask their doctor for a Reference Drug when appropriate in order to save money. A listing of drugs included in the reference pricing program can be found at www.arml.org.

**NOTE: Drugs and drug categories may be added to the Fund's reference pricing list throughout the year without notice.**

## Prior Authorization

To ensure appropriate medication use, it is sometimes necessary to require prior authorization for some medications. Consideration for coverage will be given for those medications listed on the Fund's prior authorization list. *Your **doctor must contact RxResults to provide justification for the use of the medication.*** A listing of medications requiring prior authorization is located at www.arml.org.

## Provider Assistance

RxResults, in conjunction with the University of Arkansas for Medical Sciences College of Pharmacy, Evidence-Based Prescription Drug Program (EBRx), will handle the prior authorization management for selected medications and will address questions from providers (physicians and pharmacists) pertaining to these drugs. RxResults' call center hours of operation are Monday-Friday, 7:00 AM - 7:00 PM central. Your physician or pharmacist may contact RxResults at 844-853-9400 with questions or prior authorization requests related to the Drug Therapy Management Programs described above.

## Member Assistance

Members having general questions about the Fund's prescription drug coverage should call the OptumRx call center at 855-253-0846 available 24/7. Members having questions about the Drug Therapy Management Programs described above should contact RxResults at 844-853-9400 between 7:00 AM and 7:00 PM central Monday – Friday.

## Drug Card Exclusions

In an effort to keep health benefits affordable for members, it is imperative that we provide coverage for the most cost-effective products for the range of treatable conditions established by the Fund. Furthermore, we have incorporated an evidence-based process in evaluating drug therapies to be reimbursed by the Fund. As a result of this process, there are many drugs that the Fund will exclude from coverage. The listing of products or drug categories excluded from coverage is located at www.arml.org.

## New Drugs Entering the Market

All new drugs entering the market will automatically be excluded from coverage. These drugs will remain excluded until evaluated by the Pharmacy and Therapeutics Committee. If this committee, made up of practicing physicians and pharmacists, determines that a product should be covered, it will then be moved to the appropriate preferred or non-preferred co-pay tier on the formulary. Otherwise, it will remain excluded from coverage.

Section 3
Prescription Drug

## Prescription Coverage for Members and Their Dependents who have Medicare as Their Primary Coverage

A benefit is provided by the Municipal Health Benefit Fund to supplement Medicare Part D prescription drug coverage. nrollment for Medicare Part D coverage is required in order to be eligible for this benefit supplement.

The supplement pays benefits toward out-of-pocket costs for expenses eligible under Medicare Part D that are also eligible under the provisions of Prescription Drug Coverage of the Municipal Health Benefit Fund for Employees and Dependents. Your out-of-pocket cost for these expenses, after the combined benefits, is no more than the Fund copays.

## Steps to Receive Medicare Part D Benefits:
- Enroll in a Medicare Part D Plan that you select, and pay the monthly premium;
- Instruct the pharmacist to submit the prescription drug expense to your Medicare D Plan as the primary carrier and then submit to OptumRx as the secondary carrier;
- You pay only the Fund co-payments for that medication.

## <u>Important Note:</u>

If the pharmacy cannot coordinate benefits, submit a Prescription Drug Claim Form (available at www.arml.org) to:

**OptumRx**

**Patient Reimbursement**

**11900 W. Lake Park Drive**

**Milwaukee, WI 53224**

Attach copies of prescription receipts showing the following information:

Pharmacy Name and Address, Patient Name, Prescription Number, Fill Date, Drug Name and Strength, Quantity & Days supply, Drug Cost, and the amount Paid. Please allow 4-6 weeks for processing.

Status of these claims can be obtained by calling the OptumRx Call Center at (855) 253-0846.

# Section 4: Optional Benefits

Section 4
Optional Benefits

# Optional Benefits

## Dental Benefits

'**enefits Payable**—Dental Benefits are payable if a covered member incurs dental expenses and has satisfied the Dental Calendar Year Deductible of $50 for the year in which the expenses are incurred. Benefits are payable in an amount equal to the appropriate Covered Percentage of such expenses as set out in the Schedule of Benefits. However, the total amount payable for all Covered Dental Charges incurred by a covered member during a calendar year will not exceed the Annual Maximum of $1,200 unless defined otherwise in the Schedule of Benefits.

## Dental Care Coverage Maximums and Deductible

| | | |
|---|---|---|
| Calendar Year Deductible (covers all services below) | Annual | $50 |
| Dental Procedures | Annual | $1200 |
| Orthodontic | Lifetime | $1000 |
| Temporomandibular Joint Dysfunction (TMJ) | Annual | $1000 |

## Individual Coinsurance

After the Calendar Year Deductible the Fund will pay the following percentages up to the Annual Maximums:

| | |
|---|---|
| PPO Providers In-State or Out-of-State | 80% of the Funds Usual and Customary Allowables for PPO Services |
| Non-PPO Providers In-State or Out-of-State Services | 50% of the Funds Usual and Customary Allowables for Non-PPO |

**Covered Dental Charges**—Include only those charges for reasonable and necessary dental services and supplies as described below that are received by a covered member directly on account of dental treatment necessitated by dental disease, or defect to teeth and which do not exceed the Fund's usual and customary charges for the services and supplies furnished:

- Oral examinations, including prophylaxis, but not more than two examinations in any calendar year.

- Topical application of sodium or stannous fluoride and the application of sealants.

- Dental X-rays.

- Fillings, extractions, space maintainers and oral surgery.

- Anesthetics administered in connection with covered dental services.

- Injection of antibiotic drugs by the attending dentist.

- Treatment of periodontal and other diseases of the gums and tissues of the mouth.

- Endodontic treatment, including root canal therapy.

- Repair or re-cementing of crowns, inlays, bridgework or relining or repair of dentures.

- Initial installation (including adjustments for the six-month period following installation) of partial or full removable dentures to replace one or more natural teeth extracted while covered under these provisions.

- New Dentures or Bridgework:
  Two years after the effective date of the covered member's benefits, the Fund will cover a new denture, or new bridgework, including crowns and inlays forming the abutments for the replacement of teeth that replaces an existing partial, fully removable denture(s) or fixed bridgework; or the Fund will cover the addition of teeth to an existing partial removable denture or bridgework to replace extracted natural teeth, but only if evidence satisfactory to the Fund is presented that:

  a. The existing denture or bridgework cannot be made serviceable and was installed at least five years prior to its replacement; or

  b. The existing denture is an immediate temporary denture and replacement by a permanent denture is required and takes place within 12 months from the date of installation of the immediate denture; or

  c. The replacement or addition of teeth is required to replace one or more additional natural teeth, extracted while covered under these provisions and after the existing denture or bridge work was installed.

- Inlays, gold fillings, crowns (including precision attachments for dentures) and initial installation of fixed bridgework (including inlays and crowns to form abutment) to replace one or more natural teeth extracted while covered under these provisions.

- Orthodontic treatment, including correction of malocclusion - However, the total amount of benefits payable for all such expenses incurred will not exceed the maximum benefit of $1,000 even if required as a part of a medical procedure. Orthodontic benefits are not payable under the TMJ provisions of the Fund.
- Temporomandibular Joint Dysfunctions (TMJ)—Payment for services for the treatment of TMJ is limited to

$1,000 per calendar year. The calendar year limit will include services for facial or joint pain related to temporomandibular joint dysfunction. This limit applies to TMJ services, even if treatment is related to a medical condition, and is covered only under the Dental Benefit. TMJ benefits are not payable under the Orthodontic provisions of the Fund.

## Dental Exclusions

No benefits are payable for charges a covered member is not required to pay or which would not be made if benefits did not exist, or for expenses incurred:

- On account of or in connection with:
  a. The replacement of a lost or stolen prosthetic device.
  b. Charges made by a provider other than a dentist, or charges for treatment by a provider other than a dentist, except for a prophylaxis, which may also be performed by a licensed dental hygienist working under the supervision of a dentist.
  c. Incurred due to a medical condition.
  d. Services performed in a hospital or out-patient surgery setting.
  e. Prosthetic devices (including bridges, crowns and appliances) and the fitting thereof which were ordered for an individual prior to his becoming covered under these provisions.
- For care, treatment, services and supplies that are:
  a. Furnished primarily for cosmetic purposes.
  b. Provided by someone who is an immediate relative as defined in the "Definitions" sections of this booklet or who ordinarily resides in your home.

**Eligibility**—Any Member of a Covered Group offering Dental Care Benefits must be enrolled in the MHBF Major Medical Benefits to be eligible.

**PLEASE NOTE:** The Fund does not pay for preparatory work done for the eventual placement of crowns, fixed bridge-work and dentures until services for the placement have been received and completed.

## Vision Care Benefits

**Benefits Payable**—Vision benefits are payable up to an amount of $150 if a covered member incurs covered vision expenses in a calendar year in excess of a $50 vision calendar year deductible.

**Covered Vision Expense**—Covered Vision Expenses are charges for necessary vision care as listed below:
- Eye examinations by Optometrist or Ophthalmologist.
- The purchase of eyeglasses, tints, coatings, and contact lenses as a result of an examination for which a benefit is payable.

**Routine Vision Care**—Routine vision care benefits are payable if a member satisfies the Routine Vision Calendar Year Deductible of $50 for the year in which the expenses are incurred. Benefits are payable in an amount equal to the appropriate Covered Percentage listed below. However the total amount payable for all covered routine vision charges incurred by a covered member during a calendar year will not exceed the Annual Maximum of $150 defined in the Schedule of Benefits listed below:

## Routine Vision Care and Deductible

| | | |
|---|---|---|
| Calendar Year Deductible: | Annual | $50 |
| Routine Exam, Eye Glasses, Contact Lenses | Annual | $150 |

**Cataract Surgery**—Charges for cataract surgery, including the first pair of standard eyeglasses or standard contact lenses when needed as a result of and purchased within ninety (90) days of such surgery. Glasses and lenses will be reimbursed under the usual and customary fees allowed by the Fund. Any additional glasses and/or lenses may be covered under the optional Vision Care Benefits coverage.

## Individual Coinsurance

After the Calendar Year Deductible the Fund will pay the following percentages up to the Annual Maximums:

| | |
|---|---|
| PPO Providers In-State or Out-of-State | 80% of the Funds Usual and Customary Allowables for PPO Services |
| Non-PPO Providers In-State or Out-of-State Services | 50% of the Funds Usual and Customary Allowables for Non-PPO |

**Covered Vision Expense**—Covered Vision Expenses are charges for necessary vision care as listed below:

- Routine eye examinations performed by a licensed Optometrist or Ophthalmologist.
- The purchase of eyeglasses, tints, coatings, and contact lenses as a result of an examination for which a benefit is payable.

## Vision Care Limitations and Exclusions

No benefits are payable for charges a covered member is not required to pay or which would not be made if benefits did not exist, or for expenses incurred:

- On account of or in connection with:
  a. Examination, lenses or frames received in or from an institution owned or operated by the federal government where there is no obligation to pay in the absence of coverage.
  b. Sun glasses.
  c. Repair to frames.

**ledical Eye Care**—Eye disease and other medical treatment of the eye is not a covered benefit under the Routine Vision Benefits. Please see the separate Covered Major Medical Benefits section of this booklet for further information.

**Eligibility**—Any Member of a Covered Group offering Vision Care Benefits must be enrolled in the MHBF Major Medical Benefits to be eligible.

# Life Coverage

**Life Benefits**—If a death occurs while covered under the Fund, the amount of Life benefits will be payable as described below:

| | |
|---|---|
| Employee | Consult your Employer for amount |
| Spouse | $5,000 |
| Child by Age at Death 2 weeks | Nil |
| 2 weeks but less than 6 months | $200 |
| 6 months but less than 19 years | $2,000 |
| 19 years or over | Nil |

Life benefits cease when coverage terminates, members go on retired status or go on COBRA.

Please consult your Employer to determine the amount of your Life and AD&D Benefits.

**Payment of Claim**—Upon receipt by the Fund at its office of due written proof of claims for either employee or dependent, such amount will be promptly paid to you or your beneficiary, if living at the time payment is made. Otherwise, such amount will be paid in a single sum to the estate of the deceased.

**Accidental Death and Dismemberment Benefits**
` separate certificate outlines your benefits for Accidental Death and Dismemberment that are underwritten by an insurance company. Consult your Employer for amount of benefit.

## Important:

For benefits to be paid to an un-emancipated minor child named as a beneficiary, the minor child must be under the care of a parent or legal guardian. Proof of guardianship will be required.

In this instance the term Child shall include:

    a.  An employee's natural child from birth less than 19 years of age.

    b.  An employee's adopted child or stepchild under legal guardianship, if such child depends primarily on the employee for support and maintenance and lives with the employee in a regular parent-child relationship.

    c.  An employee's grandchild who is under legal guardianship or legal custody of the employee.

# Disability Income Benefits

### Optional Coverage for Full-Time Employees Only

Each group has the option to enroll in the disability income benefit. Check with your Employer to see if you are covered.

**Benefits Payable**—Benefits are payable in the amount and for the period of time stated below based on the appropriate Weekly Benefit, Maximum Number of Weeks, and First Benefit Day. These benefits are payable if, while covered and as a result of illness or injury, you become totally disabled to the extent that you are completely and continuously prevented from performing any and every duty which your Employer may offer you, are under the direct care of a physician, are not engaged in any other work for compensation or profit, including self employment and a physician determines that you are totally disabled. The Fund reserves the right to request a determination of disability by a physician selected by the Fund. This benefit is not assignable.

<div style="margin-left:3em; font-weight:bold;">Section 4<br>Optional Benefits</div>

| Option A (26 Week Benefit) | |
| --- | --- |
| Weekly Benefit | $105 |
| First Benefit Day for Disability due to Accident | 1st Day |
| Illness | 8th Day |
| Maximum Number of Weeks Payable | 26 Weeks |

| Option B (52 Week Benefit) | |
| --- | --- |
| Weekly Benefit | $105 |
| First Benefit Day for Disability due to Accident | 183rd Day |
| Illness | 183rd Day |
| Maximum Number of Weeks Payable | 52 Weeks |

Weekly Benefits are payable from the First Benefit Day of any one continuous period of disability up to the appropriate Maximum Number of Weeks. One seventh of the Weekly Benefit is payable for each full day of covered disability but no benefit is payable for part of a day. Successive periods of disability, separated by less than two consecutive weeks of continuous full-time work with the Employer, will be considered one continuous period of disability unless the later disability is due to an unrelated cause, and begins after return to full-time work with the Employer for at least one full day.

**Filing a Claim**—For a covered member to file a disability claim, he or she should contact their Employer to obtain a Request for Disability Income Form. The requested forms must be submitted and received by the Fund within 180 days of the first date of disability. The Disability Income Form is also available online at www.arml.org/services/mhbf/.

**Disability Income Benefits Exclusions**—Disability payments will not be made unless you are under the continuous care of a physician, or for any disability due to intentionally self-inflicted injury, or for any disability due to injury or illness arising out of or in the course of any employment for compensation or profit. The Exclusions provision of the Hospital or Major Medical Expense Benefits will, to the extent not inconsistent, also apply to these benefits. Prescription drug card or managed care prescription plan copayments will not be reimbursed under the Coordination of Benefits provision, except for Medicare Part D.

Some employers have an accident and illness income benefit that the Municipal Health Benefit Fund administers. Please consult your Employer to determine if your group coverage includes Disability Income Benefits.

# Section 5: MHBF Preferred Provider Network/PPO

## Preferred Provider Network (PPO) for Major Medical, Optional Dental and Optional Vision Care

In an effort to better control costs and provide quality service, the Fund is participating in a managed care concept. The concept encourages the employees and their dependents to use physicians, hospitals and other providers that have agreed to join the Network of Preferred Providers. The Municipal Health Benefit Fund has developed and maintains its own Preferred Provider Network.

You may choose to use a PPO provider or a non-PPO provider. The Fund will pay a higher benefit if you choose to use a PPO provider. It will be the member's responsibility to inquire whether a provider is in the PPO Network before services are rendered. Your personal identification card will notify the provider of your membership in the Fund.

PPO hospitals and providers for medical, optional dental and optional vision services have agreed and contracted with the Fund to handle billing and collections for the patient, and to follow the Utilization Review Program utilized by the Fund. The Provider Directory, as well as a list of participating pharmacies is available at www.arml.org/services/mhbf/

#1. To request a full copy of the most current PPO Directory, please call MHBF Customer Service at 501-978-6137.

| After the calendar year deductible(s) are met, the Fund will pay the following percentages for covered services: | | |
|---|---|---|
| | **PPO** | **Non-PPO** |
| **Emergency Room Services** | 80% of the Fund's Usual and Customary PPO Allowables | 80% of the Fund's Usual and Customary PPO Allowables |
| **PPO Providers** (In-State or Out-of-State) | 80% of the Fund's Usual and Customary Allowables | |
| **Non-PPO Providers** (In-State or Out-of-State) (Except for Emergency Room Charges) | | 50% of the Fund's Usual and Customary Allowables (See Usual and Customary Charges under Definitions) |

# Section 6:
# Coordination of Benefits

Section 6
COB

# Coordination of Benefits (COB)

You or your family members may have coverage under more than one health plan. This Fund contains a coordination of benefits provision which eliminates duplication of payment for services received while covered under this Fund. The benefits ayable under this Fund for medical, dental or vision expenses will be coordinated with group insurance and health benefit plans providing benefits for such expenses to cover up to 100 percent of Allowable Expenses incurred, after the deductible has been satisfied. Benefits payable under the Fund will also be coordinated with applicable medical payment coverages, including, but not limited to, travelers, auto* and homeowners coverages. The Municipal Health Benefit Fund will follow the usual rules of coordination of benefits.

**\*PLEASE NOTE:** For covered members who decline to purchase the minimum medical coverage under their auto insurance, the Municipal Health Benefit Fund will coordinate as if the covered member had purchased this coverage.

## Integration of Benefits

Integration of benefits applies when a covered person is receiving benefits for medical expenses from more than one source. The benefits payable under this Fund will not exceed 100 percent of the annual eligible benefits when combined with all other plans.

When Medicare pays as the Primary Coverage, you must first file all charges with Medicare. You will receive an Explanation of Medicare Benefits (EOMB) outlining their payment or denial information. This EOMB must accompany any claim submitted to the Fund for consideration of Secondary coverage.

For covered members who are totally disabled or reach age 65 and are eligible for Medicare and fail to apply for Medicare in a timely fashion, the Municipal Health Benefit Fund will coordinate with Part A, Part B and Part D of Medicare the same as if the covered member had Part A, Part B and Part D of Medicare when Medicare is the Primary Carrier. This means that the Fund will reimburse only 20 percent of the eligible charge and you will be responsible for the deductible and then 80 percent ⁀f the remaining eligible charge.

The Fund's Administrators have the right to exchange information required to administer this provision with any other party (insurance company, organization or person) to recover any overpayment made to any party.

## How Coordination of Benefits (COB) Works

1.  This is how COB works: If more than one group covers you, COB guidelines determine which plan pays for the covered services first.

    A.  Your Primary Plan is the plan paying first.

    B.  Your Secondary Plan is the plan paying second or after the Primary Plan has paid.

2.  This is how to determine which is the Primary and Secondary Plan:

    A.  The plan covering the employee is primary. The plan covering the employee as a dependent is secondary.

    B.  If both the mother and father's plan cover the child, the plan of the parent whose birthday is earlier in the year is the primary plan.

    C.  Children of divorced or separated parents benefits are determined in the following order:
        a.  Plan of the parent the court has established as financially responsible for the child's health care pays first (we must be informed of this requirement and documentation will be required).
        b.  Plan of the custodial parent.
        c.  Plan of the custodial parent's new spouse (if remarried).
        d.  Plan of the non-custodial parent.
        e.  Plan of the non-custodial parent's new spouse (if remarried).

˙f the Primary Plan cannot be determined by using the guidelines above, then the plan covering the child for the longest ⸲eriod is primary. If a group medical plan does not have a Coordination of Benefits provision, that plan is primary.

If you or your dependent has primary coverage but do not follow the plan benefit requirements of that coverage, the Fund's payment will be reduced by 80 percent. In other words, the maximum the Fund will pay is 20 percent of the allowable amount on the claim.

If you or your dependent(s) have Primary Coverage with another health care issuer and do not follow that issuer's benefit requirements for that coverage then the Fund will not be responsible for the payment of benefits. Nor will the Fund coordinate benefits in these cases.

3. Guidelines to Determine Primary and Secondary Plans for Medicare Recipients:

   A. If your Group has less than 20 employees, Medicare is primary for covered members eligible for Medicare due to age.

   B. If your Group has less than 100 employees, Medicare is primary for covered members eligible for Medicare due to disability.

   C. If your group has more than 100 employees, the Fund is primary over Medicare for covered members eligible for Medicare due to age or disability.

   D. A Member eligible for Medicare based solely on end stage renal disease is entitled to receive benefits of this Fund as primary for a 30 month waiting period.

4. COB Allowable Expense: Allowable Expense is a health care expense (including deductible, coinsurance or copay-ment) covered in full or in part by the plan. This means an expense or service not covered by any of the plans is not an Allowable Expense.

## Circumstances That May Result in the Reduction or Loss of Benefits:

- Coordination of benefits when a covered person is enrolled in more than one plan and this Fund is not the primary plan.

- Subrogation, reimbursement and third party recovery rights of the Fund.

- Reductions when private hospital rooms are used.

- Reductions for certain multiple surgical procedures.

- Reductions for charges that exceed usual and customary allowances or negotiated fee allowables.

- Reductions and/or denials for services which are not medically necessary or generally accepted as inappropriate and/or are considered as overutilization.

- Denial for services for anyone currently residing outside the United States or Canada, except for emergency services.

- Denial for anyone already covered under the Municipal Health Benefit Fund as an employee or dependent of another member (no dual coverage).

- Reduction and/ or denial for anyone who is actively serving in the armed forces of any country.

- Denial for services, treatments, medications and supplies that are excluded under the Fund.

## Notice and Proof of Claim

**Filing a Claim**—All claims are to be filed with the Fund and mailed to Municipal Health Benefit Fund (MHBF), P.O. Box 188, North Little Rock, AR 72115. For any questions, you may call 501-978-6137. All claims, along with supporting information/documentation must be received in the Municipal Health Benefit Fund office or by the Fund within 180 days of the date the claim was incurred, unless defined otherwise in this section. Please note that the timely filing guide- lines also applies to secondary payer rules (COB, as outlined within this booklet.) If an entire group or individual member is terminating cover-age, any incurred claim for benefits, along with supporting information/documentation, must be filed within 60 days of the last day of membership in the Fund, or within the 180 days of the date of service, whichever is less. Additionally, providers seeking to appeal any denial or reduction of benefit payments must make their appeal within 60 days from the date of the denial or reduction in payment.

The the Fund may provide forms to facilitate a claims determination. If a form or supplemental information is requested by the Fund, all forms must be completed and returned in a timely fashion (as defined by the

Section 6
COB

requesting letter or form and are subject to the limitations in the above paragraph) before a claims determination will be made. The member may request forms to facilitate a claims determination.

Failure to file a claim as required above, will cause the claim to be denied unless the member can present written proof that was not reasonably possible to give notice or proof within the required time period.

No legal action will be brought against the Fund prior to 90 days after proof of claim has been filed with the Fund Administrator. If the time for beginning legal action is less than that permitted by law of the jurisdiction in which the Municipal Health Benefit Fund is domiciled, such limit is extended to the minimum period permitted by such law.

**Payment of Benefits**—Benefits will be paid to you promptly upon receipt of due written proof of claim. The member is responsible for reimbursement to the Fund to the extent of any overpayment that is in excess of the amount payable under the Fund. If any benefit remains unpaid at your death, or if you are a minor or, in the opinion of the Fund, are legally incapable of giving a valid receipt and discharge for any benefit, the Plan Administrator, may at his option, pay all or any part of such benefit (a) to your guardian or your estate, (b) to any institution or individual toward satisfaction of whose charges payment of such benefit is based, or (c) to any one or more persons among the following relatives: your spouse, parents, children, brothers, or sisters. The Plan Administrator's obligations will be completely discharged to the extent of such payment, and the Plan Administrator will not be required to see the application of the payment.

**Assignment**—Benefits that are not based on expenses incurred may not be assigned. However, benefits payable to you for expenses incurred in connection with a specific period of disability, hospital, surgical or medical treatment, resulting from one injury or period of illness of a covered member, may be assigned by you to the institution or individual furnishing the respective services or supplies for which such benefits are payable, otherwise such benefits may not be assigned. The Plan Administrator assumes no responsibility for the validity of any assignment, nor will he be liable under assignment, until and unless satisfactory proof of assignment is submitted to the Administrator prior to payment of the assigned benefits. Any payment made by the Administrator prior to receipt of satisfactory proof of assignment will completely discharge the Administrator's obligations to the extent of such payment and the Administrator will not be required to see the application of the payment.

## Overpayments: Right of Recovery

As discussed more fully herein, the Fund specifically excludes from coverage any illness or injury for which a "third party" may be liable or legally responsible. For this purpose, "third party" means a person or organization other than the participant or insured who suffers the loss. If you or your dependents receive payment, expect to receive or seek payment from a third-party insurer, surety, or other type plan for medical expenses resulting from such illness or injury, you should not submit a claim under this Fund for such medical expenses. However, the Fund, at its sole discretion, may provide benefits according to Fund terms provided that the participant agrees, in writing:

- To give the Fund written notice whenever a claim against a third party is made for damages as a result of an injury, sickness or condition.

- The participant or insured agrees to promptly notify the Fund as to whether the participant or insured or anyone acting on his/her behalf is pursuing or intends to pursue an action against, or to seek recovery from, any third party for damages, indemnity, recovery, insurance, or other payment of any kind whatsoever in connection with the accident, injury, or other event giving rise to the Fund's obligations to make expenditures to or on behalf of the member, so that the Fund can protect its rights to recover.

- Nothing in this section shall be deemed to waive or otherwise diminish any rights to reimbursement, subrogation, assignment, or other recovery available to the Fund under applicable common or statutory laws.

- That the Fund will be treated as subrogated to the extent of benefits paid and any rights of recovery that the participant may have against a third party.

- As a condition to receiving benefits from the Municipal Health Benefits Fund, each participant, former participant or other person having an interest in or eligibility under the Fund ("member") agrees that the Fund will be treated as subrogated to the extent of benefits paid and any rights of recovery that the participant may have against a third party, and that, in the implementation of such subrogation right, the Fund may directly pursue recovery against such third party and can treat the participant (and such individual's attorney) as acting as the Fund's agent with respect to the prosecution of any claim and the recovery of any amount, and that the participant will execute such further documents as may be necessary to effectuate the Fund's subrogation right

- To reimburse the Fund in accordance with these provisions.

- Notwithstanding and in addition to the above, in the event you receive a benefit payment that exceeds the amount you have a right to receive, the Fund retains the right to require you to return the overpayment or to reduce any future benefit payments made to you or your dependents by the amount of the overpayment. This right does not affect any other right of recovery with respect to such overpayment. You are required to produce any instruments or papers necessary to ensure this right of recovery.

- As a condition to receiving benefits from the Municipal Health Benefits Fund, each participant, former participant or other person having an interest in or eligibility under the Fund ("member") shall provide the Fund with a Right of Reimbursement and an Assignment of Rights, as described below. These rights enable the Fund to recover the amount it has expended to provide the benefits to the member from any proceeds the member receives from a third person in connection with the accident or injury.

- The Fund will refuse to provide the participant or other covered members of the participant's family any benefits under the Fund if the participant refuses to execute an agreement agreeing to reimburse the Fund, fails to reimburse the Fund, or fails to cooperate in helping the Fund collect reimbursement from the participant or a third party.

## Right of Reimbursement

As a condition to receiving benefits from the Fund and by their receipt of said benefits, all participants and insureds grant the Fund the right to recover from any proceeds, including any form of consideration whatsoever, that the participant/insured receives from a third party, via judgment, settlement, or otherwise in connection with the accident, injury or other event that resulted in the Fund's expenditures, dollar for dollar beginning with the first dollar received by the member from the third party, regardless of how those proceeds are characterized or labeled (e.g., payment of medical expenses, pain and suffering damages, compensatory damages, punitive damages, or any other type of non-economic or economic damages), in an amount equal to the expenditures made by the Fund in providing benefits to the member.

Without limiting the Fund's rights in any way, it is the intention of the parties that the Fund is entitled to recover from any proceeds that the member receives from a third party, regardless of how those proceeds are characterized or labeled or ho~ they are obtained; i.e., judgment rendered by a court, jury, or other judicial tribunal; awards given or reached in arbitration, mediation, or any other form of dispute resolution, whether said awards were given by the person deciding the outcome of the dispute resolution or by the parties to that process; settlement, or any other arrangement.

It is an additional condition to receiving benefits under the Fund that the member grant the Fund a first lien with respect to any proceeds that the member receives from a third party in connection with the accident, injury, or other event that gave rise to the Fund's expenditures, so that every such dollar of any such proceeds will be paid to the Fund, beginning with the first dollar and continuing until the Fund has been paid an amount equal to the amount it expended to provide benefits to the member, regardless of how that payment is labeled or characterized, regardless of any purported allocation or itemization of such recovery to specific types of injuries, and regardless of the injury or loss ostensibly redressed by the payment or the apparent cause or inducement for such payment. If the recovery is for damages other than for medical or dental care expenses, such as pain and suffering, the participant will still be required to reimburse the benefits paid by the Fund first. The Fund's right of reimbursement will apply to the first dollar recovered from the third party, before attorneys' fees and even if the recovery is less than the amount needed to reimburse the participant fully. The Fund's right of reimbursement will apply to all amounts received from or on behalf of the third party, whether directly or indirectly, including, without limitation, payments to an account or trust on the participant's behalf.

The parties hereby specifically disavow and waive the "made whole" doctrine or any other principle of law that would require that the member be fully compensated before payment is made to the Fund under its Right of Reimbursement or any of its other rights to recovery, whether contractual, legal, or equitable.

In the event a participant or insured fails to provide reimbursement to the Fund under these provisions within a reasonable amount of time after receiving proceeds (including any form of consideration) from any third party, the Fund reserves the right to offset future payments to or on behalf of the participant or other covered members of the participant's family to collec~ a reimbursement, until it has been fully reimbursed for the expenditures it has made.

In the event a court of competent jurisdiction determines that any part of the foregoing Right to Reimbursement is unenforceable for any reason, it is the intent of the parties that the Fund shall retain all rights provided for in those parts that

Section 6
COB

remain enforceable, including without limitation the Fund's right to recover the expenditures it has made to provide benefits to the member, to the extent that any portion of the proceeds paid to the member by any third party is designated as compensation for medical expenses or for other expenses paid by the Fund to or on behalf of the member, or which are intended as, or can reasonably be attributed to, compensation for medical expenses or other expenses paid by the Fund, though not expressly designated as such, which determination shall be made at the sole discretion of the Fund.

In order to obtain reimbursement, the Fund will take such actions as the Board of Trustees, in its discretion, feels would best serve the Fund. The Fund may seek to have any payment by a third party made payable to the Fund in lieu of, or in addition to, the participant or his/her assigns or representatives.

## Assignment of Rights

In addition to providing the Right of Reimbursement described above, and as an additional condition to receiving benefits from the Fund, the member will assign to the Fund any and all rights to pursue an action or claim against any third party in connection with the accident, injury or other event that gave rise to the Fund's expenditures. If the Fund pursues any such action or claim, the member shall cooperate and assist the Fund and shall be prohibited from taking any action that would prejudice the Fund's rights or in any way diminish its prospects for a recovery.

In addition, the participant must execute a lien in favor of the Fund for the amount to which the Fund is entitled. However, even if the participant or insured does not give the Fund a lien, the participant is liable to the Fund for reimbursement under these provisions:

- To ensure that any amounts received from or on behalf of a third party are kept separate and are not commingled with any other funds.
- To notify the Fund within 10 days after receiving any recovery from or on behalf of a third party.

**NOTE: The foregoing provisions are not intended and shall not be deemed to constitute a waiver of the Fund's right to deny coverage for any illness or injury for which a third party may be liable or legally responsible, as discussed above, or for any other illness or injury that is excluded under the terms of the Fund. In no event shall the foregoing language e deemed to vest a participant or other covered members of a participant's family with the right to receive coverage for claims that are specifically excluded under the Fund.**

Furthermore, notwithstanding the above provisions, the Fund reserves the right to seek reimbursement for any and all overpayments which it may make by, inter alia, offsetting future payments to or on behalf of the participant or other covered members of the participant's family, until it has been fully reimbursed for the expenditures it has made.

# Section 7: Definitions

Section 7
Definitions

# Definitions

**Actively Working** means the active expenditure of time and energy by the employee performing each and every duty pertaining to the job in the place where and the manner in which such job is normally performed. For an employee to be actively orking, they will be required to work an average of 30 hours per week on a regular basis and receive a payroll check for such service. If the employee is not receiving a payroll check, they will be considered inactive, and their benefits will be terminated as defined in the Fund.

**Acupuncture** means puncture treatment or therapy with long, fine needles.

**Advanced Practice Nurse (APN)** means a person who is licensed as a registered professional nurse under the state in which they are practicing, meets the requirements for licensure as an advanced practice nurse and has a written collaborative agreement with a collaborating physician in the diagnosis of illness and management of wellness and other conditions as appropriate to the level and area of his or her practice.

**Allowable Expenses** means the usual, customary and reasonable charges, including the average wholesale price (AWP) made for necessary health care services, medications and supplies, a portion of which is covered by at least one of the plans covering the member for whom the claim is made. These covered services will be considered Allowable Expenses and a benefit paid. Allowable Expenses do not include charges used to satisfy the deductibles, copayments or coinsurance assessed under the Prescription Drug Card Plan. (For more information, see Coordination of Benefits.)

**Average Wholesale Pricing (AWP)** means allowable amount determined by the Fund for products provided to the covered members, employing the most current Average Wholesale Price (AWP) or another industry-accepted benchmark as set forth by Medispan, First Databank, or other industry-accepted database. The Fund retains the right to review any and all claims for such products provided to its covered members. The Fund retains the right to reimburse providers at eighty-five (85%) percent of AWP for claims billed with NDC numbers. The National Drug Code (NDC) is a unique product identifier used in the Unites States for drugs intended for human use. (For more information see Usual, Customary and Reasonable Charges (UCR).

**Benefit** means the benefit provided under the Municipal Health Benefit Fund.

**Employee Benefit** means the benefit provided for eligible employees.

**Dependent Benefit** means the benefit provided for dependents of eligible employees.

**Certificate of Creditable Coverage** means a written certificate issued by the Fund, or another health insurance issuer, that shows your prior health coverage (creditable coverage). A certificate will be issued automatically and free of charge when you lose coverage under the Fund, when you are entitled to elect COBRA continuation coverage or when you lose COBRA continuation coverage. A certificate will also be provided free of charge upon request while you have health coverage or within 24 months after your coverage ends.

**Clean Claim** is a properly completed billing form UB 94, HCFA 1500, or their successor form(s), or one providing equivalent information with complete and current CPT or ICD coding, which needs no additional information or clarification from Provider or Covered Individual for payment to be made properly, i.e., medical records, detailed billing, invoices, or any other such like information.

**Coinsurance** means the ratio (percentage) of splitting the bill between the Fund and the covered member.

> **EXAMPLE:** 80 percent for the first $5,000 of eligible charges means the Fund will pay $4,000 and the covered member is responsible for the remaining $1,000.

**Copayment** means an amount required to be paid by a covered member each time a specific covered service is accessed. The copayments are set forth in the Schedule of Benefits.

**Covered Person** means a member covered by the Municipal Health Benefit Fund provision in which the term is used, but only while under such provisions.

**Custody** means the care, control and maintenance of a child that may be awarded by a court to one of the parents or a guardian.

**Dentist** means any physician as otherwise defined in this booklet practicing within the scope of their respective profession who performs a dental procedure covered by the Municipal Health Benefit Fund.

**Chemical Dependency Treatment** is treatment of the use of alcohol, cannabis, hallucinogens, inhalants, opioids, sedative-hypnotic, or anxiolytics, stimulants, and tobacco where there is a problematic pattern of substance use leading to clinical significant impairment or distress as manifested by at least two of the following occurring in a 12-month period where:

1. The substance is often taken in larger amounts or over a longer period of time than was intended;
2. There is a persistent desire or unsuccessful efforts to cut down or control substance use;
3. There is a great deal of time spent in activities necessary to obtain the substance, use the substance, or recover from its effects, craving or strong desire to use the substance;
4. There is a problematic pattern of substance use leading to clinically significant impairment or distress as manifested by at least two of the following occurring in a 12-month period:
5. There is a recurrent use resulting in failure to fulfill major role obligations at work, school, home;
6. There is continued substance use despite having persistent or recurrent social or interpersonal problems;
7. Important social, occupational, or recreational activities are given up or reduced because of substance use;
8. There is recurrent substance use in situations in which it is physically hazardous;
9. Substance use is continued despite knowledge of having a persistent or recurrent physical or psychological problem that is likely to have been caused or exacerbated by the substance;
10. Tolerance, as defined by either of the following:
    a. a need for markedly increased amounts of the substance to achieve intoxication or desired effect,
    b. a markedly diminished effect with continued use of the same amount of substance.
11. Withdrawal, as manifested by either of the following:
    a. characteristic withdrawal syndrome for the substance,
    b. use of the substance or closely related substance is taken to relieve or avoid withdrawal symptoms.

**Elective Procedure** means a medical procedure to improve health or quality of life when the medical condition is not considered immediately life-threatening. Elective procedures are pre-scheduled to a specific date and are not considered emergent in nature.

**Eligible Dependent**—An Eligible Dependent is as follows:

- Spouse—not legally separated or divorced
- Adult Dependent—a covered dependent (other than your spouse) age 19 to 26
- Child—under the age of 19 years
- The term Child shall include:
    a. An employee's natural child from birth less than 19 years of age.
    b. An employee's adopted child or stepchild under legal guardianship, if such child depends primarily on the employee for support and maintenance and lives with the employee in a regular parent-child relationship. A divorce decree is required to note legal custody and insurance maintenance at enrollment of said child.
    c. Adopted children and stepchildren ages 19 to 26 must have met the above requirements at the time the child turned 19 to be considered an Eligible Dependent. Copies of supporting documentation will be required for these dependents.
    d. An employee's grandchild who is under legal guardianship or legal custody of the employee and may be enrolled under the Dependent Only coverage if the employee submits documentation of custody and/or guardianship and pays an additional monthly premium as determined by the Fund.
- Adult Dependent—a covered dependent (other than your spouse) age 19 to 26. Coverage for adult dependents (other than your spouse) age 19 through the last day of the month in which they reach age 26 can be covered, at the employee's request, under the Major Medical and Prescription Drug, optional Dental, and Vision Benefits offered by the Fund.

**Employee**—See member/employee.

**Employer** means only the Fund or a participating affiliate of the Fund who in either instance participates in the Fund as a participating Employer.

The terms **Experimental and Investigative** apply to a medical device, medical treatment or pharmaceutical treatment that cannot be lawfully marketed without approval of the U.S. Food and Drug Administration (FDA). The the Fund may select a medical review professional to help determine whether a specific treatment is experimental or investigative, but in any event, the decision of the Fund will be considered final and binding on all parties.

After all other provisions of the Fund have been complied with, the following criteria and guidelines will be used by the Fund in determining whether medical devices, medical treatments and pharmaceutical treatments are to be considered experimental or investigative and whether they will or will not be covered by the Fund.

If FDA approval for use of a drug to treat a specifically diagnosed condition has not been given at the time of treatment, such use shall be known as "off-label" use and will not be covered by Municipal Health Benefit Fund, with the exception for the diagnosis of cancer, which will be Case Managed utilizing Evidence Based Cancer Guidelines.

The Fund will not provide coverage for medical services that are subject to ongoing clinical trials or research except as required by federal law.

The Fund will not provide coverage for medical devices unless all of the following criteria are met:

    a. The FDA has approved the device for marketing.
    b. The device is being used to treat a condition specifically recognized and authorized by the FDA marketing approval.
    c. The device has been recognized for its clinical effectiveness in treating the condition according to the nationally accepted medical guidelines utilized by the Fund.

**Fund Booklet** means the Fund Document which sets out the Fund's terms and conditions as included herein. No contract, agreement or financial arrangement supersedes the terms, conditions, limitations and exclusions set forth in the most current Municipal Health Fund Booklet.

**Fund Month** means a period of one month beginning on the date regular monthly premiums became due under the Municipal Health Benefit Fund.

**Guardian** means a person lawfully invested with the power and charged with the duty of taking care of a child and managing the property and rights of that child.

**Habilitative Services**—Services provided in order for a person to attain and maintain a skill or function that was never learned or acquired and is due to a disabling condition.

**Homebound** means that leaving home is a major effort; you are normally unable to leave home unassisted and you are unable to go to work; when you leave home, it must be to get medical care, or for short, infrequent non-medical reasons such as a trip to get a haircut, or to attend religious services.

**Home Office** means the Home Office of the Plan Administrator.

**Home Setting** means medical care provided in the home.

**Hospice Care** means medical care of dying persons while allowing them to remain at home under professional medical supervision.

**Hospital** means an institution operated according to law that regularly provides continuous room and board and nursing service for its patients; has a staff including one or more physicians available at all times; is equipped with organized facilities on its own premises for diagnosis, therapy and/or major surgery; and is not primarily a clinic, nursing, residential treatment r convalescent facility, or an institution for treatment of alcoholism or drug abuse.

**Hospital Care Period** means successive periods of hospital care for illness or injuries due to the same or related causes unless such periods of hospital care are separated by at least 60 consecutive days or, in the case of an employee, by at least one day of active work with the employer.

**Hyperbaric Oxygen Treatment** means a medical treatment that allows patients to utilize pure oxygen inside a pressurize chamber.

**Illness** means illness or disease and related medical conditions.

**Immediate Relative** means your spouse, parents, children, brother, sister, grandparents, uncles, aunts, nieces, nephews or legal guardian of the covered member who received the services.

**Injury** means a bodily injury sustained accidentally by external means.

**Inpatient** means a member who is a patient using and being charged for the daily room and board facilities of a hospital or a member who remains in observation longer than 23 hours.

**Licensed Certified Social Worker** means a person who has a Master's Degree from an accredited social work program in an accredited institution approved by the state in which they are licensed to practice. This definition shall also extend to licensed certified counselors. To qualify for benefits, the Fund member must have been referred to the social worker by a licensed medical physician.

**Long-Term Care (LTC)** means the provision of medical, social, and personal care services on a recurring or continuing basis to persons with chronic physical or mental disorders. The care may be provided in environments ranging from institutions to private homes. Long-term care services usually include symptomatic treatment, maintenance, and rehabilitation for patients of all age groups.

**Maintenance Therapy** means a therapeutic regimen intended to preserve the patient's functionality so that the patient continues in good health practices without supervision, incorporating them into a general lifestyle.

**Medicare Eligibility** means when an individual meets certain criteria that will enable him or her to apply for and receive Medicare benefits, such as turning 65 or becoming disabled.

**Medicare Entitlement** means when an individual becomes entitled to Medicare once they actually apply to begin Social Security income payments or file an application for hospital insurance benefits under Part A of Medicare.

**Member/Employee** means an eligible person or their dependent who has submitted an enrollment form and has been accepted as a member of the Municipal Health Benefit Fund, and remains a member in good standing according to the policy provisions of the Fund. In addition to full-time active employees who work at least 30 hours per week for a participating employer, those eligible for membership also include elected officials, members of a board or commission, volunteer firefighters, auxiliary police or retirees.

**Month** means the period of time from the beginning of a numbered calendar day of a calendar month to, but not including, the same numbered day of the following calendar month.

**Morbid Obesity** is defined as a condition for which a Covered Individual is over their ideal weight with a Body Mass Index (BMI) of greater than 35 to 40.

**Municipal** means pertaining to a local governmental unit or political subdivision, such as incorporated cities and towns of Arkansas and Arkansas counties and their agencies or instrumentalities.

**Nutritional** is defined as (1) the process of nourishing or being nourished, especially via the process by which a living organism assimilated food and uses it for growth and for replacement of tissues; or (2) the science or study that deals with food and nourishment, especially in humans; or (3) a source of nourishment, food; and (4) the provision to cells and organisms of the materials necessary in the form of food to support life. Many common health problems can be prevented or alleviated with a healthy diet.

**Occupational Therapist** means a person who helps patients to develop skills in carrying out activities of daily living, vocational skills and fine motor hand skills. They also make and apply orthoses and treat psychologically impaired patients.

**Occupational Therapy** means a therapeutic use of self-care activities to increase independent function, enhance development and prevent disability.

**Outpatient** means a member receiving services or treatment for care of illness or injury in a hospital or other licensed facility.

**PHI** means Personal Health Information.

**Physical Therapist** means a doctor or an individual licensed by the proper authority or certified by the American Physical Therapy Association.

**Physical Therapy** is a rehabilitation treatment that improves further deterioration of a bodily function that has been lost or impaired through a disease or injury. This treatment involves physical contact with the impaired area such as massage, manipulation, heat or hydrotherapy.

**Physician** means a licensed doctor of medicine (M.D.), doctor of osteopathy (D.O.) duly licensed and qualified to practice medicine and perform surgery at the time and place service is rendered. Physician also means a licensed doctor of podiatry (D.P.M.), a licensed chiropractor (D.C.), a licensed psychologist (Ph.D.), a licensed oral surgeon (D.D.S. or D.M.D.), a licensed doctor of optometry (O.D.) and a licensed doctor of psychiatry (M.D. Psychiatrist).

**Plan** is defined as the **Municipal Health Benefit Fund (Fund)**, as presented in the Employees' booklet as approved by the Board of Trustees.

> ***Plan other than the Municipal Health Benefit Fund (Fund)*** means any group insurance or group prepaid arrangement of coverage, whether on an insured or uninsured basis, which provides benefits or services for, or by reason of medical, dental, or vision care or treatment, or any coverage required or provided under, or by any government program or law, including Medicare. Hospital indemnity benefits (provided on a non-expense incurred basis) of $30 per day or less are not included within the meaning of "Plan." Each policy, contract or other arrangement for providing benefits or services will be considered a separate Plan. If only a part of such policy, contract or other arrangement is subject to a provision similar to this provision, that part will be treated as one Plan and the remainder will be treated as a separate Plan.

**Pre-Determination** means to determine in advance that a member is eligible to participate in a covered program.

**Precertification** means PRIOR notification to the Utilization Review Program before any of the service types listed in the Fund Booklet are received by the covered individual.

**Pregnancy** means the state of a female after conception until delivery and/or until termination of gestation.

**Room and Board Charges** means charges incurred by an inpatient for room and board and other services and supplies necessary for the care and treatment of illness or injury, except fees for professional services that are customarily made by a hospital at a daily or weekly rate determined solely by the class of accommodations occupied.

**Satisfactory Evidence of Coverage** means evidence that is approved by the Fund in the Home Office and is furnished without expense to the Fund.

**Speech Pathologist** means a person who has been educated, trained and licensed to plan, conduct and evaluate speech therapy programs.

**Stop Loss** is a limit on the coinsurance required from the Covered Member.

**Surrogate Pregnancy** is acting as a substitute mother by becoming pregnant for the purposes of bearing a child on another's behalf.

**Usual, Customary and Reasonable Charges (UCR)** To determine UCR charges billed by a medical provider for services and supplies, the Fund reserves the right to use national tables (including, but not limited to, RBRVS, ADP and MDR, Medispan, First Databank) and methods in accordance with health care industry standards. The Fund may set limits on a provider's charges and fees at its discretion without giving notice to the provider. The Fund will not pay 100 percent of a provider's billed charges.

**You and Your** means an employee/member covered by or in a class eligible for Employee Benefits.

A glossary of commonly used Health Coverage & Medical Terms is available at www.arml.org/services/mhbf/ or by calling Customer Service at 501-978-6137.

Section 7
Definitions

Notice of Removal

Exhibit A  Page 000079

# Section 8: Appeals

Section 8

# Claims Reviews and Appeals Procedure

## Getting Help with your Claim for Benefits

If you have a question about your claim payment or how the Fund works, we urge you to call and visit with a Municipal Healt' Benefit Fund customer service representative at **(501) 978-6137, Option 4.**

Generally, a denial of a claim for benefits will be explained in writing setting forth a specific reason for the denial. The explanation may also provide a description of additional information you might be required to provide for reconsideration of your claim and an explanation of why it is needed. If a claims or benefit question cannot be resolved through Customer Service, it may be resolved through an appeals procedure as set out below.

## Claims and Appeals Procedures Generally

Claims and appeal processes are governed by the Patient Protection and Affordable Care Act (PPACA) as well as the regulations pertinent to the Act. As such, Federal law requires the Fund to use reasonable procedures with respect to requests, also known as a claim, for a plan benefit or benefits. Claims procedures address the filing of claims, notification of benefit determinations, and appeals from benefit determinations and also deal with preauthorization requirements, utilization reviews and applicable time frames. These requirements and procedures are set out in more detail in the **Internal Claims and Appeal Reviews and the Independent External Claims Review** sections found below.

## Before filing a law suit you must exhaust your administrative rights and remedies

The Fund requires that as a condition precedent to all the benefits, terms, and conditions of this contract, an employer member and its employee members must exhaust all of their administrative remedies including, but not limited to, the claims procedures, the internal review procedures, including the review by the Board of Trustees, and, to the extent available, Federal external review processes, before any legal action is brought in any court.

Providers, seeking to appeal any denial or reduction in benefit payments are not governed by the PPACA but must make their appeal within 60 days from the denial or reduction in payment.

Your rights and responsibilities are set out in complete detail in the Internal and External Review sections; however the "Firs. Internal Written Appeal" and "Final Internal Written Appeal" immediately following this paragraph provides a simplified and non-exhaustive overview of the internal review process. More particular information is to be found in the Internal Claims and Appeal Reviews and the Independent External Claims Review sections found below.

**First Internal Written Appeal**—Within 60 days of having received a claims denial notice, write to the Claims Review Team, at Municipal Health Benefit Fund, P.O. Box 188, North Little Rock, AR 72115 In your request for a review of the denial specifically state why you believe the denial was incorrect.

Within 60 days the receipt of your request, a Claims Review Team Representative will respond to you in writing with a determination regarding your appeal. If your claim is denied the response will reference the Fund provision upon which the denial was based and will provide you with an explanation of additional appeals you may make. If the Fund needs time to investigate the facts, you will be notified.

**Final Internal Written Appeal**—If the decision rendered by the Claims Review Team is not satisfactory you or a duly authorized representative may appeal from that denial to the Board of Trustees for the Municipal Health Benefit Fund within 60 days of having received a denial notice from the Claims Review Team. To do so, write to the Plan Administrator, P.O. Box 188, North Little Rock, AR 72115. In your request for a review of the denial specifically state why you believe the denial was incorrect. In connection with your request, you may submit documents supporting your claim. Your appeal will be reviewed by the Board at the quarterly meeting of the Board of Trustees along with documents pertinent to the administration of the Fund. You may attend the Board meeting and present your case to the Board and may have representation throughout this review procedure though you need not make an appearance at the Board meeting.

The Board will reach a decision on your claim no later than 180 days after receipt of the request for the Board's review. If there are special circumstances, the decision shall be rendered as soon as reasonably possible. The Board's decision shall b in writing and shall include specific reference to the pertinent Fund provisions on which the decision was based.

Notice of Removal

Exhibit A  Page 000081

Section 8 Appeals

## Internal Claims and Appeal Reviews

1. Definitions

   Some definitions helpful to an understanding of claims procedures are set out below.

   A. **Adverse benefit determination.** The term "adverse benefit determination" means a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for:
      - a benefit
      - a benefit based on a determination of whether a participant or beneficiary is eligible to participate in the Fund;
      - a benefit resulting from the application of any utilization review, as well as
      - failure to cover an item or service for which benefits are otherwise provided because it is determined to be experimental or investigational or not medically necessary or appropriate, or
      - any rescission of coverage, regardless of whether there is an adverse effect on any particular benefit at that time.

   B. **Appeal (or internal appeal).** The term "appeal or internal appeal" means a review by the Fund.

   C. **Claim involving urgent care.** The term "claim involving urgent care" is any claim for medical care or treatment with respect to which the application of the time periods for making non-urgent care determinations—
      - Could seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function, as determined by an individual acting on behalf of the Fund applying the judgment of a prudent layperson who possesses an average knowledge of health and medicine, or
      - A physician with knowledge of the claimant's medical condition opines that without the care or treatment that is the subject of the claim the claimant would be subjected to severe pain that cannot be adequately managed, unless
      - Any claim that a physician with knowledge of the claimant's medical condition determines is a "claim involving urgent care" shall be treated as a "claim involving urgent care."

   D. **Claimant.** The term "claimant" means a person covered by the Fund who makes a claim under this section. References to a claimant include a claimant's authorized legal representative.

   E. **External review.** The term "External review" means a review of an adverse benefit determination (including a final internal adverse benefit determination) conducted pursuant to the Federal external review process.

   F. **Final external review decision.** The term final external review decision means a determination by the independent review organization at the conclusion of an external review.

   G. **Final internal adverse benefit determination.** The term "final internal adverse benefit determination" means an adverse benefit determination that has been upheld by the Fund at the completion of the internal appeals process or when the internal appeals process is deemed exhausted under Federal law.

   H. **Health care professional.** The term "health care professional" means a physician or other health care professional licensed, accredited, or certified to perform specified health services consistent with State law.

   I. **Notice or notification.** The term "notice" or "notification" means that the delivery or furnishing of information to an individual shall be done in a manner that is reasonably calculated to ensure actual receipt of the material by Fund participants, beneficiaries and other specified individuals. See below at (i)(4) for more information on notice to non-English literate persons covered by the Fund.

   J. **Post-service claim.** The term "post-service claim" means any claim for a benefit under a group health plan that is not a pre-service claim.

   K. **Pre-service claim.** The term "pre-service claim" means any claim for a benefit under a group health plan, with respect to which the terms of the plan condition receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care.

   L. **Rescission.** A rescission is a cancellation or discontinuance of coverage that has retroactive effect. For example, a cancellation that treats coverage as void from the time of the individual's or group's enrollment is a rescission. As another example, a cancellation that voids benefits paid up to a year before the

Notice of Removal

Section 8

cancellation is also a rescission for this purpose. A cancellation or discontinuance of coverage is not a rescission if:

- The cancellation or discontinuance of coverage has only a prospective effect; or
- The cancellation or discontinuance of coverage is effective retroactively to the extent it is attributable to a failure to timely pay required premiums or contributions towards the cost of coverage.

M. **Relevant.** The term relevant means that a document, record, or other information shall be considered "relevant" to a claimant's claim if such document, record, or other information

- Was relied upon in making the benefit determination;
- Was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; or
- Demonstrates compliance with required administrative processes and safeguards in making the benefit determination.

These claims procedures do not preclude an authorized representative of a claimant from acting on behalf of a claimant in pursuing a benefit claim or appeal of an adverse benefit determination. Nevertheless, the Fund has established reasonable procedures for determining whether an individual has been authorized to act on behalf of a claimant. Also, in the case of a claim involving urgent care, a health care professional, with knowledge of a claimant's medical condition shall be permitted to act as the authorized representative of the claimant.

If a claimant or an authorized representative of a claimant fails to follow the Fund's procedures filing a pre-service claim, the claimant or representative shall be notified of the failure and the proper procedures to be followed in filing a claim for benefits. This notification shall be provided to the claimant or authorized representative, as appropriate, as soon as is possible, but not later than five (5) days (24 hours in the case of a claim involving urgent care) following the failure. Notification may be oral, unless written notification is requested by the claimant or authorized representative. If claims procedures are not followed in the filing of a claim for benefits notice by the Fund shall be provided only in the case of a failure that is a communication by a claimant or an authorized representative of a claimant that is received by a person or organizational[1] unit customarily responsible for handling benefit matters; and is a communication that names a specific claimant; a specific medical condition or symptom; and a specific treatment, service, or product for which approval is requested.

2. **Denials.**

Except as provided below in this section, (see Urgent Care, Concurrent Care, Pre-service and Post-service claims) if a claim is wholly or partially denied, the Fund shall notify the claimant of the Fund's adverse benefit determination within a reasonable period of time, but not later than ninety (90) days after receipt of the claim by the Fund, unless the Fund determines that special circumstances require an extension of time for processing the claim. If so, written notice of the extension shall be furnished to the claimant prior to the termination of the initial ninety (90) day period. In no event shall such extension exceed a period of ninety (90) days from the end of such initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Fund expects to render the benefit determination. During the appeal process, the Fund will provide continued coverage pending the outcome of the appeal. Notification of any adverse benefit determination pursuant to this paragraph shall be made in accordance with paragraph (i) below.

3. **Urgent Care.**

In the case of a claim involving urgent care, the Fund shall notify the claimant of the benefit determination (whether adverse or not) as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the claim by the Fund, unless the claimant fails to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Fund. In the case of such a failure, the Fund shall notify the claimant as soon as possible, but not later than twenty-four (24) hours after receipt of the claim by the Fund, of the specific information necessary to complete the claim. The claimant shall be afforded a reasonable amount of time, taking into account the circumstances, but not less than forty-eight (48) hours, to provide the specified information. The Fund shall notify the claimant of the Fund's benefit determination as soon as possible, but in no case later than forty-eight (48) hours after the earlier of—

A. The Fund's receipt of the specified information, or
B. The end of the period afforded the claimant to provide the specified additional information.

### 4.  Concurrent care decisions.

If the Fund has approved an ongoing course of treatment to be provided over a period of time or number of treatments—

Any reduction or termination by the Fund of such course of treatment (other than by amendment of the Fund's plan or termination of the plan) before the end of such period of time or number of treatments shall constitute an adverse benefit determination. The Fund shall notify the claimant of the adverse benefit determination at a time sufficiently in advance of the reduction or termination to allow the claimant to appeal and obtain a determination on review of that adverse benefit determination before the benefit is reduced or terminated.

Any request by a claimant to extend the course of treatment beyond the period of time or number of treatments that is a claim involving urgent care shall be decided as soon as possible, taking into account the medical exigencies, and the Fund shall notify the claimant of the benefit determination, whether adverse or not, within twenty-four (24) hours after receipt of the claim by the Fund, provided that any such claim is made to the Fund at least twenty-four (24) hours prior to the expiration of the prescribed period of time or number of treatments.

Notification of any adverse benefit determination concerning a request to extend the course of treatment, whether involving urgent care or not, shall be made in accordance with paragraph (i) of this section and the appeal shall be governed by paragraph (k) of this section, as appropriate.

### 5.  Other claims.

In the case of a claim not described above the Fund shall notify the claimant of the Fund's benefit determination as set out above, as appropriate.

### 6.  Pre-service claims.

In the case of a pre-service claim, the Fund shall notify the claimant of the Fund's benefit determination (whether adverse or not) within a reasonable period of time appropriate to the medical circumstances, but not later than fifteen (15) days after receipt of the claim by the Fund. This period may be extended one time by the Fund for up to fifteen (15) days, provided that the Fund both determines that such an extension is necessary due to matters beyond its control and notifies the claimant, prior to the expiration of the initial fifteen (15) day period, of the circumstances requiring the extension of time and the date by which the Fund expects to render a decision. If such an extension is necessary due to a failure of the claimant to submit the information necessary to decide the claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from receipt of the notice within which to provide the specified information.

During the appeal process, the Fund will provide continued coverage pending the outcome of the appeal. Notification of any adverse benefit determination pursuant to this paragraph shall be made in accordance with paragraph (i) below.

### 7.  Post-service claims.

In the case of a post-service claim, the Fund shall notify the claimant of the Fund's adverse benefit determination within a reasonable period of time, but not later than thirty (30) days after receipt of the claim. This period may be extended one time by the Fund for up to fifteen (15) days, provided that the Fund that such an extension is necessary due to matters beyond the control of the Fund and notifies the claimant, prior to the expiration of the initial thirty (30) day period, of the circumstances requiring the extension of time and the date by which the Fund expects to render a decision. If such an extension is necessary due to a failure of the claimant to submit the information necessary to decide the claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from receipt of the notice within which to provide the specified information.

During the appeal process, the Fund will provide continued coverage pending the outcome of the appeal. Notification of any adverse benefit determination pursuant to this paragraph shall be made in accordance with paragraph (i) below.

### 8.  Calculating time periods.

The period of time within which a benefit determination is required to be made shall bgin at the time a claim is filed in accordance with Fund procedures, without regard to whether all the information necessary to make a benefit determination accompanies the filing. In the event that a period of time is extended as permitted due to a claimant's failure to submit information necessary to decide a claim, the period for making the benefit determination shall be tolled from the date on

Section 8

which the notification of the extension is sent to the claimant until the date on which the claimant responds to the request for additional information.

**9.   Form, manner *and* content of notification of benefit determination.**

Except for required oral notification, the Fund shall provide a claimant with written or electronic notification of any adverse benefit determination. Any electronic notification shall comply with Federal regulatory authority and the notification shall set forth, in a manner calculated to be understood by the claimant—

- A.  Information sufficient to identify the claim involved (including the date of service, the health care provider, the claim amount (if applicable), and a statement describing the availability, upon request, of diagnosis and treatment codes and corresponding meanings;

- B.  Any denial code along with its corresponding meaning, and a description of the Fund's standard, if any, that was used in denying the claim.

- C.  The specific reason or reasons for the adverse determination, including any final internal adverse benefit determination,

- D.  Reference to the specific plan provisions on which the determination is based;

- E.  A description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary;

- F.  If requested, the Fund will provide to participants and beneficiaries, as soon as practicable, upon request, the diagnosis code and its corresponding meaning, and the treatment code and its corresponding meaning, associated with any adverse benefit determination or final internal adverse benefit determination. The Fund will not consider a request for diagnosis and treatment information, in itself, to be a request for an internal or external appeal.

- G.  The Fund will provide a description of available internal appeals and external review processes, including information regarding how to initiate an appeal.

- H.  In the case of a notice of final internal adverse benefit determination, the description will include a discussion of the decision.

- I.  The Fund will also disclose the availability of, and contact information for the Arkansas Insurance Department's Consumer Assistance Program, *i.e.*:

  | | |
  |---|---|
  | **Telephone:** | **800-852-5494 or 501-371-2640** |
  | **Fax:** | **501-371-2749** |
  | **Email:** | **insurance.consumers@arkansas.gov** |

- J.  In the case of an adverse benefit determination by the Fund concerning a claim involving urgent care, a description of the expedited review process applicable to such claims.

In the case of an adverse benefit determination by the Fund concerning a claim involving urgent care, the information provided by the Fund to the claimant may be given to the claimant orally within prescribed time frames given that a written or electronic notification is furnished to the claimant not later than seventy-two (72) hours after the oral notification.

The Fund will provide relevant notices in a culturally and linguistically manner to those Fund participants who reside at an address in a county where 10 percent or more of the population residing in the participant's county, as determined by Federal law, and who are literate only in the same non-English language . The Fund will also provide applicable non-English oral language services, such as a telephone customer assistance hotline that includes answering questions in any applicable non-English language as well as assistance in filing claims and appeals (including external review)

Section 8
Appeals

**10. Appeal of adverse benefit determinations.**

A claimant covered by the Fund shall have a reasonable opportunity to appeal an adverse benefit determination to an appropriate named fiduciary of the Fund, and under which there will be a full and fair review of the claim and the adverse benefit determination. As such, the Fund will allow a claimant to review the claim file and to present evidence and testimony as part of the internal claims and appeals process.

A full and fair review also includes the procedures set out below.

The Fund will:

A. Provide claimants at least 180 days following receipt of a notification of an adverse benefit determination within which to appeal the determination;

B. Provide claimants the opportunity to submit written comments, documents, records, and other information relating to the claim for benefits;

C. Provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits;

D. Provide for a review that takes into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

E. Provide for a review that does not afford deference to the initial adverse benefit determination and that is conducted by an appropriate named fiduciary of the Fund who is neither the individual who made the adverse benefit determination that is the subject of the appeal, nor the subordinate of such individual;

F. Provide that, in deciding an appeal of any adverse benefit determination that is based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug, or other item is experimental, investigational, or not medically necessary or appropriate, the appropriate named fiduciary shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment;

G. Provide for the identification of medical experts whose advice was obtained on behalf of the Fund in connection with a claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination;

H. Provide that the health care professional engaged for purposes of a consultation shall be an individual who is neither an individual who was consulted in connection with the adverse benefit determination that is the subject of the appeal, nor the subordinate of any such individual; and

I. Provide, in the case of a claim involving urgent care, for an expedited review process pursuant to which—
   a. A request for an expedited appeal of an adverse benefit determination may be submitted orally or in writing by the claimant; and
   b. All necessary information, including the Fund's benefit determination on review, shall be transmitted between the Fund and the claimant by telephone, facsimile, or other available similarly expeditious method.

J. The Fund will provide the claimant, free of charge, with any new or additional evidence considered, relied upon, or generated by the Fund (or at the direction of the Fund) in connection with the claim as soon as possible and sufficiently in advance of the date on which the notice of final internal adverse benefit determination is required to be provided under paragraph (k) of this section to give the claimant a reasonable opportunity to respond prior to that date; and before issuing a final internal adverse benefit determination based on a new or additional rationale, the Fund will provide to the claimant, free of charge, the rationale as soon as is possible and sufficiently in advance of the date on which the notice of final internal adverse benefit determination is required to be provided under paragraph (k) of this section to give the claimant a reasonable opportunity to respond prior to that date.

Section 8

### 11. Timing of notification of benefit determination on review

A. **Urgent care claims.** In the case of a claim involving urgent care, the Fund shall notify the claimant of the Fund's benefit determination on review as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the claimant's request for review of an adverse benefit determination by the Fund.

B. **Pre-service claims.** In the case of a pre-service claim, the Fund shall notify the claimant of the Fund's benefit determination on review within a reasonable period of time appropriate to the medical circumstances. Because the Fund provides for two appeals of an adverse determination, such notification shall be provided, with respect to any one of such two (2) appeals, not later than fifteen (15) days after receipt by the Fund of the claimant's request for review of the adverse determination.

C. **Post-service claims.** In the case of a post-service claim, except as provided for in appeals to the Board of Trustees, the Fund shall notify the claimant of the Fund's benefit determination on review within a reasonable period of time. Because the Fund provides for two appeals of an adverse determination, such notification shall be provided, with respect to any one of such two appeals, not later than thirty (30) days after receipt by the Fund of the claimant's request for review of the adverse determination.

### 12. Calculating time periods.

For purposes of an appeal, the period of time within which a benefit determination on review is required to be made shall begin at the time an appeal is filed in accordance with the reasonable procedures of a Fund, without regard to whether all the information necessary to make a benefit determination on review accompanies the filing. In the event that a period of time is extended as permitted due to a claimant's failure to submit information necessary to decide a claim, the period for making the benefit determination on review shall be tolled from the date on which the notification of the extension is sent to the claimant until the date on which the claimant responds to the request for additional information.

### 13. Furnishing documents.

In the case of an adverse benefit determination on review, the Fund shall provide such access to, and copies of, documents, records, and other information.

### 14. Manner and content of notification of benefit determination on review.

The Fund will provide a claimant with written or electronic notification of a Fund's benefit determination on review. Any electronic notification shall comply with the standards established by Federal law. In the case of an adverse benefit determination, the notification shall set forth, in a manner calculated to be understood by the claimant—

A. The specific reason or reasons for the adverse determination;

B. Reference to the specific Fund provisions on which the benefit determination is based;

C. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits.

For additional information on the manner and content of notification of benefit determination, see paragraph (9.) above.

### 15. Failure to establish and follow reasonable claims procedures.

In the case of the Fund's failure to establish or follow claims procedures consistent with the requirements Federal law, a claimant shall be deemed to have exhausted the administrative remedies available under the Fund and shall be entitled to pursue an external review on the basis that the Fund has failed to provide a reasonable claims procedure that would yield a decision on the merits of the claim.

**Section 8 Appeals**

# Independent External Claims Review

The Municipal Health Benefit Fund (Fund) gives you the opportunity to seek review of certain claim denials by an independent external review organization. If you disagree with the Fund's final determination on internal appeal, you can seek review ithin four months of the decision.

Your claim is eligible for external review if either:

- The Fund or its designee does not strictly adhere to all claim determination and appeal requirements under federal law (other than minor violations); or
- You have exhausted the standard levels of appeal and your appeal relates to:
  a. An adverse benefit determination (ABD) by the Fund, including a final internal adverse benefit determination, that involves medical judgment (including, but not limited to those based on the Fund's requirements for medical necessity, appropriateness, health care setting, level of care, or effectiveness of a covered benefit; or, its determination that a treatment is experimental or investigational), as determined by the external reviewer; or
  b. A rescission, which is a retroactive cancellation or discontinuance of coverage.

Claims based on solely on (a.) legal or contractual disputes or (b.) issues regarding your eligibility are not eligible for external review.

Your claim is eligible for an expedited external review if you have a medical condition and:

- You have requested an expedited internal appeal but the timeframe for completion of the expedited internal appeal would seriously jeopardize your life, your health, or your ability to regain maximum function; or
- The timeframe for completion of a standard external review would seriously jeopardize your life, your health, or your ability to regain maximum function; or
- The ABD concerns an admission, availability of care, continued stay or health care service for which you received emergency services, but have not been discharged from a facility.

## Notification of External Review/Rights and Assignment to Independent External Review Organization

If your final internal appeal is denied, you may request an External Review by an Independent External Review Organization.

You may submit a standard external review request via mail or fax within four months after you received the final internal adverse benefit determination notice or within four months after notice that the request does not meet the criteria for an expedited review.

You must provide the following information:

- Name
- Address
- Phone
- Email address
- Whether the request is urgent
- Patient's signature if person filing the appeal is not the patient
- A brief description of the reason you disagree with your Fund's denial decision

You may use an HHS Federal External Review Request Form to provide this and other additional information. In addition, you may submit additional information for consideration of your external review request.

For example, you may provide:

- Documents to support the claim, such as physicians' letters, reports, bills, medical records, and explanation of benefits (EOB) forms;
- Letters sent to the Fund about the denied claim; and
- Letters received from the Fund.

## Instructions for Sending Your External Review Request:

You may call, toll free, 1-888-866-6205, to request an external review request form and send your request for an external review to the address listed on your final adverse benefit determination (denial) letter from the Fund, or you may send your external review request:

**By Postal Mail:**

**MAXIMUS Federal Services**

**3750 Monroe Avenue, Suite 705**

**Pittsford, NY 14534**

**By Fax to:**

**(1-888-866-6190)**

Note: There is no charge for submitting the external review request.

## Preliminary Review:

When the external review examiner receives the external review request the examiner will contact the Fund to provide notification that it must forward any information considered in making the ABD or final internal ABD within five days. This includes:

- Your certificate of coverage or benefit;
- A copy of the ABD;
- A copy of the final internal ABD;
- A summary of the claim;
- An explanation of the Fund's ABD;
- All documents and information considered in making the ABD or final internal ABD including any additional information provided to the Fund relied on during the internal appeals process;
- The external review examiner will review the information provided by the Fund and may request additional information;
- The external review examiner will notify you and Fund in writing if it determines that the claim is not eligible for an external review;
- The examiner will review all of the information timely received and consider the claim without being bound by any decision reached during the Fund's internal claims and appeals process;
- Upon request by the Fund, the examiner will forward all documents submitted by you to the Fund. Upon receipt of any such information, the Fund may reconsider its ABD or final internal ABD. This reconsideration must not delay review. The external review may be terminated if the Fund decides to reverse its decision and provide coverage or payment after reconsideration. The Fund must provide written notice to you and the examiner within one business day after making the decision to reverse. The examiner must terminate the external review upon receipt of the notice from the Fund.

The examiner must provide written notice of a final determination on the external review to you and Fund as expeditiously as possible, but no later than 45 calendar days from the date of receipt of the request for external review.

**Section 8
Appeals**

**The final external review decision notice will contain:**

- A description of the reason for the requested external review with sufficient information to identify the claim;
- The date the examiner received the external review assignment;
- References to evidence or documentation considered in decision;
- Discussion of the reasoning for the decision including rationale and any evidence-based standards relied upon;
- A statement that the decision is binding except to the extent that other remedies may be available under State or Federal law to you and the Fund;
- A statement that judicial review may be available to you;
- Current contact information for any applicable health insurance consumer assistance or ombudsman;
- The examiner must maintain records of all claims and notices associated with the external review process for six years and make the records available for examination by you or Fund upon request.
- Upon receipt of a final external review decision reversing the ABD or final internal ABD, the Fund must immediately provide coverage or payment for the claim.

## Expedited Reviews:

- An expedited timeline is followed in cases where you have filed a request for an expedited internal appeal and meets the conditions for an expedited review. (See above)
- The examiner will contact the Fund once the examiner receives a request for expedited review and request all documents and information required under a standard review.
- The examiner will review all information received from the Fund and may request additional information that it deems necessary to the external review.
- The examiner will notify you and the Fund as expeditiously as possible if the examiner determines that you are not eligible for external review.
- The examiner will review all of the information timely received and then consider the claim without being bound by any decision reached during the plan or issuer's internal claims and appeals process.
- The examiner will forward all documents submitted by you to the Fund. Upon receipt of the information the Fund may reconsider its ABD or final internal ABD. This reconsideration must not delay review. The external review may be terminated if the Fund decides to reverse its decision and provide coverage or payment after reconsideration. The Fund must immediately provide notice to you and the examiner after making the decision to reverse. This notice may be oral but must be followed up with written notice within 48 hours. The examiner must terminate the external review upon receipt of initial notice from the Fund.
- The reviewer shall make a final determination on the external review and communicate it to you and the Fund within 72 hours from the time of receipt of the request or sooner depending on medical circumstances of the case.
- If you are notified orally, the reviewer will follow-up with written notice within 48 hours after delivery of the oral notice.
- The examiner's final external review decision and records maintenance must comply with the same requirements as for final external review decisions in standard external review.
- Upon receipt of a final external review decision reversing the ABD or final internal ABD, the Fund must immediately provide coverage or payment for the claim.

## Technical Assistance is available by calling Toll-Free Telephone:
## 1-888-866-6205

- Available 24 hours/7 days per week
- You may leave messages and receive instructions on submitting expedited external review requests
- TTY for hearing impaired
- Interpreter through the AT&T language line
- Translated brochures are available upon request, under CLAS standards

Notice of Removal

# Section 9: Forms

Section 9
Forms

Exhibit A  Page 000091

# MUNICIPAL HEALTH BENEFIT FUND
## Authorization To Disclose Health Information
## P.O. BOX 188, NORTH LITTLE ROCK, AR 72115
## Fax 501-537-7252

This form is **OPTIONAL**. By completing this form, a covered individual may allow someone other than themselves or their providers access to their Private Health Information (PHI). **PLEASE PRINT**

Name of Policy Holder: _____ID#/SSN: _____

Group/Employer Name: _____

I _____(name), do hereby give authorization to the Municipal Health Benefit Fund (Plan) permission to disclose any and all Private Health Information (PHI) to the individual name below:

_____/_____

**Print Name**                                          **Relationship to Member**

(1)   I understand that I have the right to revoke this authorization at any time in writing and present my written revocation to the Fund at the address listed above. I understand that the revocation will not apply to information already released in response to this authorization. I understand the revocation will not apply to the Fund or their lawyers when the law provides the Fund with the right to contest a claim made under Fund coverage. Unless revoked, this authorization will expire on the following date, event, or condition: _____, or at the termination of my employment.

(2)   I understand that this form is voluntary. I can refuse to sign this authorization. I need not sign this form in order to ensure treatment or proper claims payment while I am covered under the Fund. I understand that I may inspect or copy the information to be used or disclosed as provided in CFT164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by the federal confidentiality rules. If I have questions regarding the disclosure of my health information, I may contact the Fund's designated representative.

Signature: _____        Date: _____

Witnessed by _____        Date: _____

_____
PRINT NAME

Notice of Removal                                  Exhibit A  Page 000092

Section 9

65

Section 9
Forms

Notice of Removal

Exhibit A  Page 000093

# Municipal Health Benefit Fund
# Revocation of Authorization To Release Health Information
# P.O. Box 188, North Little Rock, AR 72115
# Fax 501-537-7252

Name of Policy Holder: _____ ID#/SSN: _____

Address:_____

Group/Employer Name: _____

I _____, hereby revoke any and all authorizations to release health information to:

_____/_____

Print Name                                              Relationship to Member

I understand this revocation will not apply to information already released in response to the Authorization to Disclose Health Information previously submitted. I also understand this revocation does not apply to the Fund or their lawyers when the law provides the Fund the right to contest a claim incurred while I was a covered member under the Fund.

Signature: _____     Date: _____

Witnessed by _____     Date: _____

_____
PRINT NAME

Section 9

Good financial Health

Optional* plan B Raises co-pa to 30/50 for officevisit
Should cover most of the visit pat Ryyes could increase
approx 10%

# Manage Costs by Maximizing Your Tax Savings.



# We offer Expense Management Services for you and your employees.

American Fidelity provides a suite of expense management services that can help you and your employees maximize your tax savings and manage costs associated with various benefits. We specialize in providing employer administrative services for all of our services, which can easily coordinate with existing plans.

Our expertise and experience in offering expense management services allows us to make recommendations on the programs that will work best in your situation. Also, we explain how we can implement these cost-saving programs for you and your employees.

**Our Expense Management Services**

- Section 125 Plans
- Flexible Spending Accounts
- Health Savings Accounts
- Health Reimbursement Arrangements
- Dependent Verification Reviews
- Enrollment Solutions



To learn more about what American Fidelity can do for your organization, contact:

**Charles Angel**
*Senior Account Executive*

**800-450-3506, ext. 3132**
charles.angel@americanfidelity.com

 **American Fidelity Assurance Company**

Our Family, Dedicated To Yours.

SB-25306-0312

## PLAN ADMINISTRATION: Enrollment and Premiums

Municipal Health Benefit Fund Premium
P.O. Box 880
Conway, AR 72033
Phone: 501-978-6137 Fax: 501-537-7252
*www.arml.org/services/mhbf*

## CLAIMS ADMINISTRATION: Claims and Benefits

Municipal Health Benefit Fund
P.O. Box 188
North Little Rock, AR 72115
Phone: 501-978-6137 Fax: 501-537-7252
*www.arml.org/services/mhbf*

## For Precertification, please call:

1-888-295-3591
(Precertification does not provide Benefit Information.)

ALEX G. STREETT
alex@streettlaw.com

JAMES A. STREETT
james@streettlaw.com

ROBERT M. VEACH
robert@streettlaw.com

 

107 West Main Street
Russellville, AR 72801

Phone: 479-968-2030
Facimile: 479-968-6253

www.StreettLaw.com

April 21, 2017

**VIA CERTIFIED MAIL**                          **7015 1730 0002 1775 2442**
Don Zimmerman, Plan Administrator
Municipal Health Benefit Fund
PO Box 188
North Little Rock, AR 72115

     Re:   Ricky Hendrix

Dear Mr. Zimmerman:

Pursuant to your letter of February 28, 2017, thank you for allowing Mr. Hendrix the opportunity to present this administrative appeal of the denial of his benefits. As you know, Mr. Hendrix's daughter was involved in a car accident on or about May 20, 2016. As a result thereof, she required various medical treatment, portions of which were denied either in whole or in part by the Fund. Copies of the relevant billing and corresponding explanation of benefits are attached hereto and incorporated by reference. These claims were denied on two bases:

1.    The Fund's position that it interprets the policy language of its Policy Booklet to require an insured to purchase coverage pursuant to A.C.A. §23-89-202(1) in conjunction with their automobile insurance coverage lest they be saddled with what is functionally an additional $5,000.00 deductible; and

2.    That certain of the medical charges which Mr. Hendrix's daughter incurred were not "reasonable and customary" under the language of the Fund's Policy Booklet and were therefore not payable.

Mr. Hendrix disputes and appeals both of these bases for the Fund's denial of his claims.

First, Mr. Hendrix contends that the Fund's policy language does not expressly require its insureds to purchase the medical coverage prescribed by A.C.A. §23-89-202(1). Instead, the Fund states that its insureds are required to purchase "the minimum medical coverage under their auto insurance." To this end, the medical benefit coverage addressed by A.C.A. §23-89-202(1) is not a minimum. By contrast, it is expressly waivable pursuant to A.C.A.§23-89-203. By contrast, the only required "minimum" coverage under an Arkansas auto policy is the third party medical coverage required by A.C.A. §27-22-104(b) which Mr. Hendrix undisputedly carried (see attached declaration for your file). Accordingly, Mr. Hendrix, as well as any and all other of the Fund's insureds against whom this same provision was used as a basis for denial, are entitled to payment of their claims. Regardless

EXHIBIT

3

of whether you agree with the foregoing interpretation of the Plan language as it relates to Mr. Hendrix and all other of the Fund's insureds who are similarly situated, it is black letter Arkansas law that the Fund, as the drafter of the Policy Booklet, must construe any and all such ambiguities in favor of its insureds, including Mr. Hendrix.   In this regard, you will note that, even from a purely semantic perspective, the Arkansas Code refers to both coverages as "minimums" although, as noted above, A.C.A.§27-22-104(b) is the only minimum auto coverage for medical charges required by Arkansas Law.

Second, with regard to the plan language which limits the Fund's responsibility to payment of "reasonable and customary charges" the policy leaves this subjective term wholly undefined and does not relate it to any objective metric other than, apparently, the Fund's whim.  Accordingly, such an exclusion is not only wholly unenforceable but illusory.  In the absence of some definition of this term or, alternatively, policy language which ties it to some sort of objective metric, the Fund's insureds have not purchased insurance, they have simply purchased a right to request the Fund's consideration of their request to pay medical bills.   This sort of subjective, undefined, and wholly discretionary basis for exclusion renders void any objective right to coverage that policy members may otherwise have and, as such, is contradictory to both Arkansas Law and public policy.  Additionally, as discussed in number 1 above, it cannot seriously be argued that this completely undefined and subjective term is, at a minimum, ambiguous and, as such, must be strictly construed in favor of the Fund's insureds given the Fund's authorship of its own Policy Booklet.

Based on the foregoing, Mr. Hendrix respectfully requests that the Fund reverse its denial of his claims on both bases and also respectfully requests that all members of the Fund who have had claims denied for one or either of the above bases be compensated fully for said claims for the same reasons set forth above.

Thank you for your consideration of this administrative appeal and we look forward to its hearing before the Trustees of the Fund on May 5, 2017.

Yours truly,

James A. Streett

Jas/ac
Cc:    Ricky Hendrix

# POPE COUNTY EMS

Exhibit A  Page 000100

# POPE COUNTY EMS

### 3 COUNTY COMPLEX CIRCLE
### RUSSELLVILLE, AR 72802
### (479)968-8222
### Federal Tax ID: 71-6010879

Patient Name: ▬▬▬▬▬

Insurance:

Patient Number: ▬▬▬▬
Call Number: 1603204
Date Of Call: 05/20/2016
Call Time:
Caller: 911
From Location: 7100 BLOCK MARKET STREET
To Location: ST MARY'S REG MED CENTER

RICKY HENDRIX
1996 GRAVEL HILL ROAD
DOVER AR 72837

Reason(s)  S09.90XA
For
Transport

| DESCRIPTION OF CHARGES | HCPC | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| ALS EMERGENCY | A0427 | 1.0 | 670.00 | 670.00 |
| MILEAGE | A0425 | 7.0 | 12.50 | 87.50 |
| PULSE OXIMETRY | E0445 | 1.0 | 25.00 | 25.00 |
| RHYTHM ECG | 93041 | 1.0 | 35.00 | 35.00 |
| ALS IV DRUG THERAPY SUPPLIES | A0394 | 1.0 | 45.00 | 45.00 |
| SPINAL IMMOBILIZATION | A0398 | 1.0 | 45.00 | 45.00 |

Total Charges  907.50

Total Credits  0.00

PLEASE PAY THIS AMOUNT =>  $907.50

-------------------------------------------------------------------------
## ^DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT^

Patient Name: ▬▬▬▬

Patient Number: ▬▬▬

Call Number: 1603204

Current Date: 05/25/2016

Amount Due: $907.50

Amount
Enclosed $ _____

**This is an itemized bill of your services.  Please file this invoice with your auto
insurance and remit payment to us.  Health insurance can be filed only after auto
insurance has been processed. If you have questions or problems, contact our business
office.  For your convenience, you may also pay online at
https://www.ark.org/county_onlinepayment/ems. OFFICE HOURS: 8:00 a.m. to 4:30 p.m.
POPE COUNTY EMS, 3 COUNTY COMPLEX CIRCLE, RUSSELLVILLE**

Notice of Removal

# POPE COUNTY EMS

**3 COUNTY COMPLEX CIRCLE
RUSSELLVILLE, AR 72802
(479)968-8222
Federal Tax ID: 71-6010879**

Patient Name: 

Insurance:  MUNICIPAL HEALTH BENE

Patient Number:
Call Number:  1603204
Date Of Call:  05/20/2016
Call Time:
Caller:  911
From Location:  7100 BLOCK MARKET STREET
To Location:  ST MARY'S REG MED CENTER

RICKY HENDRIX
1996 GRAVEL HILL ROAD
DOVER AR 72837

Reason(s)  S09.90XA
For
Transport

| DESCRIPTION OF CHARGES | HCPC | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| ALS EMERGENCY | A0427 | 1.0 | 670.00 | 670.00 |
| MILEAGE | A0425 | 7.0 | 12.50 | 87.50 |
| PULSE OXIMETRY | E0445 | 1.0 | 25.00 | 25.00 |
| RHYTHM ECG | 93041 | 1.0 | 35.00 | 35.00 |
| ALS IV DRUG THERAPY SUPPLIES | A0394 | 1.0 | 45.00 | 45.00 |
| SPINAL IMMOBILIZATION | A0398 | 1.0 | 45.00 | 45.00 |

Total Charges      907.50

Total Credits      0.00

PLEASE PAY THIS AMOUNT =>      $907.50

--------------------------------------------------------------------------------
**^DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT^**

Amount Due: $907.50

Patient Name
Patient Number

Call Number:  1603204
Current Date:  07/11/2016

Amount
Enclosed $ _____

**Your insurance company has denied this claim for your ambulance service.  Payment of this
account is now your responsibility.  Please remit balance or call to arrange payments.
For your convenience, you may also pay online at
https://www.ark.org/county_onlinepayment/ems**

Notice of Removal

Exhibit A  Page 000102

# Municipal Health Benefit Fund
P.O. Box 188
North Little Rock, AR 72115
EDI # 81883



Provider  POPE COUNTY EMERGENCY MED

   3 COUNTY COMPLEX CIRCLE
   RUSSELLVILLE  AR  72802

Report Date:  7/07/2016
Carrier:  ARKANSAS MUNICIPAL LEAGUE
     605  NC
     716010879

····················································································

Insured: HENDRIX RICKY D  Patient: ▮▮▮▮  Member: ▮▮▮▮ City: 00099-012
        Patient# ▮▮▮▮  Claim# 2016160000321

| Date of Service | Submitted Charges | Ineligible Charges & Messages | Deductible | Penalty Deductible | Insured Amount | Payment |
|---|---|---|---|---|---|---|
| 5/20/2016 CPT code A0427 | 670.00 | | 20.04 | | 670.00 | |
| | | 649.96 COB as if the covered member had purchased Med Pay | | | | |
| 5/20/2016 CPT code A0425 | 87.50 | | 14.21 | | 87.50 | |
| | | 73.29 COB as if the covered member had purchased Med Pay | | | | |
| 5/20/2016 CPT code E0445 | 25.00 | | | | | |
| | | 25.00 Unbundled charge, this is included in other charge | | | | |
| 5/20/2016 CPT code 93041 | 35.00 | | | | | |
| | | 35.00 Unbundled charge, this is included in other charge | | | | |
| 5/20/2016 CPT code A0394 | 45.00 | | | | | |
| | | 45.00 Unbundled charge, this is included in other charge | | | | |
| .0/2016 CPT code A0398 | 45.00 | | | | | |
| | | 45.00 Unbundled charge, this is included in other charge | | | | |
| Totals | 907.50 | 873.25 | 34.25 | | 757.50 | |

Provider Payment ---->
Check No ---->

Date Printed:   9/01/16

CI'     RUSSELLVILLE - POLICE                      Trust   1   Group   99   Dept  12
        ADMINISTRATOR - MUN. HEALTH BENEFIT FUND   Claim Number ▬▬▬▬▬▬
        ARKANSAS MUNICIPAL LEAGUE                  Member #  ▬▬▬▬  Birth Date ▬▬▬
        P O BOX 188                                Benefits for ▬▬▬▬▬▬▬▬▬
        NORTH LITTLE ROCK, AR 72115                Date Processed  8/30/2016
        1-501-978-6137                             Employee: HENDRIX RICKY D
                                                   Date Received  6/27/2016
                                                   Provider NPI # 1376651521

FOR:    
                                                   PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
                                                        THROUGH EMDEON EDI # 81883

------------------------------------------------------------------------------------------

Benefit Description       |            Patient #        Provider Description

| Service Dates From | To | Submitted Amount | Deductible | Penalty Deductible | Balance | Pay Percent | Benefit Amount | Insured Amount | Check Number |
|---|---|---|---|---|---|---|---|---|---|
| CPT code A0427 | | | | 1603204A | | POPE COUNTY EMERGENCY MED | | | |
| 5/20/16 | 5/20/16 | 670.00 | | | | .8000 | | 670.00 | |
| | | | Submitted amount exceeds reasonable and customary | | | | | | |
| | | 20.04 | Submitted amount exceeds reasonable and customary | | | | | | |
| | | 649.96 | COB as if the covered member had purchased Med Pay | | | | | | |
| CPT code A0425 | | | | 1603204A | | POPE COUNTY EMERGENCY MED | | | |
| 16 | 5/20/16 | 87.50 | | | | .8000 | | 87.50 | |
| | | 14.21 | Submitted amount exceeds reasonable and customary | | | | | | |
| | | 73.29 | COB as if the covered member had purchased Med Pay | | | | | | |
| CPT code E0445 | | | | 1603204A | | POPE COUNTY EMERGENCY MED | | | |
| 5/20/16 | 5/20/16 | 150.00 | | | | .8000 | | | |
| | | 150.00 | Unbundled charge, this is included in other charge | | | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Submitted: | 907.50 | Deductible: | .00 | Balance: | .00 | Member Owes: | 757.50 |
|---|---|---|---|---|---|---|---|
| Ineligible: | 907.50 | Pen Ded/ER Copay: | .00 | Benefit Amt: | .00 | Paid by Patient: | .00 |
| Remaining 2016 Medical Deductible: | | .00 | Dental Deductible: | .00 | Vision Deductible: | 50.00 | |

Claim processed by adjustor number 81

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
THIS IS NOT A BILL - Do not make payment to MHBF.
Expect to receive an invoice from your doctor/provider who performed these services.
For important information regarding your appeal rights, please refer to the current MHBF booklet.
To access helpful information 24 hours a day, please visit the ARML website at:
www.arml.org - Click on the MHBF Tab

# POPE COUNTY EMS

**3 COUNTY COMPLEX CIRCLE**
**RUSSELLVILLE, AR 72802**
**(479)968-8222**
**Federal Tax ID: 71-6010879**

Patient Name: ▬▬▬▬▬

Insurance: MUNICIPAL HEALTH BENE

Patient Number: ▬▬▬
Call Number: 1603204
Date Of Call: 05/20/2016
Call Time:
Caller: 911
From Location: 7100 BLOCK MARKET STREET
To Location: ST MARY'S REG MED CENTER

RICKY HENDRIX
1996 GRAVEL HILL ROAD
DOVER AR 72837

Reason(s) S09.90XA
For
Transport

| DESCRIPTION OF CHARGES | HCPC | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| ALS EMERGENCY | A0427 | 1.0 | 670.00 | 670.00 |
| MILEAGE | A0425 | 7.0 | 12.50 | 87.50 |
| PULSE OXIMETRY | E0445 | 1.0 | 25.00 | 25.00 |
| RHYTHM ECG | 93041 | 1.0 | 35.00 | 35.00 |
| ALS IV DRUG THERAPY SUPPLIES | A0394 | 1.0 | 45.00 | 45.00 |
| SPINAL IMMOBILIZATION | A0398 | 1.0 | 45.00 | 45.00 |

Total Charges 907.50

Total Credits 0.00

**PLEASE PAY THIS AMOUNT =>** **$907.50**

---

**^DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT^**

Patient Name: ▬▬▬▬
Patient Number: 34160

Call Number: 1603204
Current Date: 09/08/2016

**Amount Due: $907.50**
Amount
Enclosed $ _____

**Your insurance company has denied this claim for your ambulance service. Payment of this**
**account is now your responsibility. Please remit balance or call to arrange payments.**
**For your convenience, you may also pay online at**
**https://www.ark.org/county_onlinepayment/ems**

Notice of Removal

**STATEMENT**

Page  **1**  of  **1**

# POPE COUNTY EMS

**3 COUNTY COMPLEX CIRCLE**
**RUSSELLVILLE, AR 72802-9423**
**(479) 968-8222**
**71-6010879**

**Billing Date: 09/09/2016**

**Account:** ~~●●●●~~

RICKY HENDRIX
1996 GRAVEL HILL ROAD
DOVER, AR 72837

**Patient:**
~~_____~~

**AMOUNT DUE:**    **$907.50**

**Amount Enclosed $_____**

**^^ DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT ^^**

| CALL NUMBER CALL DATE | DESCRIPTION | CHARGES | CREDITS | PAYMENT DATE | BALANCE |
|---|---|---|---|---|---|
| 1603204 | From 7100 BLOCK MARKET STREET | 907.50 | | | 907.50 |
| 05/20/2016 | To ST MARY'S REG MED CENTER | | | | |

**TOTAL AMOUNT DUE:**    **$907.50**

| | ACCOUNT AGING | | |
|---|---|---|---|
| CURRENT | 31 TO 60 DAYS | 61 TO 90 DAYS | OVER 90 DAYS |
| 0.00 | 0.00 | 907.50 | 0.00 |

FINAL NOTICE.  Unless payment or arrangements are received at once, this account will be
turned over to our attorney for collection.  You may also pay online at
https://www.ark.org/county_onlinepayment/ems.  OFFICE HOURS: 8:00 a.m. to 4:30 p.m.

**POPE COUNTY EMS**
3 COUNTY COMPLEX CIRCLE   RUSSELLVILLE AR 72802-9423   (479) 968-8222

# RADIOLOGIST OF RUSSELLVILLE, PA

Date Printed:   7/07/16

CI⌐        RUSSELLVILLE - POLICE                      Trust    1   Group   99   Dept  12
           ADMINISTRATOR - MUN. HEALTH BENEFIT FUND   Claim Number████████
           ARKANSAS MUNICIPAL LEAGUE                  Member # ████  Birth Date  ████████
           P O BOX 188                                Benefits for████████
           NORTH LITTLE ROCK, AR 72115                Date Processed  6/23/2016
           1-501-978-6137                             Employee: HENDRIX RICKY D
                                                      Date Received  6/23/2016
                                                      Provider NPI # 1699744326

FOR:       ████████
                                  PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
           ████████                                   THROUGH EMDEON EDI # 81883

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Benefit Description                      Patient #    |       Provider Description

| Service Dates | | Submitted | | Penalty | | Pay | Benefit | Insured | Check |
| From | To | Amount | Deductible | Deductible | Balance | Percent | Amount | Amount | Number |
|---|---|---|---|---|---|---|---|---|---|

CPT code 72125 26                          C117820662           RADIOLOGISTS OF RUSSELLVILLE*
5/20/16   5/20/16   216.00                                .8000                      162.00
                    162.00   COB as if the covered member had purchased Med Pay
                     54.00   Billed charges reduced per network contract.

CPT code 70450 26                          C117820662           RADIOLOGISTS OF RUSSELLVILLE*
5/20/16   5/20/16   184.00                                .8000                      138.00
                    138.00   COB as if the covered member had purchased Med Pay
                     46.00   Billed charges reduced per network contract.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Submitted: | 400.00 | Deductible: | .00 | Balance: | .00 | Member Owes: | 300.00 |
|---|---|---|---|---|---|---|---|
| Ineligible: | 400.00 | Pen Ded/ER Copay: | .00 | Benefit Amt: | .00 | Paid by Patient: | .00 |
| Remaining 2016 Medical Deductible: | | 458.55 | Dental Deductible: | .00 | Vision Deductible: | 50.00 |

Claim processed by adjustor number 81

MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
THIS IS NOT A BILL - Do not make payment to MHBF.
Expect to receive an invoice from your doctor/provider who performed these services.
For important information regarding your appeal rights, please refer to the current MHBF booklet.
To access helpful information 24 hours a day, please visit the ARML website at:
www.arml.org - Click on the MHBF Tab

Date Printed:   8/11/16

CI⁻     RUSSELLVILLE - POLICE
        ADMINISTRATOR - MUN. HEALTH BENEFIT FUND
        ARKANSAS MUNICIPAL LEAGUE
        P O BOX 188
        NORTH LITTLE ROCK, AR 72115
        1-501-978-6137

FOR:    

Trust   1   Group   99   Dept  12
Claim Number
Member #            Birth Date
Benefits for
Date Processed  8/08/2016
Employee: HENDRIX RICKY D
Date Received   8/08/2016
Provider NPI # 1699744326

PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
THROUGH EMDEON EDI # 81883

-----------------------------------------------------------------------------------

Benefit Description                          Patient #            Provider Description

| Service Dates From | To | Submitted Amount | Deductible | Penalty Deductible | Balance | Pay Percent | Benefit Amount | Insured Amount | Check Number |
|---|---|---|---|---|---|---|---|---|---|

CPT code 72125 26                            C117820662           RADIOLOGISTS OF RUSSELLVILLE*
5/20/16   5/20/16   216.00                                               .8000                        162.00
                    162.00   COB as if the covered member had purchased Med Pay
                    54.00    Billed charges reduced per network contract.

CPT code 70450 26                            C117820662           RADIOLOGISTS OF RUSSELLVILLE*
5/20/16   5/20/16   184.00                                               .8000                        138.00
                    138.00   COB as if the covered member had purchased Med Pay
                    46.00    Billed charges reduced per network contract.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Submitted:      400.00   Deductible:         .00   Balance:         .00   Member Owes:        300.00
Ineligible:     400.00   Pen Ded/ER Copay:   .00   Benefit Amt:     .00   Paid by Patient:        .00
Remaining 2016 Medical Deductible:   458.55   Dental Deductible:   .00   Vision Deductible:    50.00
Claim processed by adjustor number 81
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
THIS IS NOT A BILL - Do not make payment to MHBF.
Expect to receive an invoice from your doctor/provider who performed these services.
For important information regarding your appeal rights, please refer to the current MHBF booklet.
To access helpful information 24 hours a day, please visit the ARML website at:
www.arml.org - Click on the MHBF Tab

Notice of Removal                                    Exhibit A  Page 000109



RADIOLOGIST OF RUSSELLVILLE, PA
P.O. BOX 9178
RUSSELLVILLE. AR 72811-9178

33066

Phone No.: (479) 968-7930
E-Mail Address:

OCe 221
0101

| IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW. |
|---|
| CHECK CARD USING FOR PAYMENT |

☐ MASTERCARD   ☐ VISA

| CARD NUMBER | | SIGNATURE CODE |
|---|---|---|
| SIGNATURE | | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 7/22/2016 | $300.00 | |

**PAGE: 1 of 1**

| SHOW AMOUNT PAID HERE | $ |
|---|---|

|ᵖ|ᵖ|ᵖᵖᵖᵖ|ᵖ|ᵖᵖ|ᵖᵖᵖᵖ|ᵖᵖᵖ|ᵖᵖᵖᵖ|ᵖᵖ|ᵖᵖᵖ|

ᵖᵖᵖᵖ|ᵖᵖ|ᵖᵖ|ᵖᵖᵖᵖᵖᵖᵖᵖ|ᵖᵖᵖᵖᵖᵖ|ᵖᵖᵖ|ᵖᵖᵖ|ᵖᵖ|ᵖ|ᵖ|ᵖ|
RADIOLOGIST OF RUSSELLVILLE, PA
PO BOX 9178
RUSSELLVILLE, AR 72811-9178

33066*TOS19LTDY001090

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**      PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

1000

| Patient Name | Patient ID | Service Date | Procedure | Service Provider | Amount | Amount Due |
|---|---|---|---|---|---|---|
| Hendrix, Mckenzie | | 05/20/16 70450 | Ct Head/Brain W/O | Burnham, Ashley | $184.00 | $138.00 |
| | | 07/11/16 | Adjustment - Contractual | | -$46.00 | |
| Hendrix, Mckenzie | | 05/20/16 72125 | Ct Cervical Spine | Burnham, Ashley | $216.00 | $162.00 |
| | | 07/11/16 | Adjustment - Contractual | | -$54.00 | |

**A FEE OF $25.00 WILL BE CHARGED FOR RETURNED CHECKS***

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $300.00 |

| STATEMENT DATE | ACCOUNT NUMBER | MAKE CHECKS PAYABLE TO: | PATIENT IS RESPONSIBLE FOR "PATIENT BALANCE" SHOWN. |
|---|---|---|---|
| 7/22/2016 | | RADIOLOGIST OF RUSSELLVILLE, PA | |

Notice of Removal                                    Exhibit A  Page 000110

Date:  6/16/16

C'       RUSSELLVILLE - POLICE
         ADMINISTRATOR - MUN. HEALTH BENEFIT FUND
         ARKANSAS MUNICIPAL LEAGUE
         P O BOX 188
         NORTH LITTLE ROCK, AR 72115
         1-501-978-6137

Trust    1   Group   99   Dept   12
Claim Number ▓▓▓▓▓▓▓▓▓
Member #        ▓▓▓▓▓   Birth Date   ▓▓▓▓▓▓
Benefits for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date Processed  6/10/2016
Employee: HENDRIX RICKY D
Date Received  6/09/2016
Provider NPI # 1699744326

FOR:     

PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
THROUGH EMDEON EDI # 81883

Benefit Description                Patient #            Provider Description

| Service Dates | | Submitted | | Penalty | | | Pay | Benefit | Insured | Check |
|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Amount | Deductible | Deductible | Balance | Percent | Amount | Amount | Number |

CPT code 72125 26                       C117820662        RADIOLOGISTS OF RUSSELLVILLE*
5/20/16   5/20/16     216.00                                .8000
                      216.00   Emergency room records required.


CPT code 70450 26                       C117820662        RADIOLOGISTS OF RUSSELLVILLE*
5/20/16   5/20/16     184.00                                .8000
                      184.00   Emergency room records required.

| Submitted: | 400.00 | Deductible: | .00 | Balance: | .00 | Member Owes: | .00 |
|---|---|---|---|---|---|---|---|
| Ineligible: | 400.00 | Pen Ded/ER Copay: | .00 | Benefit Amt: | .00 | Paid by Patient: | .00 |
| Remaining 2016 Medical Deductible: | | 496.40 | Dental Deductible: | .00 | Vision Deductible: | | 50.00 |

Claim processed by adjustor number 81

MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
THIS IS NOT A BILL - Do not make payment to MHBF.
Expect to receive an invoice from your doctor/provider who performed these services.
For important information regarding your appeal rights, please refer to the current MHBF booklet.
To access helpful information 24 hours a day, please visit the ARML website at:'
www.arml.org - Click on the MHBF Tab

Notice of Removal                                     Exhibit A  Page 000111

**RADIOLOGIST OF RUSSELLVILLE, PA**
P.O. BOX 9178
RUSSELLVILLE, AR 72811-9178

33066

003583
0101

Phone No.: (479) 968-7930
E-Mail Address:

| IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW. | | |
| --- | --- | --- |
| CHECK CARD USING FOR PAYMENT | | |
| ☐ MASTERCARD | ☐ VISA | |
| CARD NUMBER | | SIGNATURE CODE |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
| --- | --- | --- |
| 8/26/2016 | $300.00 | |

**PAGE: 1 of 1**

| SHOW AMOUNT PAID HERE | $ |
| --- | --- |

RADIOLOGIST OF RUSSELLVILLE, PA
PO BOX 9178
RUSSELLVILLE, AR 72811-9178

33066*TPV0HJI2D001455

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Patient Name | Patient ID | Service Date | Procedure | Service Provider | Amount | Amount Due |
| --- | --- | --- | --- | --- | --- | --- |
| Hendrix, Mckenzie | | 05/20/16 70450 | Ct Head/Brain W/O | Burnham, Ashley | $184.00 | $138.00 |
| | | 07/11/16 | Adjustment - Contractual | | -$46.00 | |
| Hendrix, Mckenzie | | 05/20/16 72125 | Ct Cervical Spine | Burnham, Ashley | $216.00 | $162.00 |
| | | 07/11/16 | Adjustment - Contractual | | -$54.00 | |

**Your account is 30 days past due.  Please remit payment now.**

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY THIS AMOUNT | |
| --- | --- | --- | --- | --- | --- | --- |
| $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | | $300.00 |

| STATEMENT DATE | ACCOUNT NUMBER | MAKE CHECKS PAYABLE TO: | PATIENT IS RESPONSIBLE FOR "PATIENT BALANCE" SHOWN. |
| --- | --- | --- | --- |
| 8/26/2016 | | RADIOLOGIST OF RUSSELLVILLE, PA | |

Notice of Removal



**InstaMed**

Healthcare Payments Simplified

**Radiologists of Russellville**

209 South Portland Ave
Russellville, AR 72801
(479) 968-7930

**--- APPROVED ---**

| | |
|---|---|
| Date | Oct 4 2016 1:10 28 PM |
| Type | Credit Card - Sale |

| | |
|---|---|
| CareTracker Patient First |  |
| CareTracker Patient Last | |
| CareTracker Patient ID | |

| | |
|---|---|
| Authorization Amount | $300.00 |
| Authorization Code | 031033 |
| Card Holder Name | RICKY HENDIX |
| Card Type | MC |
| Card Number | ●●●●●●●●●●●●●●●● |
| Response Message Code | Approval (00) 000 |
| Mode | Issuer |

AGREE TO PAY THE ABOVE AMOUNT ACCORDING TO MY CARD HOLDER AGREEMENT.

Have a nice day

Notice of Removal

Exhibit A  Page 000113

# ELITE EMERGENCY RUSSELLVILLE PLLC

Exhibit A  Page 000114





Toll Free: (855)291-2632

**Elite Emergency Russellville PLLC**
PO Box 4458 Dept 152
Houston, TX 77210-4458
Tax ID# 47-3992211



**Patient:**

**Location:** St Marys Medical Center
**Attending Doctor:** CHESTER CARLSON, DO

www.thedoctorbill.com

#BWNJXPB
#0032 2160 5230 0294#

RICKY HENDRIX
1996 GRAVEL HILL RD
DOVER,  AR 72837-7853

If any problem exists concerning the
payment of this bill then contact our
office to make arrangements.
Date of Service: 05/20/2016
Statement Date: 10/17/2016
✓ Please disregard this notice if you made
  payment within the past 10 days.
✓ Statement reflects ER Doctor services only



| Date of Service | Description | | Charges | Patient Payments | Insurance Payments | Insurance Adjustment/Discount | Balance |
|---|---|---|---|---|---|---|---|
| | Procedure | Diagnosis | | | | | |
| 05/20/2016 | 99284 | S06.0X0A | $685.00 | $0.00 | $0.00 | $0.00 | $685.00 |

| Correspondence Sent | | If your insurance information differs from below, please fill out the reverse side. | |
|---|---|---|---|
| Number of Bills | Number of Claims | Primary:  MUNICIPAL HLTH BEN FUND   Policy:  xxxxx1820 | |
| 2 | 3 | Secondary:                              Policy: | (Paga esta cantidad.) |

RICKY HENDRIX
1996 GRAVEL HILL RD
DOVER,  AR 72837-7853

☐  Check the box if the address is incorrect and
indicate any changes in the space above.

If paying by American Express, Visa, MasterCard, or Discover, please fill out below.

☐ AmEx     ☐ Visa     ☐ MasterCard  ☐ Discover

Signature

AmEx CID - 4 digits  or CVV - 3 digits     Exp Date

Amount

Balance:     $685.00

**Patient Name:** 

3 2216 05 23 0 0 29



Elite Emergency Russellville PLLC
PO Box 4458 Dept 152
Houston, TX 77210-4458

Notice of Removal

Exhibit A Page 000123





Toll Free: (855)291-2632

Elite Emergency Russellville PLLC
PO Box 4458 Dept 152
Houston, TX 77210-4458
Tax ID# 47-3992211

**ACCOUNT NUMBER**

**SECURE WEB ACCESS**

www.thedoctorbill.com

Patient:

Location:  St Marys Medical Center
Attending Doctor:  CHESTER CARLSON, DO

#BWNJXPB
#0032 2160 5230 0294#
3 2 2 1 6 0 5 2 3 0 0 2 9

RICKY HENDRIX
1996 GRAVEL HILL RD
DOVER, AR 72837-7853

If any problem exists concerning the
payment of this bill then contact our
office to make arrangements.
Date of Service:  05/20/2016
Statement Date:  07/25/2016
✓ Please disregard this notice if you made
payment within the past 10 days.
✓ Statement reflects ER Doctor services only

A claim was sent to your insurance Company with no response.
this bill is now due.
If your insurance information is different than below, please log on to
www.thedoctorbill.com fill in your insurance information or complete the reverse
side of this statement and return it to us in the enclosed return envelope
or send payment now.
This bill can be paid by credit card at www.thedoctorbill.com

| Date of Service | Description | | Charges | Patient Payments | Insurance Payments | Insurance Adjustment/Discount | Balance |
|---|---|---|---|---|---|---|---|
| | Procedure | Diagnosis | | | | | |
| 05/20/2016 | 99284 | S06.0X0A | $685.00 | $0.00 | $0.00 | $0.00 | $685.00 |

| Correspondence Sent | | If your insurance information differs from below, please fill out the reverse side | | | |
|---|---|---|---|---|---|
| Number of Bills | Number of Claims | Primary:  STATE FARM PIP | Policy:  xxxxx5743 | **PAY THIS AMOUNT** | **$685.00** |
| . | 2 | Secondary: | Policy: | (Paga esta cantidad.) | |

✂ Detach and return this stub with your payment

RICKY HENDRIX
1996 GRAVEL HILL RD
DOVER, AR 72837-7853

☐  Check the box if the address is incorrect and
indicate any changes in the space above.

If paying by American Express, Visa, MasterCard, or Discover, please fill out below.

☐ AmEx   ☐ Visa   ☐ MasterCard   ☐ Discover   Amount

Signature                                      AmEx CID - 4 digits or CVV - 3 digits   Exp. Date

Balance:      $685.00

Patient Name.

3 2 2 1 6 0 5 2 3 0 0 2 9

**Amount Paid** (cantidad de su pago)   $ _____

Please show the account number on
all checks and correspondence

Elite Emergency Russellville PLLC
PO Box 4458 Dept 152
Houston, TX 77210-4458

3221605230029



Date Printed:   8/18/16

```
CJ        RUSSELLVILLE - POLICE                        Trust   1  Group  99   Dept  12
          ADMINISTRATOR - MUN. HEALTH BENEFIT FUND     Claim Number ▆▆▆▆▆▆
          ARKANSAS MUNICIPAL LEAGUE                    Member #     71820   Birth Date  ▆▆▆▆
          P O BOX 188                                  Benefits for ▆▆▆▆▆▆
          NORTH LITTLE ROCK, AR 72115                  Date Processed  8/12/2016
          1-501-978-6137                               Employee: HENDRIX RICKY D
                                                       Date Received  8/03/2016
                                                       Provider NPI # 1740661354

FOR:      ▆▆▆▆▆▆▆▆▆▆
          ▆▆▆▆▆▆▆▆▆▆                                   PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
          ▆▆▆▆▆▆▆▆                                             THROUGH EMDEON EDI # 81883
```



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Benefit Description                    Patient #              Provider Description

| Service Dates | | Submitted | | Penalty | | | Pay | Benefit | Insured | Check |
| From | To | Amount | Deductible | Deductible | Balance | Percent | Amount | Amount | Number |
|------|-----|--------|------------|------------|---------|---------|--------|--------|--------|

CPT code 99284                              M023117231          ELITE EMERGENCY RUSSELLVILLE
5/20/16   5/20/16     685.00                                       .8000                      685.00
                      526.65    Submitted amount exceeds reasonable and customary
                      158.35    COB as if the covered member had purchased Med Pay

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Submitted: | 685.00 | Deductible: | .00 | Balance: | .00 | Member Owes: | 685.00 |
| Ineligible: | 685.00 | Pen Ded/ER Copay: | .00 | Benefit Amt: | .00 | Paid by Patient: | .00 |
| ining 2016 Medical Deductible: | | 458.55 | Dental Deductible: | .00 | Vision Deductible: | | 50.00 |

Claim processed by adjustor number 81

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
                        THIS IS NOT A BILL - Do not make payment to MHBF.
            Expect to receive an invoice from your doctor/provider who performed these services.
         For important information regarding your appeal rights, please refer to the current MHBF booklet.
              To access helpful information 24 hours a day, please visit the ARML website at:
                        www.arml.org - Click on the MHBF Tab

Notice of Removal                                    Exhibit A  Page 000117



EMERGENCY
PHYSICIAN BILLING

MAKE CHECK PAYABLE TO:



Toll Free: (855)291-2632

Elite Emergency Russellville PLLC
PO Box 4458 Dept 152
Houston, TX 77210-4458
Tax ID# 47-3992211

ACCOUNT NUMBER



SECURE WEB ACCESS
www.thedoctorbill.com

Patient:

Location:   St Marys Medical Center
Attending Doctor:   CHESTER CARLSON, DO

#BWNJXPB
#0032 2160 5230 0294#

RICKY HENDRIX
1996 GRAVEL HILL RD
DOVER,  AR 72837-7853

3 2216 05230029

If any problem exists concerning the
payment of this bill then contact our
office to make arrangements.
Date of Service:   05/20/2016
Statement Date:   09/09/2016
✓ Please disregard this notice if you made
payment within the past 10 days.
✓ Statement reflects ER Doctor services only



Your Insurance Company has denied payment on this claim
due to insufficient information.
The balance is now due from you.
Please send payment in full, together
in the enclosed envelope.
This bill can be paid by credit card at www.thedoctorbill.com

| Date of Service | Description Procedure | Diagnosis | Charges | Patient Payments | Insurance Payments | Insurance Adjustment/Discount | Balance |
|---|---|---|---|---|---|---|---|
| 05/20/2016 | 99284 | S06.0X0A | $685.00 | $0.00 | $0.00 | $0.00 | $685.00 |

| Correspondence Sent | | If your insurance information differs from below, please fill out the reverse side. | | |
|---|---|---|---|---|
| Number of Bills | Number of Claims | Primary: MUNICIPAL HLTH BEN FUND  Policy: xxxxx1820 | | |
| 1 | 3 | Secondary: | Policy: | |

PAY THIS AMOUNT
(Paga esta cantidad.)

$685.00

✂ Detach and return this stub with your payment.

RICKY HENDRIX
1996 GRAVEL HILL RD
DOVER,  AR 72837-7853

☐ Check the box if the address is incorrect and
indicate any changes in the space above.

If paying by American Express, Visa, MasterCard, or Discover, please fill out below.

| ☐ AmEx | ☐ Visa | ☐ MasterCard | ☐ Discover | Amount |
|---|---|---|---|---|
| Signature | | AmEx CID - 4 digits or CVV - 3 digits | | Exp. Date |

Patient Name:

3 2216 05230029

Balance:   $685.00

Amount Paid (cantidad de su pago)
$ _____

Elite Emergency Russellville PLLC
PO Box 4458 Dept 152
Houston, TX 77210-4458

Exhibit A - Page 000118

# SAINT MARY'S REGIONAL MEDICAL CENTER

Date Printed:  11/03/.

C.    RUSSELLVILLE - POLICE
      ADMINISTRATOR - MUN. HEALTH BENEFIT FUND
      ARKANSAS MUNICIPAL LEAGUE
      P O BOX 188
      NORTH LITTLE ROCK, AR 72115
      1-501-978-6137

Trust   1  Group   99  Dept  12
Claim Number
Member #    71820   Birth Date
Benefits for
Date Processed  8/30/2016
Employee: HENDRIX RICKY D
Date Received  8/30/2016
Provider NPI # 1033160049

FOR:  

PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
THROUGH EMDEON EDI # 81883

----------------------------------------------------------------

Benefit Description                    Patient #            Provider Description

| Service Dates From | To | Submitted Amount | Deductible | Penalty Deductible | Balance | Pay Percent | Benefit Amount | Insured Amount | Check Number |
|---|---|---|---|---|---|---|---|---|---|
| Revenue Code 450 | | | | 305492076 | | RUSSELLVILLE HOLDINGS* | | | |
| 5/20/16 | 5/20/16 | 10,345.84 | | | 103.79 | .8000 | 83.03 | 4,055.31 | 1575527 |
| | | 250.00 | Emergency room co-pay. Member responsibility per Plan Provisions. | | | | | | |
| | | 3,784.55 | COB as if the covered member had purchased Med Pay Billed charges reduced per network contract. | | | | | | |
| | | 6,207.50 | Billed charges reduced per network contract. | | | | | | |

----------------------------------------------------------------
.itted:    10,345.84   Deductible:          .00   Balance:        103.79   Member Owes:          4,055.3
Ineligible:  10,242.05   Pen Ded/ER Copay:    .00   Benefit Amt:     83.03   Paid by Patient:          .0
Remaining 2016 Medical Deductible:     .00   Dental Deductible:      .00   Vision Deductible:    50.0
Claim processed by adjustor number 81
----------------------------------------------------------------

MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
THIS IS NOT A BILL - Do not make payment to MHBF.
Expect to receive an invoice from your doctor/provider who performed these services.
For important information regarding your appeal rights, please refer to the current MHBF booklet.
To access helpful information 24 hours a day, please visit the AML website at:
www.arml.org - Click on the MHBF Tab

Notice of Removal

**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269



*31902-626525510-SP

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
10/11/16

033310

Responsible Party
**RICKY HENDRIX**
~~————————~~
**DOVER, AR 72837-7853**

Services
Provided by:

**SAINT MARY'S REGIONAL MEDICAL CENTER**

| | |
|---|---|
| Patient Name: | |
| Account Number: | |
| Service Date(s): | 05/20/2016 - 05/20/2016 |
| Statement Date: | 09/21/2016 |
| Placement Date: | 09/21/2016 |

**Contact Us**
NPAS, Inc.
Toll Free 1-800-330-5850 Espanol: 1-800-681-9692
MON-FRI 8AM-5PM EST
Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

## PAYMENT REQUEST

| Total Charges | Total Pymt / Adj | Current Balance | Payment Due By | Amount You Owe |
|---|---|---|---|---|
| $ 10,345.84 | $ 6,290.53 | $ 4,055.31 | 10/06/16 | $ 4,055.31 |

The insurance company was billed, leaving an unpaid balance in the amount shown above. Our records indicate that the balance is your responsibility. Please send payment in full at this time. In the event you are unable to pay the balance in full, please contact us at 1-800-330-5850 to discuss options for resolving your account.

**Insurance Information**
If the insurance information on file is incorrect, please contact us at
1-800-330-5850
*Primary:*    MUNICIPAL HEALTH BEN

**Payment Options**

 **PAY ONLINE** at your provider's website:
www.saintmarysregional.com

 **PAY BY PHONE** at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-330-5850.

 **MAIL PAYMENT:** make payment out to the provider below and send with the attached coupon to the payment address specified below.

****PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION****
Please Detach and Return This Portion With Your Payment

☐ If your address changes, check this box and complete form on back

Statement Date   09/21/2016

**RICKY HENDRIX**
**1996 GRAVEL HILL RD**
**DOVER, AR 72837-7853**

| | |
|---|---|
| Account Number | |
| Payment Due Date | 10/06/16 |
| Balance Due | $ 4,055.31 |
| Payment Amount Enclosed | |

Please do not send cash. If paying by check or money order, please indicate account number and make payable to SAINT MARY'S REGIONAL MEDICAL CENTER.

**PLEASE DETACH THIS COUPON AND RETURN WITH PAYMENT TO ADDRESS BELOW:**

**SAINT MARY'S REGIONAL MEDICAL CENTER**
**P.O. BOX 740757**
**CINCINNATI, OH 45274-0757**

Credit Card Authorization (please check one)

☐ ~~MasterCard~~    ☐ VISA    ☐ DISCOVER    ☐ AMEX

Credit Card Number                                    Exp. Date

| | | | | | | | | | | | | | | | | | | |

Cardmember's Signature          $ _____ Amount

Notice of Removal

| SAINT MARYS REGIONAL ME | SAINT MARYS REGIONAL MED | 3a PAT CNTL # | 4 TYPE OF BILL |
|---|---|---|---|
| 1808 WEST MAIN ST | PO BOX 402295 | b MED REC # | 0131 |
| RUSSELLV    AR 728012724 | ATLANTA        GA30384 | 5 FED TAX NO. | 6 STATEMENT COVERS PERIOD FROM 052016 THROUGH 052016 | 7 |
| 4799682841 | | 62-1771866 | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS a | | | | | |
|---|---|---|---|---|---|---|---|
| | | DOVER | | | AR | 72837 | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 CONDITION CODES 22 23 24 25 26 27 28 29 | 30 |
|---|---|---|---|---|---|---|---|---|
| | F | | 16 1 1 | 1 | | 01 | | RED |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 01 052016 | A1 062599 | | | | | 13190 |

| 38 | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|
| STATE FARMMATT MCCOYZ | a 45    9900 | A3    1034584 | |
| 701 EAST PARYWAY DRIVE | b | | |
| | c | | |
| RUSSELLVILLE, AR 72801 | d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 052016 | 1 | 6045 | | |
| 0350 | CT HEAD/BR W/O | 70450 | 052016 | 1 | 329387 | | |
| 0350 | CT SP CERV W/O | 72125 | 052016 | 1 | 503245 | | |
| 0450 | INJ THER/DX IV | 96374 | 052016 | 1 | 26924 | | |
| 0450 | ER VISIT LVL V | 99285 25 | 052016 | 1 | 163664 | | |
| 0636 | ZOFRAN PF INJ 4 MG/2 ML | J2405 | 052016 | 4 | 5319 | | |

| 0001 | PAGE 001 OF 001 | CREATION DATE 052416 | TOTALS | 1034584 | |
|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1033160049 |
|---|---|---|---|---|---|---|
| STATE FARMMATT MCCOYZ | | Y | Y | | | 57 OTHER PPV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE. ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| NR | | MINORCHILD |

| 66 DX S060X0A | | | | | | 68 |
|---|---|---|---|---|---|---|
| 69 ADMIT DX | 70 PATIENT REASON DX S0990XA | | | 71 PPS CODE | 72 ECI V892XXA | 73 |

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1164544045 | QUAL |
|---|---|---|---|---|---|
| | | | | LAST CARLSON | FIRST CHESTER |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI | QUAL |
| | | | | LAST | FIRST |
| 80 REMARKS NA | 81CC a B3282N00000X | | | 78 OTHER NPI | QUAL |
| PT DISCOUNTS AVAILABLE | b B1W | | | LAST | FIRST |
| | c B2S | | | 79 OTHER NPI | QUAL |
| | d B1W | | | LAST | FIRST |

13190 Relay  05/25/2016      Printed on Recycled Paper     NUBC      UC3010506     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Notice of Removal                                                                Exhibit A  Page 000122

PATIENT NO:              SAINT MARYS REGIONAL ME    BILLING DATE    PAGE   1    13190
MED REC NO:                          1808 WEST MAIN ST          05/24/16
GUARANTOR NO:
PATIENT:                             RUSSELLV                   AR 728012724    ADMITTED    DISCHARGE
                                                                                05/20/16    05/20/16

PAY .O ADDRESS:     SAINT MARYS REGIONAL MED
                    PO BOX 402295
                    ATLANTA
                    GA 303842295

BILL TO:
   HENDRIX RICKY                      EMERGENCY                 FC=05
                                      ADMIT THRU DISCHARGE CLAIM
   DOVER          AR
   72837

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | | |
| )52016 | 20B173 | 0712 | | 201553 | | 1 | SOD CHL 10ML SYR | 60.45 |
| | | | | | | | SUBTOTAL: | 60.45 |
| **259-DRGS/OTHER** | | | | | | | | |
| )52016 | 20B178 | 0712 | | 203563 | | 1 | ONDANSETRON ODT | 32.39- |
| )52016 | 20B173 | 0712 | | 203563 | | 1 | ONDANSETRON ODT | 32.39 |
| | | | | | | | SUBTOTAL: | .00 |
| **350-CT SCAN** | | | | | | | | |
| )52016 | 20B174 | 0726 | | 726026 | 72125 | 1 | CT SP CERV W/O | 5032.45 |
| )52016 | 20B165 | 0726 | | 726003 | 70450 | 1 | CT HEAD/BR W/O | 3293.87 |
| | | | | | | | SUBTOTAL: | 8326.32 |
| **)-EMERG ROOM** | | | | | | | | |
| ·52016 | 21B237 | 0780 | | 780017 | 96374 | 1 | INJ THER/DX IV | 269.24 |
| 52016 | 22B309 | 0780 | | 780006 | 9928525 | 1 | ER VISIT LVL V | 1636.64 |
| | | | | | | | SUBTOTAL: | 1905.88 |
| **636-DRUGS REQUIRING DET CODE** | | | | | | | | |
| 52016 | 20B173 | 0712 | | 201462 | J2405 | 1 | ZOFRAN PF INJ 4 MG/2 M | 53.19 |
| | | | | | | | SUBTOTAL: | 53.19 |

                                    TOTAL ANCILLARY CHARGES      10345.84

                                             TOTAL CHARGES      10345.84
                                                  PAYMENTS           .00
                                               ADJUSTMENTS           .00
                                                   BALANCE      10345.84

:IANK YOU FOR CHOOSING SAINT MARY'S REGIONAL
:DICAL CENTER

Notice of Removal                              Exhibit A  Page 000123

PATIENT NO:
MED REC NO:                SAINT MARYS REGIONAL ME     BILLING DATE     PAGE    2      13190
GUARANTOR NO:                                   1808 WEST MAIN ST           05/24/16
PATIENT:
                                                RUSSELLV                                AR 728012724     ADMITTED        DISCHARGE
                                                                                                         05/20/16        05/20/1(

                         DEPARTMENTAL CHARGE SUMMARY
                DEPT         DESCRIPTION                 AMOUNT

                0712     PHARMACY                         113.64
                0726     CAT SCAN UNIT                  8,326.32
                0780     EMERGENCY SERVICES             1,905.88


        TOTAL CHARGES:        10,345.84
        TOTAL PAYMENTS:             .00
         TOTAL ADJUST:             .00

Document

Case 4:17-cv-00652-DPM   Document 2   Filed 10/11/17   Page 125 of 129

Date Printed:   8/04/16

CI⁻⁻·        RUSSELLVILLE - POLICE                        Trust   1  Group   99   Dept  12
           ADMINISTRATOR - MUN. HEALTH BENEFIT FUND     Claim Number▓▓▓▓▓
           ARKANSAS MUNICIPAL LEAGUE                     Member #   ▓▓▓▓▓   Birth Date ▓▓▓▓▓▓
           P O BOX 188                                   Benefits for ▓▓▓▓▓▓
           NORTH LITTLE ROCK, AR 72115                   Date Processed  8/01/2016
           1-501-978-6137                                Employee: HENDRIX RICKY D
                                                         Date Received  8/01/2016
                                                         Provider NPI # 1033160049

FOR:       
                                                         PROVIDERS MAY SUBMIT CLAIMS ELECTRONICALLY
                                                            THROUGH EMDEON EDI # 81883

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Benefit Description          |            Patient #          Provider Description

Service Dates        Submitted            Penalty              Pay      Benefit     Insured    Check
  From     To         Amount      Deductible Deductible  Balance Percent  Amount     Amount    Number
======================================================================================================

Revenue Code 450                        305492076          RUSSELLVILLE HOLDINGS*
5/20/16  5/20/16   10,345.84                                 .8000
                   10,345.84   Submit itemization charges with bill.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Submitted:    10,345.84   Deductible:         .00    Balance:          .00    Member Owes:          .00
Ineligible:   10,345.84   Pen Ded/ER Copay:   .00    Benefit Amt:      .00    Paid by Patient:      .00
Remaining 2016 Medical Deductible:      458.55    Dental Deductible:     .00    Vision Deductible:   50.00
C|      processed by adjustor number 81

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEMBER/PATIENT IS RESPONSIBLE FOR ALL DEDUCTIBLES, CO-PAYMENTS, COINSURANCE AND CERTAIN INELIGIBLE AMOUNTS.
                THIS IS NOT A BILL - Do not make payment to MHBF.
        Expect to receive an invoice from your doctor/provider who performed these services.
     For important information regarding your appeal rights, please refer to the current MHBF booklet.
        To access helpful information 24 hours a day, please visit the ARML website at:
                www.arml.org - Click on the MHBF Tab

Notice of Removal                                        Exhibit A  Page 000125

 **StateFarm**

**VEHICLE INFORMATION**

Review your policy information carefully. If anything is incorrect, or if there are any changes, please let us know right away.

| Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? National average: 12,000 miles driven annually per vehicle |
|---|---|---|---|
| 2002 PONTIAC SUNFIRE | 1G2JB124427114022 | MACKENZIE HENDRIX, a single female, who will be age 16 as of April 24, 2016, and was first licensed on June 25, 2015. | To Work, School or Pleasure. Driven over 7,500 miles annually. |

**Other Household Vehicle(s)**
Your premium may be influenced by other State Farm policies that currently insure the following vehicle(s) in your household:

    2008 DODGE CHARGER
    2002 CHEVROLET K1500
    1997 FORD F150

You will automatically qualify for a lower rate classification on the next birthday of the youthful driver of this vehicle. This may result in a lower premium for you. If you have any questions, please see your agent.

**Premium Adjustment**
Each year, we review our medical payments and personal injury protection coverages claim experience to determine the vehicle safety discount that is applied to each make and model. In addition, we review the comprehensive, collision, bodily injury and property damage claim experience annually to determine which makes and models have earned decreases or increases from State Farm's standard rates. If any changes result from our reviews, adjustments are reflected in the rates shown on this renewal notice.

**DRIVER INFORMATION**

**Assigned Driver(s)**
The following driver(s) are assigned to the vehicle(s) on this policy.

| Name | Age as of April 24, 2016 | Gender | Marital Status | Good Student |
|---|---|---|---|---|
| MACKENZIE HENDRIX | 16 | Female | Single | Current Student |

**Other Household Driver(s)**
In addition to the Principal Driver(s) and Assigned Driver(s), your premium may be influenced by the drivers shown below and other individuals permitted to drive your vehicle. This list does not extend or expand coverage beyond that contained in this automobile policy. The drivers listed below are the drivers reported to us that most frequently drive other vehicles in your household.

    JACOB HENDRIX
    RICKY HENDRIX
    JACQUELINE HENDRIX

Exhibit A  Page 000126

Notice of Removal



**Principal Driver & Assigned Drivers**
For each automobile, the Principal Driver is the individual who most frequently drives it.
Each driver is designated as an **Assigned Driver** on the household automobile that he or she most frequently drives.

Your premium may be influenced by the information shown for these drivers.

**IMPORTANT NOTICE REGARDING YOUR PREMIUM**

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

**COVERAGE AND LIMITS** *See your policy for an explanation of these coverages.*

| A | Liability | |
|---|---|---|
| | Bodily Injury 25,000/50,000 | |
| | Property Damage  25,000 | $321.16 |
| H | Emergency Road Service | $2.85 |
| U | Uninsured Motor Vehicle | |
| | Bodily Injury 25,000/50,000 | $9.54 |
| U1 | Uninsured Motor Vehicle | |
| | Property Damage  25,000 | $9.36 |
| W | Underinsured Motor Vehicle | |
| | Bodily Injury 25,000/50,000 | $8.55 |
| Total Premium | | |

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.

**DISCOUNTS** *These adjustments have already been applied to your premium.*

| Multiple Line | ✓ |
|---|---|
| Steer Clear® Safe Driver | ✓ |
| Multicar | ✓ |
| Good Student | ✓ |
| Good Driving | ✓ |
| Total Discounts | |

Notice of Removal

Exhibit A  Page 000127

 **StateFarm·**

## SURCHARGES AND DISCOUNTS

**AUTOMOBILE RATING PLAN** - Applies to private passenger cars only.

**Accident-Free Discount** - Once your policy has been in force for at least three years with no chargeable accidents, you may qualify for our Accident-Free Discount. Once you qualify, this discount applies as long as there are no chargeable accidents, and may even increase over time.

**Good Driving Discount** - Newer policyholders who do not yet qualify for our Accident-Free Discount (available after three years with no chargeable accidents) may already be receiving a Good Driving Discount. This discount continues to apply until your policy qualifies for the Accident-Free Discount as long as there are no chargeable accidents and no new drivers. If you add new drivers, they must also qualify in order for your Good Driving Discount to continue.

**Chargeable Accidents** - For new business rating, an accident is chargeable if it results in $750 or more of damage to any property. For renewal business, an accident is chargeable as of the date State Farm pays at least $750 (for accidents occurring on or after April 1, 1999) under property damage liability and collision coverages for an at-fault accident.

**Surcharges** - If there are chargeable accidents, you may lose your Good Driving Discount or Accident-Free Discount and receive accident surcharges. But if the accident is the first to become chargeable in nine years and this policy has been in force for at least that long, the Accident-Free Discount will continue and no surcharge will apply. The surcharge for each accident depends upon the number and timing of the accidents, and each accident surcharge will remain in effect up to three years.

Surcharges will be removed if the company is given satisfactory evidence that the driver involved is no longer a member of the household or will not be driving the car in the future. If that driver is insured on another State Farm policy, his or her driving record will be considered in the rating of the other policy.

These discounts and surcharges do not apply to all coverages. For complete details, see your State Farm agent.

## ADDITIONAL INFORMATION

If the above information is incomplete or inaccurate, or if you want to confirm the information we have in our records please contact your agent.

**Buying a new car? Remember to contact your agent!**
When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you, as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss,
- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles, and
- ensure that you receive any new discounts you may be entitled to.

Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified, limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*

## Save money with our Drive Safe & Save™ Discount!
*Empowering Your Drive™*

You can receive a discount on your premium by participating in our Drive Safe & Save Program. This program recognizes how much and, in some cases, how safely your vehicle is driven. There are several ways you can participate depending on the vehicle you drive. You'll receive an initial participation discount just for enrolling. At each six-month renewal, your discount will be adjusted based on information collected from your car.

Contact your State Farm agent or visit drivesafeandsave.com for details.

Notice of Removal

Exhibit A  Page 000128

 **MUNICIPAL HEALTH BENEFIT FUND**

May 8, 2017

Mr. James A. Streett
Streett Law Firm, P.A.
107 West Main Street
Russellville, Arkansas 72801

Dear Mr. Streett:

Thank you for presenting the appeal regarding your client, Ricky Hendrix, to the Municipal Health Benefit Fund's (MHBF) Board of Trustees on May 5, 2017. On behalf of your client, you requested an exception to MHBF's policy that states, "for covered members who decline to purchase the minimum medical coverage under their auto insurance, the MHBF will coordinate as if the covered member had purchased this coverage," and an objection to the Funds use of "reasonable and customary" payments.

This letter is to inform you that the Board chose to uphold the policy provisions of the Plan as they pertain to maintaining the minimum medical coverage under auto insurance. The Board also elected to abide by the contractual agreements that the Municipal Health Benefit Fund has in place with its in-network providers regarding payment for services rendered.

If you have any questions, please do not hesitate to contact the Municipal Health Benefit Fund at 501-978-6137.

Respectfully,

Don A. Zimmerman
Plan Administrator

cc:    Mr. Ricky Hendrix
       1996 Gravel Hill Road
       Dover, Arkansas 72837


EXHIBIT
4